UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL G. MALCHMAN | : | |
| Plaintiff, | : | NO. 3:01cv1877(MRK) |
| v. | : | |
| CITY OF NORWICH | : | |
| Defendant. | : | |

## ORDER

Defendant's Motion To Modify The Scheduling Order [doc. #30], dated January 16, 2003, is hereby **DENIED** as moot.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 30, 2003.