UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL G. MALCHMAN | : | CASE NO. 3:01CV1877(MRK) |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH | : | |
|     Defendants | : | JANUARY 15, 2004 |

**MOTION TO WITHDRAW APPEARANCE OF JONATHAN E. SNYDER**

    Pursuant to D.Conn. Local R.Civ.P. 15, the undersigned, respectfully requests this Court to issue an order allowing him to withdraw his appearance for the State of Connecticut. As the undersigned is no longer an employee of the State of Connecticut, an appearance in this matter is unnecessary.

    WHEREFORE, good cause exists for the Court to issue an order granting the undersigned's request to withdraw his appearance on behalf of the defendants in this case.

        Respectfully Submitted,


By_____
    Jonathan E. Snyder, Esquire
    Gordon, Muir and Foley, LLP
    Ten Columbus Boulevard
    Hartford, CT 06106
    (860) 525-5361
    Federal Bar No. ct22572
    email-JSNYDER@gmflaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion was served on all the defendants named below by first class mail, postage pre-paid, this the 15th day of January, 2004.

| | |
|---|---|
| Jay T. DonFrancisco, Esq.<br>Thomas R. Gerarde, Esq.<br>John J. Radshaw, III, Esq.<br>Howd & Ludorf<br>65 Wethersfield Ave.<br>Hartford, CT 06114-1190 | Michael E. Driscoll, Esq.<br>Brown, Jacobson, Tillinghast, Lahan & Ki<br>22 Courthouse Square<br>P.O. Box 391<br>Norwich, CT 06360-0391 |
| John R. Williams, Esq.<br>Williams & Pattis<br>51 Elm Street, Suite 409<br>New Haven, CT 06510 | John Mark Massameno, Esq.<br>Office of the Chief State's Attorney<br>300 Corporate Place<br>Rocky Hill, CT 06067 |

_____
JONATHAN E. SNYDER

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | | |
|---|---|---|
| DANIEL G. MALCHMAN | : | CASE NO. 3:01CV1877(MRK) |
| **Plaintiff** | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH | : | |
| **Defendants** | : | JANUARY 15, 2004 |

### ORDER

The foregoing Motion to Withdraw Appearance of Jonathan E. Snyder, having found

proper service of said motion on the defendants, the defendants are represented by

counsel, it is :

**ORDERED: GRANTED/DENIED.**

BY THE COURT

_____
Judge/Clerk

::ODMA\PCDOCS\DOCS\353756\1

3