UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL G. MALCHMAN | : | |
| | : | |
| Plaintiff, | : | NO. 3:01cv1877(MRK) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH | : | |
| | : | |
| Defendant. | : | |

**ORDER**

The Motion To Withdraw Appearance Of Jonathan E. Snyder [doc. #43], dated January 15, 2004, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: February 3, 2004.