UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday February 12, 2004
3:30 p.m.

CASE NO. **3:01cv1877 MRK**   **Malchman v. Norwich**

Jay T. DonFrancisco
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Michael E. Driscoll
Brown, Jacobson, Tillinghast, Lahan & King
22 Courthouse Sq.
PO Box 391
Norwich, CT 06360-0391

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

John Mark Massameno
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT 06067

John J. Radshaw III
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

STATUS CONFERENCE HELD
DATE: 2/12/04
20 min.

Jonathan E. Snyder
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976


John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510


                                                  BY ORDER OF THE COURT
                                                  KEVIN F. ROWE, CLERK