UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL G. MALCHMAN | : | NO.: 3:01 CV 1877 (MRK) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH | : | SEPTEMBER 3, 2004 |

## JOINT STATUS REPORT

Pursuant to the Court's scheduling order dated February 26, 2004, the parties submit the following joint status report:

**1. Case Status:**

No motions are pending. Discovery is complete and no obstacles exist to compliance with the current scheduling order. The defendants will be filing a motion for summary judgment before the current deadline of October 1, 2004.

**2. Referral for Settlement Purposes:**

The parties do not believe that a referral for settlement purposes would be productive.

**3. Consent to Trial Before Magistrate Judge:**

Neither party can agree to trial before a Magistrate Judge.

**4. Estimated Length of Trial:**

The parties estimate that trial will take 3 days.

- 2 -

          THE PLAINTIFF,
          DANIEL MALCHMAN


          /s/John R. Williams
          John R. Williams
          WILLIAMS & PATTIS, LLC
          51 Elm Street, Suite 409
          New Haven, CT  06510
          (203) 562-9931
          (203) 776-9494

          THE DEFENDANT,
          CITY OF NORWICH


          /s/John J. Radshaw, III
          John J. Radshaw, III, ct19882
          HOWD & LUDORF
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-7665 (fax)


## **C E R T I F I C A T I O N**

      This is to certify that a copy of the foregoing has been sent to all counsel of record this 3rd day of September 2004.

| | |
|---|---|
| John R. Williams, Esquire<br>Williams & Pattis, LLC<br>51 Elm Street, Suite 409<br>New Haven, CT  06510 | Michael E. Driscoll, Esquire<br>Brown, Jacobson, P.C.<br>22 Courthouse Square<br>P.O. Box 391<br>Norwich, CT  06360-0391 |
| John M. Massameno, Esquire<br>Office of the Chief State's Attorney<br>300 Corporate Place<br>Rocky Hill, CT  06067 | |

          /s/John J. Radshaw, III
          John J. Radshaw, III