UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

DANIEL G. MALCHMAN : NO.: 3:01-cv 1877 (MRK)

v. :

CITY OF NORWICH : SEPTEMBER 21, 2004

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56(c) and D.Conn.L.Civ.R. 56, the defendant, CITY OF NORWICH, hereby move the Court for summary judgment in their favor as to each and every allegation contained within plaintiff's Complaint.

As more particularly set forth in the attached Memorandum of Law in support of this motion, the defendants offer:

1. Plaintiff's claims based on the Equal Protection clause of the Fourteenth Amendment fail as he has no legal right to compel the arrest or prosecution of John Bogdanski or anyone else;

2. Plaintiff's Equal Protection claim fails as he has no evidence of different or selective treatment;

3. Plaintiff's conclusory claim against the Town of Old Saybrook based on Monell v. Dept. of Soc. Servs. fails as a matter of law; and

4. Plaintiff's State Constitutional Claims fail to state claims upon which relief may be granted.

As required by D.Conn.L.Civ.R. 7 and 56, a memorandum of law and a statement of material facts not in dispute with exhibits have been simultaneously filed with this Motion.

**ORAL ARGUMENT REQUESTED**

For the reasons set forth above, the defendant, City of Norwich, prays that the court will grant its motion for summary judgment dated September 21, 2004.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
CITY OF NORWICH

/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent to all counsel of record this 21st day of September 2004.

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Michael E. Driscoll, Esquire
Brown, Jacobson, P.C.
22 Courthouse Square
P.O. Box 391
Norwich, CT  06360-0391

John M. Massameno, Esquire
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT  06067

/s/ John J. Radshaw, III
John J. Radshaw, III