## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL G. MALCHMAN | : | NO.: 3:01 CV 1877 (MRK) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH | : | JUNE 15, 2004 |

### AFFIDAVIT OF LOUIS J. FUSARO, SR.

The undersigned, after being duly cautioned and sworn, hereby deposes and says:

1. I am over eighteen (18) years of age.

2. I believe in the obligations of an oath.

3. I am currently a law enforcement officer licensed and certified by the State of Connecticut and I have been employed as a police officer for more than 35 years.

4. I am currently employed by the City of Norwich as the Chief of Police and have been so employed for 7 years.

5. I am familiar with the allegations of the plaintiff's complaint.

6. In connection with my employment as the Chief of Police for the City of Norwich, I am responsible for setting, maintaining, and enforcing the rules, regulations, procedures, polices, practices and customs of the City of Norwich Police Department.

## Exhibit B

7.  Accordingly, I am responsible for final policymaking on matters pertaining to the City of Norwich Police Department.

8.  There is no official or unofficial policy, practice or custom to fail or refuse to investigate complaints made by Daniel Malchman or any member of his family.

9.  There is no official or unofficial policy, practice or custom to fail or refuse to investigate complaints when an incident involves John A. Bogdanski.

10. There is no official or unofficial policy, practice or custom to refuse to investigate complaints when any party involved is an acquaintance of former police officer Robert Aldi

11. There is no official or unofficial policy, practice or custom to refuse to investigate complaints when any party involved is a member of the Jewish faith.

12. There is no unofficial policy, practice or custom to aid any individual in harassing any other individual in the City of Norwich or anywhere else.

13. It is the official policy of the City of Norwich Police Department to respond to and investigate complaints at and within the judgment and discretion of the investigating officers and within the judgment and discretion afforded to them by law.

14. It is the official policy of the City of Norwich Police Department to respond to complaints received in a responsible and professional manner, in the

order of their priority to the health, safety and welfare of the citizens involved in those complaints and the community, and subject to the availability of police manpower and resources then and there available.

_____/s/_____
LOUIS J. FUSARO, SR.

STATE OF CONNECTICUT    :

                                                :    *ss: Norwich*

COUNTY OF NEW LONDON    :

Subscribed and sworn to before me this        day of June 2004.

_____/s/_____
Notary Public/Commissioner
of the Superior Court