

## Department of Police – Norwich, Connecticut

**INCIDENT REPORT**

| | | | |
|---|---|---|---|
| 1. COMPLAINANT'S NAME: Daniel G. Malchman | | 2. COMPLAINT NO. 96-30016 | |
| 17. NO EXTRA COPIES | 18. DISTRICT: NT | 19. BEAT: WS | REP. AREA: 5 |
| 3. COMPLAINANT'S RESIDENCE ADDRESS: 32 Tanglewood Dr. | CITY: Norwich | 4. RES. PHONE: 889-4639 | |
| 20. COMP'S OCCUPATION: Self employed | 21. HOURS OF EMPLOY.: Vary | 22. SOBRIETY: Sober | |
| 5. WHERE COMP. IS EMPLOYED, OR SCHOOL HE ATTENDS: Ponemah Mill | CITY: Norwich | 6. BUS. PHONE: 204-0022 | |
| 23. DESCRIBE LOCATION OF OFFENSE OR TYPE OF PREMISE: Residence driveway | 7. COMP'S SEX, RACE, D.O.B.: W/M, 01/28/50 | 8. LOCATION OF INCIDENT: 32 Tanglewood Dr. Norwich, CT | |
| 24. VEHICLE USED BY SUSPECTS / LICENSE NO. / STATE / YEAR | 9. REPORTING PERSON: Same | SEX, RACE, AGE | 10. RES. PHONE |
| YEAR / MAKE / BODY / MODEL / COLOR(S) | 11. REPORTING PERSON'S ADDRESS: Same | CITY | 12. BUS. PHONE |
| IDENTIFYING CHARACTERISTICS OF VEHICLE | 13. DATE AND TIME OCCURRED: 10/31/96-11/01/96 9:00-6:20 | 14. DATE AND TIME REPORTED: 11/01/96 6:21am | |
| | 15. CRIME OR INCIDENT: Criminal Mischief/Bigotry | 16. CLASSIFICATION: 14 RRES | |

28. IDENTIFY SUSPECTS:

(1) SUSPECT: Thomas Kirker W/M, 03/15/65, LKA 10 Royal Oaks Dr. Norwich, CT

(2) CHARGES: See below

| 37. WEAPON, TOOL, FORCE OR MEANS USED: Human Act | 38. METHOD USED TO COMMIT CRIME: Spray painted white swastikas on car |
|---|---|
| 39. NATURE OF INJURIES: N/A | 40. VICTIM HOSPITALIZED WHERE? N/A |

**CHARGES:**

Criminal Mischief 2nd      53a-116

Intimidation based on bigotry or bias      53a-181b

On the above date and time this Officer was dispatched to 32 Tanglewood Dr. for reported criminal mischief graffitti to a motor vehicle.

Upon arrival, the complainant, Daniel G. Malchman, W/M, 01/28/50, 32 Tanglewood Dr., Norwich, CT, was removing white spray painted swastikas from the sides of his vehicle a 1995 Lincoln Town Car, CT Registration 361-GTS. This Officer requested the complainant wait until photographs could be obtained of which he complied. A third swastika had

| 33. DATE/TIME TYPED: 11/01/96 9:00am | REPRODUCED |
|---|---|
| 30. REPORTING OFFICER: C. Dye  NO 50 | 31. STATUS: OPEN |
| 2ND OFFICER | 32. SUPERVISOR APPROVING: LT Bissonette |
| 34. REFERRED TO | 35. UCR DISPOSITION |
| | 36. REVIEWER |

Form 3

# Attachment 1

## Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| Field | Value |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | Daniel G. Malchman |
| 2. ARREST NO. | |
| 3. COMPLAINT NO. | 96-30016 |
| [X] FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | |
| [ ] FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION | |
| 4. EXTRA COPIES | |
| 5. PAGE NO. | 2 |
| 6. TRAFFIC CITATION NO. | |
| 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | |
| CHANGED? | [ ] YES |
| 7. KIND OF REPORT CONTINUED | Incident |
| 10. MULTIPLE CLEAR-UP? [ ] YES (LIST OTHER COMPLAINT NOS IN NARRATIVE) [ ] NO | |
| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT | Criminal Mischief/ Bigotry |
| 11. VALUE OF PROPERTY RECOVERED | $ |

**12. INSTRUCTIONS FOR FOLLOW-UP OR SUPPLEMENTAL USAGE.** Under narrative, record your activity and all developments in the case subsequent to last report. Describe and record value of any property recovered, names and arrest numbers of any persons arrested. Explain any offense classification change. Clearly show disposition of recovered property and inventory no. Recommend to supervisor case status and to reviewer UCR disposition. Indicate "Item Number Continued" at left, if any.

...also been spray painted on the trunk of the vehicle which the complainant had not yet removed.

This Officer then interviewed the complainant, Malchman, who related the following: On 10/31/96 at approximately 9:00pm, he parked his car in the driveway of his residence at 32 Tanglewood Dr., Norwich, CT. When he returned to his car on 11/01/96 at approximately 6:20am, he discovered someone had spray painted white swastikas on both rear fenders and the trunk. He immediately notified Norwich Police. Malchman then began to remove the graffitti until stopped by this Officer's request.

Malchman further stated during the late evening hours he had seen Thomas Kirker in the neighborhood. Malchman knows Kirker who used to reside in the neighborhood, but has since moved away. Malchman stated he has heard Kirker make statements in the past about Jews, Germans, and Swastikas. Malchman was sure Kirker had been the one who painted the graffitti, but had no physical proof.

This case remains open pending further investigation, and is being referred to day shift for a neighborhood canvas.

A polaroid photograph of the graffitti was taken by this Officer of the remaining swastika on the trunk of the vehicle.

| Field | Value |
|---|---|
| 30. REPORTING OFFICER | C. Pye / 50 |
| SECOND OFFICER | NO |
| 31. STATUS (CHECK ONE) | [X] OPEN [ ] SUSPENDED [ ] CLOSED |
| 32. SUPERVISOR APPROVING | LT Bissonette |
| 33. DATE/TIME TYPED | 11/01/96 9:15am |
| 34. REFERRED TO | |
| 35. UCR DISPOSITION | |
| 36. REVIEWER | |

Form 4

| 16. *Religion* (x) | | |
|---|---|---|
| Party #1 | | |
| 1. ( ) Catholic | 3. ( ) Islam/Moslem | 5. ( ) Protestant |
| 2. ( ) Hindu | 4. ( ) Jewish | 6. ( ) Other _____ |
| Party #2 | | |
| 1. ( ) Catholic | 3. ( ) Islam/Moslem | 5. ( ) Protestant |
| 2. ( ) Hindu | 4. ( ) Jewish | 6. ( ) Other _____ |

| 17. *Ethnicity* (x) | Party #1 | Party #2 |
|---|---|---|
| | 1. (X) Jewish | 1. ( ) _____ |

| 18. *Sexual orientation* (x) | | |
|---|---|---|
| Party #1 | | |
| 1. ( ) Homosexual male | 3. ( ) Heterosexual male | |
| 2. ( ) Homosexual female | 4. ( ) Heterosexual female | |
| Party #2 | | |
| 1. ( ) Homosexual male | 3. ( ) Heterosexual male | |
| 2. ( ) Homosexual female | 4. ( ) Heterosexual female | |

19. *Remarks*

Swastikas spray painted on victims car.

_____

_____

_____

| 20. Officer | 21. ID | 22. Date of report |
|---|---|---|
| C. Dye | 50 | 11/01/96 |

INSTRUCTIONS

BLOCK 1- SUPPLEMENTARY: When a report has been previously submitted, but changes to the initial report are needed. Complete the entire form, not just the blocks where the changes have occurred. If a case is to be deleted, send a copy of the case report with a memo requesting that the case be deleted and the reason for the request.

BLOCKS 2 through 10- Self explanatory.

BLOCKS 11 and 13- STATUS: If BOTH parties in a bias crime are at fault, check "offender" for both. Otherwise, one party should be a victim and the other (even if unknown) is the offender.

BLOCKS 12 and 14- Self explanatory.

BLOCKS 15 through 18- Complete only one of the four blocks (Race, Religion, Ethnicity or Sexual orientation). Check one choice for each party. If BLOCK 15 is selected and ASIAN is checked, write in the specific ethnic group. If BLOCK 17 is selected, write in ethnic group for each party.

BLOCKS 19 through 22- Self explanatory.

Send completed form to:

Department of Public Safety
Crimes Analysis Unit
294 Colony Street, Building #11
Meriden, CT 06450
(203) 238-6575

**FOLD HERE**

# EVIDENCE / PROPERTY

Agency: ~~Niten P.D.~~   Case No. 96-30016

Item No. _____   Offense 53a-114 / 53a-181b

Suspect: Thomas Kirner

Victim: Daniel G. Malchman

Date and Time of Recovery 11/01/96  6:50 AM

Recovered By Off. C. Dye

Description and/or Location
Photograph of Graffiti "Swastika" spray painted on vehicle trunk while parked at 32 Tanglewood Dr., Norwich, CT.

## CHAIN OF CUSTODY

| FROM | TO | DATE |
|------|-----|------|
|      |     |      |
|      |     |      |
|      |     |      |
|      |     |      |
|      |     |      |
|      |     |      |
|      |     |      |
|      |     |      |

**TO USE:**
1) Remove Release Liner from Flap.
2) Fold Where Indicated. BAG IS NOW SEALED.
3) Tear Where Indicated and Retain Evidence Receipt.
**CAUTION: ATTEMPTS TO REOPEN WILL DISTORT SEALED AREA.**

Condition of Bag when Opened: ☐ Sealed
                                ☐ Other _____

OPENED BY _____   DATE _____

SIRCHIE FINGER PRINT LABORATORIES
RALEIGH, NORTH CAROLINA 27603
PHONE: (919) 781-3120  FAX: (919) 781-0088

CAT# SEB.7500

**TO REMOVE CONTENTS - CUT ALONG BOTTOM**



COPY

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| | |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM: Malchman, Daniel | 2. ARREST NO. |
| | 3. COMPLAINT NO: 96-30016 |

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
☐ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
|---|---|---|---|---|
| 0 | 3 | | | |

| 7. KIND OF REPORT CONTINUED: Incident | 10. MULTIPLE CLEAR-UP? ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE) ☐ NO |
|---|---|
| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Criminal mischief | 11. VALUE OF PROPERTY RECOVERED: $ |

June 26, 2001 (Tuesday)                                                         12:00noon

On the above date and time, this writer conducted a neighborhood investigation regarding this incident.

#1  31 Tanglewood Drive, Norwich, CT; Home of the Masterson's. No response.

#2  35 Tanglewood Drive, Norwich, CT; Spoke to Trudy Friedberg (w/f, 04/04/52) phone # 886-8317. Mrs. Friedberg said she was unaware of this incident. She has never had any problems. That she is also Jewish, but have never had anything done towards her.

#3  36 Tanglewood Drive, Norwich, CT; Spoke to Helen Stabach (w/f, 03/25/21) phone # 889-4235. Mrs. Stabach said she has known the Malchman's for some time, but has never heard of this incident occuring. She has had the Malchman's over her house since this incident, but no one told her about it. She did mention that the Malchman's mailbox was "blown-up" by a firecracker about 10 to 15 years ago. That is the only incident in this neighborhood.

#4  27 Tanglewood Drive, Norwich, CT; Home of the Bogdanskis's. No response.

#5  45 Royal Oaks Drive, Norwich, CT; No response.

#6  25 Tanglewood Drive, Norwich, CT; Spoke to Scott Patterson (w/m, 07/03/82) phone # 887-0151. Mr. Patterson said he had never heard of this incident occuring. That the only interaction he had with Mr. Malchman was several years ago when he shoveled their driveway after it snowed, and was paid $5.00 dollars.

#7  42 Royal Oaks Drive, Norwich, Ct; No response.

Nothing new learned.

Case suspended.

| 30 REPORTING OFFICER: Reed Jones | NO 13 | 31. STATUS: ☐ SUSPENDED ☐ OPEN ☐ CLOSED | 33 DATE/TIME TYPED: 06/26/01; 1pm | REPRODUCED |
|---|---|---|---|---|
| SECOND OFFICER | NO | 32 SUPERVISOR APPROVING: Larson | NO SGT | 34 REFERRED TO |
| | | | 36 REVIEWER | 35 UCR DISPOSITION NO |

Form 4