# Department of Police — Norwich, Conn.

**INCIDENT REPORT**

| Field | Value |
|---|---|
| 1. Complainant's Name | Daniel G. Malchman |
| 2. Complaint No. | 98-34418 |
| 17. No Extra Copies | |
| 18. District | NT |
| 19. Beat | NT |
| Rep Area | 5 |
| 3. Complainant's Residence Address | 32 Tanglewood Drive |
| City | Norwich |
| 4. Res Phone | 889-4639 |
| 20. Comp's Occupation | self-employed |
| 21. Hours of Employ | varied |
| 22. Sobriety | S |
| 5. Where Comp Is Employed, Or School He Attends | Ponemah Mills |
| City | Taftville |
| 6. Bus Phone | 204-0022 |
| 23. Describe Location of Offense or Type of Premise | residence |
| 7. Comp's Sex, Race, DOB | W/M, 1/28/50 |
| 8. Location of Incident (Address or Block No.) | same as 3 |
| 9. Reporting Person | same as 1 |
| 13. Date and Time Occurred | 10/26/98, 7:30 p.m. |
| 14. Date and Time Reported | 10/26/98, 9:00 p.m. |
| 15. Crime or Incident | harassment |
| 16. Classification | 2623 |

**28. Identify Suspects**

(1) Suspect: Unknown

Charge: Harassment, 53a-183

| 37. Weapon, Tool, Force or Means Used | human |
| 38. Method Used to Commit Crime | sent letter in mail |

On the above date and time this officer was dispatched to 32 Tanglewood Drive, Norwich, CT for a report of harassment.

Upon arrival this officer was met by the complainant who stated that at approximately 7:30 p.m. he opened a letter which was left in his mailbox from an unknown subject.

The letter stated that the complainant was a robber and cheat and requested that the complainant move from the neighborhood (copy of letter attached.) Letter tagged as evidence for possible fingerprinting. Letter signed, "Love neighbors."

| 33. Date/Time Typed | 10/26/98 11pm |
| Reproduced | 9/11/00mk |
| Reporting Officer | R Blanch  44 |
| Status | Open |
| Supervisor Approving | Sgt. Ward |

Form 3

## Attachment 2

## Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1 ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | 2 ARREST NO. | 3 COMPLAINT NO. |
|---|---|---|
| Daniel Malchman | | 98-34418 |

[X] FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
[ ] FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5 PAGE NO. 2 | 6 TRAFFIC CITATION NO | 9 CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? [ ] YES |

7 KIND OF REPORT CONTINUED: Incident
10 MULTIPLE CLEAR-UP? [ ] YES  (LIST OTHER COMPLAINT NOS IN NARRATIVE) [ ] NO

8 OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Harassment
11 VALUE OF PROPERTY RECOVERED: $

12. INSTRUCTIONS FOR FOLLOW-UP OR SUPPLEMENTAL USAGE.

The complainant believes that his neighbor John Bogdanski is responsible for the letter, as well as other incidents over a span of years. The complainant believes that Bogdanski's harassment is religiously motivated. The complainant claims that Bogdanski hates Jews.

The complainant gave this officer the name of a subject, David Luchs, who Bogdanski supposedly made a religious slur to.

Because of the late hour, Luchs nor Bodanski were contacted.

Case open pending further investigation.

OFFICE USE ONLY
33 DATE/TIME TYPED: 10/26/08 11:00p
REPRODUCED: 9/11/00mk

30 REPORTING OFFICER: R. Blanch  NO 44
31 STATUS (CHECK ONE): [ ] SUSPENDED  [X] OPEN  [ ] CLOSED
34 REFERRED TO:
35 UCR DISPOSITION:
SECOND OFFICER:  NO
32 SUPERVISOR APPROVING: Sgt. Ward
36 REVIEWER: NO

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| | |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | Daniel G. Malchman |
| 2. ARREST NO. | |
| 3. COMPLAINT NO. | 98-34418 |

[ ] FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
[X] FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO. 3 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? [ ] YES |
|---|---|---|---|---|

7. KIND OF REPORT CONTINUED: Incident
10. MULTIPLE CLEAR-UP? [ ] YES  (LIST OTHER COMPLAINT NOS IN NARRATIVE)  [ ] NO

8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Harassment
11. VALUE OF PROPERTY RECOVERED: $

---

November 2, 1998                                                                                          7:30 p.m.

On the above date and time this officer spoke to the following subject:

David Luchs, W/M, 10/4/39

27 Chateau Margeux, Bloomfield, CT     860-286-8110

Luchs stated that approximately three years ago he was conducting a business deal with John Bogdanski. Luchs states that Bogdanski called him a "dirty Jew bastard."

Luchs stated that he has known Bogdanski since he was a child.

Case open.

---

**OFFICE USE ONLY**

| 33. DATE/TIME TYPED | REPRODUCED |
|---|---|
| 11/2/98  7:50pm | 9/12/00mk |

30. REPORTING OFFICER: R. Blanch   NO. 44
31. STATUS: [X] OPEN  [ ] SUSPENDED  [ ] CLOSED
32. SUPERVISOR APPROVING: Sgt. Boyd
34. REFERRED TO:
35. UCR DISPOSITION: NO
36. REVIEWER: NO

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO |
|---|---|---|
| Daniel Malchman | | 98-34418 |

[ ] FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
[X] FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO 4 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? [ ] YES |

7. KIND OF REPORT CONTINUED: Incident
10. MULTIPLE CLEAR-UP? [ ] YES  (LIST OTHER COMPLAINT NOS. IN NARRATIVE) [ ] NO

8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Harassment 2nd
11. VALUE OF PROPERTY RECOVERED: $

---

November 3, 1998 (Friday)                                             8:00 p.m.

On the above date and time, this officer interviewed Daniel Malchman of 32 Tanglewood Drive, Norwich, CT. Mr. Malchman received a second harassing letter through the mail. He stated the letter was similar to the other he received on 10/28/08 (being investigated by Officer Blanch).

Mr. Malchman stated he handled the letter. The envelope was handled also. The letter was placed into evidence. On the letter was a photocopy of a Norwich Bulletin article "Trio charged with burning toxic waste." Next to it hand written passage "Elaine - are you spending this dirty money!! Keep your nose up ↑ as usual. Everyone is still laughing at you both. What goes around comes around ha ha".

This officer also handled the letter and envelope. The article is about problems at Ponemah Mills Building #3, Norwich Avenue, Norwich, CT. Mr. Malchman stated he, Brian Cote and Charles Lavallee were arrested for the incident.

Malchman stated that only one other person was aware of the incident, John Bogdanski, 27 Tanglewood Drive, Norwich CT of Bogs, LTD.

Malchman believes that Bogdanski thinks he got $25,000 for a contract to clean the building. He stated he never took that contract

| 30. REPORTING OFFICER | 31. STATUS | 33. DATE/TIME TYPED | REPRODUCED |
|---|---|---|---|
| E. Jolly   63 | [X] OPEN [ ] SUSPENDED [ ] CLOSED | 11/3/98 | 9/12/00mk |
| SECOND OFFICER   NO | 32. SUPERVISOR APPROVING Lt. Drozynski | 34. REFERRED TO   NO | 35. UCR DISPOSITION   NO |
| | | 36. REVIEWER | |

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1 ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | 2 ARREST NO. | 3 COMPLAINT NO. |
|---|---|---|
| Daniel Malchman | | 98-34418 |

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5 PAGE NO. 5 | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
|---|---|---|---|---|

7. KIND OF REPORT CONTINUED: Incident
10. MULTIPLE CLEAR-UP? ☐ YES (LIST OTHER COMPLAINT NOS IN NARRATIVE) ☐ NO

8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Harassment
11. VALUE OF PROPERTY RECOVERED: $

12. INSTRUCTIONS FOR FOLLOW-UP OR SUPPLEMENTAL USAGE.

and was not involved in the incident. Malchman stated he has an ongoing problem with John Bogdanski. He stated John is the only person who would call his wife Elaine. Everyone else addresses her as Mrs. Malchman.

Mr. Malchman stated that Bogdanski was investigated by Newington Police because the building he owned, Imports International on Silas Deane Highway, was involved in an arson fire. Bogdanski had a $500,000 insurance policy which was not paid to him.

This officer forwarded a copy of the supplement to the detective division and to Officer Blanch.

OFFICE USE ONLY

| 33 DATE/TIME TYPED | REPRODUCED |
|---|---|
| 11/3/98 | 9/12/00mk |

| 30 REPORTING OFFICER | NO | 31 STATUS (CHECK ONE) | 34 REFERRED TO | 35 UCR DISPOSITION |
|---|---|---|---|---|
| E. Jolly | 63 | ☒ OPEN ☐ SUSPENDED ☐ CLOSED | | |
| SECOND OFFICER | NO | 32 SUPERVISOR APPROVING Lt. Drozynski | 36 REVIEWER | NO |

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO. |
|---|---|---|
| Daniel Malchman | | 98-34418 |

| ☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION | |
|---|---|---|
| 4. EXTRA COPIES | 5. PAGE NO: 6 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
| 7. KIND OF REPORT CONTINUED: Incident | | 10. MULTIPLE CLEAR-UP? ☐ YES (LIST OTHER COMPLAINT NOS IN NARRATIVE) ☐ NO |
| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Harassment | | 11. VALUE OF PROPERTY RECOVERED $ |

12. INSTRUCTIONS FOR FOLLOW-UP OR SUPPLEMENTAL USAGE.

November 9, 1998                                                              9:30 p.m.

On the above date and time this officer received two photocopies of documents signed by John Bogdanski from the complainant.

The complainant states that the handwriting between the harassing letters he received and the signatures on the photocopies are written by the same person.

Copy of supplement and documents forwarded to Investigator Daigle.

| 33. DATE/TIME TYPED | REPRODUCED |
|---|---|
| 11/9/98 10:00pm | 9/11/00mk |

30. REPORTING OFFICER: R. Blanch   44
31. STATUS (CHECK ONE): ☒ OPEN ☐ SUSPENDED ☐ CLOSED
32. SUPERVISOR APPROVING: Sgt. Ward
34. REFERRED TO:
35. UCR DISPOSITION:
36. REVIEWED:

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO |
|---|---|---|
| Malchman | | 98-34418 |

[ ] FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
[X] FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? [ ] YES |
|---|---|---|---|---|
| | 8 6 | | | |

7. KIND OF REPORT CONTINUED: Incident Report
10. MULTIPLE CLEAR-UP? [ ] YES   [X] NO
8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Mailed communications
11. VALUE OF PROPERTY RECOVERED: $

November 5, 1998 (Thursday)                    9:50 AM

On the above date and time, this Investigator attempted to contact the following subject by telephone in regard to this investigation:

John Bogdanski
27 Tanglewood Drive
Norwich, CT 06360
860-887-1581

There was no answer, nor was there an answering machine.

| 33 DATE/TIME TYPED | REPRODUCED |
|---|---|
| 11/05/98   11:50AM | |

30 REPORTING OFFICER: Inv. James F. Daigle, Jr.
31 STATUS: [X] OPEN  [ ] CLOSED  [ ] SUSPENDED
32 SUPERVISOR APPROVING: Lt. Robert J. Aldi
34 REFERRED TO:
35 UCR DISPOSITION:
36 REVIEWER: Sgt. Franklyn J. Ward

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| | |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM: Malchman | 3. COMPLAINT NO: 98-34418 |

- [ ] FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
- [x] FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

5. PAGE NO: #7

7. KIND OF REPORT CONTINUED: Incident Report

8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Mailed communications

---

November 5, 1998 (Thursday)     10 AM

On the above date and time, this Investigator contacted the following subject in regard to this investigation:

Detective Paul Boutot
Newington Police Department
131 Cedar St.
Newington, CT 06111
860-665-8770

This Investigator inquired about the arson investigator complainant Malchman referred to in his complaint. Det. Boutot indicated that Det. Anthony Casasanta of his department did have an arson investigation involving John Bogdanski a couple of years ago. The investigation has since been closed with no arrest, despite Malchman's continued contact with the Newington Police Department, claiming to have "evidence" that Bogdanski set the fire.

Det. Boutot advised this Investigator he would have Det. Casasanta review the investigation file for any handwritten communications authored by Bogdanski.

---

30 REPORTING OFFICER: Inv. James F. Daigle, Jr.
32 SUPERVISOR APPROVING: Lt. Robert J. Aldi
33 DATE/TIME TYPED: 11/05/98   11:50AM
36 REVIEWER: Sgt. Franklyn J. Ward

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| | |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | Malchman |
| 2. ARREST NO. | |
| 3. COMPLAINT NO | 98-34418 |

[ ] FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
[x] FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? [ ] YES |
|---|---|---|---|---|
| | 1 8 | | | |

7. KIND OF REPORT CONTINUED: Incident Report
10. MULTIPLE CLEAR-UP? [ ] YES (LIST OTHER COMPLAINTS NOS IN NARRATIVE) [ ] NO
8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Mailed communications
11. VALUE OF PROPERTY RECOVERED: $

---

November 6, 1998 (Friday)                                    9 AM

On the above date and time, this Investigator received a telephone call from complainant Malchman, who indicated he had received a harassing telephone call on November 5, 1998.

Malchman refused to discuss the alleged call with this Investigator, insisting he must discuss this in person. This Investigator advised Malchman to call when he was ready to provide the information.

---

| 33 DATE/TIME TYPED | REPRODUCED |
|---|---|
| 11/09/98  12:20PM | |

| 30 REPORTING OFFICER | NO | 31 STATUS | 34 REFERRED TO | 35 UCR DISPOSITION |
|---|---|---|---|---|
| Inv. James F. Daigle, Jr. | | [x] OPEN [ ] SUSPENDED [ ] CLOSED | | |
| SECOND OFFICER | | 32 SUPERVISOR APPROVING  NO  Lt. Robert J. Aldi | 36 REVIEWER  NO  Sgt. Franklyn J. Ward  FJW |

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO |
|---|---|---|
| Malchman | | 98-34418 |

- [ ] FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
- [x] FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? [ ] YES |
|---|---|---|---|---|
| | 9 | | | |

**7. KIND OF REPORT CONTINUED:** Incident Report

**10. MULTIPLE CLEAR-UP?** [ ] YES  [ ] NO

**8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT:** Mailed communications

**11. VALUE OF PROPERTY RECOVERED:** $

---

November 9, 1998 (Monday)                                12 PM

On the above date and time, this Investigator attempted to contact the following subject by telephone in regard to this investigation:

John Bogdanski
27 Tanglewood Drive
Norwich, CT 06360
860-887-1581

There was no answer, nor was there an answering machine.

---

**33 DATE/TIME TYPED:** 11/09/98   12:20PM

**30 REPORTING OFFICER:** Inv. James F. Daigle, Jr.

**31 STATUS:** [x] OPEN  [ ] SUSPENDED  [ ] CLOSED

**32 SUPERVISOR APPROVING:** Lt. Robert J. Aldi

**34 REVIEWER:** Sgt. Franklyn J. Ward    FJW

Form 4

## Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| | |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM: Malchman | 2. ARREST NO. |
| | 3. COMPLAINT NO: 98-34418 |

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO: 11 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
|---|---|---|---|---|

7. KIND OF REPORT CONTINUED: Incident Report

10. MULTIPLE CLEAR-UP? ☐ YES  ☐ NO

8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Mailed communications

11. VALUE OF PROPERTY RECOVERED: $

---

November 10, 1998 (Tuesday)                                  9 AM

On the above date and time, this Investigator spoke with complainant Malchman at police headquarters in regard to this investigation.

On November 9, 1998, Malchman provided Officer Robert Blanch with a copy of John Bogdanski's signature on a court document, and wanted to know if Bogdanski had been charged with any crimes resulting from this investigation.

Malchman was advised of this Investigator's request for documents from the Town of Newington Police Department's arson investigation, and the intent to have said documents analyzed upon receipt by the state forensic laboratory.

Malchman continued that he feels Bogdanski is planning on killing him, and that Inspectors from the State's Attorney's Office are "crooked" and aware of this "threat" to his life.

Malchman was assured that this investigation is being handled as completely and expeditiously as possible, with all due concern to the safety of his family and himself.

Case open.

---

| 30 REPORTING OFFICER: Inv. James F. Daigle, Jr. | 31 STATUS: ☒ OPEN  ☐ SUSPENDED  ☐ CLOSED | 33 DATE/TIME TYPED: 11/10/98 9:45AM | REPRODUCED |
| SECOND OFFICER: NO | 32 SUPERVISOR APPROVING: Lt. Robert J. Aldi | 34 REVIEWER: Sgt. Franklyn J. Ward | 35 UCR DISPOSITION |

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO |
|---|---|---|
| Malchman | | 98-34418 |

[ ] FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT    [X] FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? [ ] YES |
|---|---|---|---|---|
| | #12 | | | |

| 7. KIND OF REPORT CONTINUED | 10. MULTIPLE CLEAR-UP? [ ] YES (LIST OTHER COMPLAINTS NOS IN NARRATIVE) [ ] NO |
|---|---|
| Incident Report | |

| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT | 11. VALUE OF PROPERTY RECOVERED |
|---|---|
| Mailed communications | $ |

November 10, 1998 (Tuesday)                    9:30 AM

On the above date and time, this Investigator attempted to contact the following subject by telephone in regard to this investigation:

John Bogdanski
27 Tanglewood Drive
Norwich, CT 06360
860-887-1581

There was no answer, nor was there an answering machine.

| 33 DATE/TIME TYPED | REPRODUCED |
|---|---|
| 11/10/98  9:45AM | |

| 30 REPORTING OFFICER | NO | 31 STATUS (CHECK ONE) [X] OPEN [ ] SUSPENDED [ ] CLOSED | 34 REFERRED TO | 35 UCR DISPOSITION |
|---|---|---|---|---|
| Inv. James F. Daigle, Jr. | | | | NO |
| SECOND OFFICER | NO | 32 SUPERVISOR APPROVING  Lt. Robert J. Aldi | 36 REVIEWER  Sgt. Franklyn J. Ward | NO |

Form 4

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM: Malchman | 2. ARREST NO. | 3. COMPLAINT NO. 98-34418 |
|---|---|---|---|

| ☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION | | |
|---|---|---|---|
| 4. EXTRA COPIES | 5. PAGE NO. 13 | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
| 7. KIND OF REPORT CONTINUED: Incident Report | | 10. MULTIPLE CLEAR-UP? ☐ YES (LIST OTHER COMPLAINTS NOS IN NARRATIVE) | ☐ NO |
| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Mailed communications | | 11. VALUE OF PROPERTY RECOVERED: $ | |

November 10, 1998 (Tuesday)                                    2:25 PM

On the above date and time, this Investigator spoke with the following subject on the telephone in regard to this investigation:

John Bogdanski        w/m     DOB 08/24/58
27 Tanglewood Drive
Norwich, CT
860-887-1581
860-892-4560

Bogdanski advised this Investigator he has not mailed any communications or packages to Malchman, nor has he caused anything to be mailed or delivered. He continued that he has not placed any telephone calls to Malchman, nor caused any calls to be placed.

Bogdanski agreed to provide this Investigator with a handwriting sample.

| 30. REPORTING OFFICER: Inv. James F. Daigle, Jr. | 31. STATUS: ☒ OPEN | 33. DATE/TIME TYPED: 11/10/98 2:30PM | REPRODUCED |
| SECOND OFFICER | 32. SUPERVISOR APPROVING: Lt. Robert J. Aldi | 34. REVIEWER: Sgt. Franklyn J. Ward | 35. UCR DISPOSITION |

Form 4

## Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO |
|---|---|---|
| Malchman | | 98-34418 |

[ ] FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
[X] FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? [ ] YES |
|---|---|---|---|---|
| | 12/14 | | | |

7. KIND OF REPORT CONTINUED: Incident Report

10. MULTIPLE CLEAR-UP? [ ] YES (LIST OTHER COMPLAINTS NOS IN NARRATIVE) [ ] NO

8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Mailed communications

11. VALUE OF PROPERTY RECOVERED: $

November 11, 1998 (Wednesday)    10 AM

On the above date and time, this Investigator interviewed the following subject at police headquarters in regard to this investigation:

John A. Bogdanski    w/m    DOB 08/24/58
27 Tanglewood Drive
Norwich, CT

Bogdanski arrived at police headquarters at the request of this Investigator and consented to interview. Bogdanski again denied any involvment in the aforementioned incidents. He provided this Investigator with a handwriting sample which was completed in the presence of this Investigator, a copy of which is made part of this report.

Bogdanski said he believes this complaint is an attempt by Malchman to discredit and embarrass him in the community, and is part of a long standing dispute between he and Malchman.

Case open pending receipt of handwriting sample from Malchman.

| 33 DATE/TIME TYPED | REPRODUCED |
|---|---|
| 11/11/98  10:50 AM | |

| 30 REPORTING OFFICER | NO | 31 STATUS (CHECK ONE) [ ] SUSPENDED [X] OPEN [ ] CLOSED | 34 REFERRED TO | 35 UCR DISPOSITION |
|---|---|---|---|---|
| Inv. James F. Daigle, Jr. | | | | |
| SECOND OFFICER | NO | 32 SUPERVISOR APPROVING: Lt. Robert J. Aldi | 36 REVIEWER: Sgt. Franklyn J. Ward | NO |

Form 4

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM: Malchman | 2. ARREST NO. | 3. COMPLAINT NO: 98-34418 |

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT     ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO: 15 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |

7. KIND OF REPORT CONTINUED: Incident Report
10. MULTIPLE CLEAR-UP? ☐ YES   ☐ NO
8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Mailed communications
11. VALUE OF PROPERTY RECOVERED: $

---

November 12, 1998 (Thursday)                                    3 PM

On the above date and time, Malchman arrived at police headquarters to deliver a photocopy of a communication directed to State's Attorney Kevin Kane from Malchman's attorney, Hubert J. Santos.

Said letter, which is made part of this report, outlines Malchman's allegations and requests that the State's Attorneys office review the complaint.

This Investigator spoke with Inspector Philip Fazzino regarding the communication, and agreed to provide him with a copy of this investigation.

---

| 33 DATE/TIME TYPED: 11/16/98 10AM | REPRODUCED |
| 30 REPORTING OFFICER: Inv. James F. Daigle, Jr.   NO | 31 STATUS (CHECK ONE): ☒ OPEN  ☐ SUSPENDED  ☐ CLOSED | 34 REFERRED TO | 35 UCR DISPOSITION |
| SECOND OFFICER   NO | 32 SUPERVISOR APPROVING: Lt. Robert J. Aldi   NO | 36 REVIEWER: Sgt. Franklyn J. Ward   FJW | NO |

Form 4

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM<br>Malchman | 2. ARREST NO. | 3. COMPLAINT NO.<br>98-34418 |
|---|---|---|---|

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT   ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO.<br>15/16 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
|---|---|---|---|---|

7. KIND OF REPORT CONTINUED
Incident Report

10. MULTIPLE CLEAR-UP?  ☐ YES (LIST OTHER COMPLAINTS NOS IN NARRATIVE)   ☐ NO

8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT
Mailed communications

11. VALUE OF PROPERTY RECOVERED
$

November 13, 1998 (Friday)                                                3:48 PM

On the above date and time, this Investigator received a facsimile transmission from Malchman of a communication from the following subject:

Clarissa M. DeAngelis
Certified Document Examiner
Clarissa M. DeAngelis and Associates
37 Greenway Road
New London, CT 06320
860-448-2747

The letter is authored by DeAngelis and addressed to Malchman, dated November 18, 1998. The letter refers to documents received on November 13, 1998 from Malchman, allegedly authored by John Bogdanski.

DeAngelis's findings indicate "the author of the handwritten signatures" on the documents "cannot be ruled out as being the author of the questioned" documents provided by Malchman.

This Investigator notes these findings are inconclusive, and the date of the communication is inappropriate.

The facsimile is made part of this report.

| 33. DATE/TIME TYPED<br>11/16/98   10AM | REPRODUCED |
|---|---|

| 30. REPORTING OFFICER<br>Inv. James F. Daigle, Jr. | NO | 31. STATUS (CHECK ONE) ☒ OPEN ☐ SUSPENDED ☐ CLOSED | 34. REFERRED TO | 35. UCR DISPOSITION |
| SECOND OFFICER | NO | 32. SUPERVISOR APPROVING<br>Lt. Robert J. Aldi | 36. REVIEWER<br>Sgt. Franklyn J. Ward | NO |

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO |
|---|---|---|
| Malchman | | 98-34418 |

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT  
☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
|---|---|---|---|---|
| | 17 | | | |

7. KIND OF REPORT CONTINUED: Incident Report

10. MULTIPLE CLEAR-UP? ☐ YES (LIST OTHER COMPLAINTS NOS IN NARRATIVE) ☐ NO

8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Mailed communications

11. VALUE OF PROPERTY RECOVERED: $

November 24, 1998 (Tuesday)         10:25 AM

On the above date and time, Investigator James P. Deveny delivered the evidence items enumerated below to the listed facility:

Connecticut State Police Forensic Science Laboratory
278 Colony St.
Meriden, CT 06451

| ITEM # | DESCRIPTION |
|---|---|
| 1 | Letter allegedly received by Malchman |
| 2 | Handwriting sample - John Bogdanski |
| 3 | Handwriting sample - Elaine Malchman |
| 4 | Handwriting sample - Daniel Malchman |

Assigned CSP Lab #: ID-98-003636

Lab request and receipt are made part of this report.

Case open pending analysis results.

33 DATE/TIME TYPED: 11/25/98  11:30 AM

30 REPORTING OFFICER: Inv. James P. Daigle, Jr.

31 STATUS (CHECK ONE): ☒ OPEN  ☐ SUSPENDED  ☐ CLOSED

32 SUPERVISOR APPROVING: Lt. Robert J. Aldi

34 REVIEWER: Sgt. Franklyn J. Ward

Form 4