# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| | |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER#1, VICTIM: Daniel G. Malchman | 2. ARREST NO. |
| | 3. COMPLAINT NO. 98-34418 |

☐ FORM USED AS CONTINUATION SHEET
☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO. ~~17~~ 18 | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENCE OR INCIDENT CLASSIFICATION CHANGED? ☐ YES |
|---|---|---|---|

| 7. KIND OF REPORT CONTINUED: Incident Report | 10. MULTIPLE CLEAR-UP? ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE)   ☐ NO |
|---|---|

| 8. OFFENCE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Harassment 2nd Degree | 11. VALUE OF PROPERTY RECOVERED: $ |
|---|---|

12. INSTRUCTIONS FOR FOLLOW-UP: UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENCE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUTE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED".

March 18, 1999 (Thursday)                                   12:30pm

On the above date and time the below identified individual - Daniel G. Malchman came into police headquarters in regards to the investigation.

Subject: Daniel G. Malchman
W/M 01-28-50
32 Tanglewood Drive
Norwich, Ct.
889-4639
204-0022 (work)

At this time this writer obtained from Mr. Malchman additional exemplars of his known handwritting which will be submitted to the Connecticut State Police Forensic Laboratory for comparison purposes.

A copy of the exemplars are made part of this report.

| 33. DATE/TIME: 03-22-99 8:20am | REPRODUCED |
|---|---|

| 30. REPORTING OFFICER: Lt. Robert J. Aldi | NO | 31. STATUS (CHECK ONE) ☐ SUSPENDED ☒ OPEN ☐ CLOSED | 34. REFERRED TO | 35. UCR DISPOSITION |
|---|---|---|---|---|
| SECOND OFFICER: [signature] | NO | 32. SUPERVISOR APPROVING: Lt. Robert J. Aldi | NO | 36. REVIEWER: [signature] | NO |

FORM 1

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1. ARRESTEE, COMPLAINANT, DRIVER#1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO. |
|---|---|---|
| Daniel G. Malchman | | 98-34418 |

☐ FORM USED AS CONTINUATION SHEET
☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO. | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENCE OR INCIDENT CLASSIFICATION | CHANGED? |
|---|---|---|---|---|
| | ~~18~~/19 | | | ☐ YES |

| 7. KIND OF REPORT CONTINUED | 10. MULTIPLE CLEAR-UP? |
|---|---|
| Incident Report | ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE)   ☐ NO |

| 8. OFFENCE, CHARGE OR INCIDENT ON ORIGINAL REPORT | 11. VALUE OF PROPERTY RECOVERED |
|---|---|
| Harassment 2nd Degree | $ |

12. INSTRUCTIONS FOR FOLLOW-UP UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED EXPLAIN ANY OFFENCE CLASSIFICATION CHANGE CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUTE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED"

March 19, 1999 (Friday)                                                              9:30am

On the above date and time the below identified individual - John A. Bogdanski came into police headquarters in regards to the investigation.

Subject: John A. Bogdanski
W/M 08-24-58
27 Tanglewood Drive
Norwich, Ct.
887-1581
892-4560 (work)

At this time this writer obtained from Mr. Bogdanski additional exemplars of his known handwriting which will be submitted to the Connecticut State Police Forensic Laboratory for comparison purposes.

A copy of the exemplars are made part of this report.

| 31. DATE-TIME | REPRODUCED |
|---|---|
| 03-22-99 9:29am | |

| 30. REPORTING OFFICER | NO | 31. STATUS (CHECK ONE) | 34. REFERRED TO | 35. UCR DISPOSITION |
|---|---|---|---|---|
| Lt. Robert J. Aldi | | ☒ OPEN   ☐ CLOSED   ☐ SUSPENDED | | |

| SECOND OFFICER | NO | 32. SUPERVISOR APPROVING | 6. REVIEWER | NO |
|---|---|---|---|---|
| | | Lt. Robert J. Aldi | | |

FORM J

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1. ARRESTEE, COMPLAINANT, DRIVER#1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO. |
|---|---|---|
| Daniel G. Malchman | | 98-34418 |

☐ FORM USED AS CONTINUATION SHEET  ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO. | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENCE OR INCIDENT CLASSIFICATION | CHANGED? |
|---|---|---|---|---|
| | -20- | | | ☐ YES |

**7. KIND OF REPORT CONTINUED:** Incident Report

**10. MULTIPLE CLEAR-UP?** ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE)   ☐ NO

**8. OFFENCE, CHARGE OR INCIDENT ON ORIGINAL REPORT:** Harassment 2nd Degree 53a-183

**11. VALUE OF PROPERTY RECOVERED:** $

**12. INSTRUCTIONS FOR FOLLOW-UP** UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENCE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUTE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED"

---

March 24, 1999 (Wednesday)                                            11:00am

On the above date and time, Investigator James P. Deveny delivered the evidence item enumerated below to the following facility for analysis purposes:

Facility:   Connecticut State Police Forensic Laboratory
            278 Colony Street
            Meriden, Ct. 06451

Item #5: known exemplars of handwritting from Daniel G. Malchman and John A. Bogdanski

Lab number assigned: ID-98-003636

Lab request and receipt are made part of this report.

Case open pending results of analysis.

---

**13. DATE/TIME:** 05-13-99 12:20pm     **REPRODUCED**

**30. REPORTING OFFICER:** Lt. Robert J. Aldi

**31. STATUS (CHECK ONE):** ☐ SUSPENDED   ☒ OPEN   ☐ CLOSED

**14. REFERRED TO:**   **15. UCR DISPOSITION:**

**SECOND OFFICER:** [signature]

**32. SUPERVISOR APPROVING:** Lt. Robert J. Aldi

**16. REVIEWER:**

FORM 3

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER#1, VICTIM<br>Daniel G. Malchman | 2. ARREST NO. | 3. COMPLAINT NO.<br>98-34418 |
|---|---|---|---|
| ☐ FORM USED AS CONTINUATION SHEET | ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION | | |
| 4. EXTRA COPIES | 5. PAGE NO. -21- | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENCE OR INCIDENT CLASSIFICATION    CHANGED?  ☐ YES |
| 7. KIND OF REPORT CONTINUED<br>Incident Report | 10. MULTIPLE CLEAR-UP?<br>☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE)    ☐ NO | | |
| 8. OFFENCE, CHARGE OR INCIDENT ON ORIGINAL REPORT<br>Harassment 2nd Degree 53a-183 | 11. VALUE OF PROPERTY RECOVERED<br>$ | | |

12. INSTRUCTIONS FOR FOLLOW-UP  UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENCE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUTE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED"

May 14, 1999 (Friday)                                                                                                          9:18am

On the above date and time, Investigator Scott Smith received from the Connecticut State Police Forensic Laboratory the five items of evidence previously submitted for handwriting analysis.

In a report prepared by James L. Streeter - Criminalist-Document Examiner for the forensic laboratory it indicated that the known exemplars of Daniel G. Malchman, Elaine R. Malchman and John A. Bogdanski do not match the questioned documents submitted.

Subsequently this writer contacted the forensic laboratory of the Federal Bureau of Investigation at Quantico, Virginia (202) 324-4915 and spoke with Peter Hammer - Special Agent/Criminalist&Document Examiner. He informed this writer that their laboratory will not examine evidence which has been subjected to the same examination by another forensic laboratory.

This writer telephoned John A. Bogdanski in an attempt to obtain known handwriting exemplars from his girlfriend identified as Mary A. Swan, and have the exemplars compared to the questioned documents. Mr. Bogdanski told this writer that neither he nor his girlfriend intend to cooperate further with this investigation or any other investigation of this nature to the extent that handwriting exemplars are required. He insisted over and over again that neither he nor any aquaintance of his is responsible for the writing of the documents in question.

Therefore, at this point in the investigation all investigative leads have been exhausted.

Case suspended pending further information.

| 33. DATE/TIME<br>05-20-99 2:03pm | REPRODUCED |
|---|---|
| 30. REPORTING OFFICER     NO<br>Lt. Robert J. Aldi | 31. STATUS (CHECK ONE)  ☒ SUSPENDED<br>☐ OPEN    ☐ CLOSED | 34. REFT - RED. TO | 35. UCR DISPOSITION |
| SECOND OFFICER     NO | 32. SUPERVISOR APPROVING    NO<br>Lt. Robert J. Aldi | 36. REVIEWER | NO |

FORM 4



# Connecticut State Police Forensic Science Laboratory
## 278 Colony Street
## Meriden, CT 06451
### 203-639-6400
### FAX 203-639-6484

## *Evidence Return Receipt*

Date: 5/14/99
Time: 9:18AM

LABORATORY CASE #: ID-98-003636

SUBMITTING AGENCY: Norwich Police Department

LOCAL CASE #: 9834418

TOWN (if applicable):

RETURNED BY (Signature): *Diane Howard*

| Submission # | Description |
|---|---|
| 0001 | ENVELOPE W/ LETTER & ENVELOPE #1 |
| 0002 | ENVELOPE W/ HW - BODGANSKI #2 |
| 0003 | ENVELOPE W/ HW - E.MALCHMAN #3 |
| 0004 | ENVELOPE W/ HW-D. MALCHMAN #4 |
| 0005 | PLASTIC BAG W/ KNOWN EXEMPLARS OF MALCHMAN & BOGDANSKI |

ITEMS RETURNED: *[signature]*

RETURNED TO (Please Print): SCOTT M. SMILY

RETURNED TO (Signature): *[signature]*

Page 1 of



### STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
STATE POLICE FORENSIC SCIENCE LABORATORY
278 Colony Street
Meriden, CT 06451

### DOCUMENT SECTION

| | |
|---|---|
| **LABORATORY CASE #:** | ID-98-003636 |
| **SUBMITTING AGENCY:** | Norwich Police Department |
| **AGENCY CASE #:** | 98-34418 |
| **TOWN OF INCIDENT:** | Norwich, CT |
| **DATE OF REQUEST:** | November 24, 1998 |
| **DATE OF REPORT:** | May 11, 1999 |
| **REPORT TO:** | Norwich Police Department<br>ATTN: Inv. James F. Daigle, Jr. |

---

**EVIDENCE SUBMITTED:**

Q-1a  -  Original white 6 1/2" x 3 1/2" envelope, bearing handwritten address of "The Malchman's, 32 Tangle wood Drive, Norwich Ct 06360", postmarked November 2, 1998 (Southern, CT).

Q-1b  -  Photocopy of Norwich Bulletin new article titled "Trio Charged with burying toxic waste", with original of handwritten note beginning with words "Elaine - Are you spending this dirty money !! . . . .".

K-1  -  Originals of two (2) pages of handwriting samples, dated 11/11/98, [reportedly] authored by John Bagdanski. (Submitted 11/24/98.)

K-2  -  Original of one page of handwriting samples, dated 11/18/98, [reportedly] authored by Elaine R. Malchman. (Submitted 11/24/98.)

K-3  -  Original of one page of handwriting samples, dated 11/18/98, [reportedly] authored by Daniel G. Malchman. (Submitted 11/24/98.)

Phone (203) 639-6400 Fax (203) 639-6485
An Equal Opportunity Employer

ID-98-003636

K-4 - Originals of eight (8) separate pages of handwriting samples, dated 3/18/99, [reportedly] authored by Daniel G. Malchman. (Submitted 3/24/99.)

K-5 - Originals of eight (8) separate pages of handwriting samples, dated 3/19/99, [reportedly] authored by John Bogdanski. (Submitted 3/24/99.)

REQUEST:

Inter-comparative examination and analysis between the Questioned handwriting appearing on Q-1a and Q-1b and the [reported] Known handwritings of John Bogdanski (K-1 and K-5), Elaine R. Malchman (K-2) and Daniel G. Malchman (K-3 and K-4), to determine if any of these individuals is the author of the Questioned writings.

RESULTS OF EXAMINATION:

Inter-comparison examination between the Questioned and Known writings failed to reveal any significant similarities in individual handwriting characteristics. Based upon the lack of similarities noted in the writings submitted for examination, neither John Bogdanski, Elaine R. Malchman or Daniel G. Malchman can be identified as having authored the Questioned writings.

REMARKS:

All documents submitted for examination have been photocopied and are being returned with a copy of this report.

James L. Streeter
Criminalist - Document Examiner

Kenneth B. Zercie
Assistant Director

MAY-12-1999  16:01         QDU                                    202 324 1094    P.01
FD-003 (Rev. 8-2-97)



# FBI FACSIMILE
# COVER SHEET

---

**PRECEDENCE**          **CLASSIFICATION**

☒ Immediate             ☐ Top Secret              Time Transmitted: _____
☐ Priority              ☐ Secret                  Sender's Initials: __pah__
☐ Routine               ☐ Confidential            Number of Pages: __3__
                        ☐ Sensitive                    (including cover sheet)
                        ☒ Unclassified

To: __Norwich CTPD_____          Date: __05/12/1999__
         Name of Office

Facsimile Number: __860 886-4552_____

    Attn: __Detective ALDI_____       __860 892-2889__
            Name              Room             Telephone

From: __Federal Bureau of Investigation / Headquarters__
            Name of Office

Subject: __document examinations_____

_____

_____

Special Handling Instructions: ____None_____

---

Originator's Name: ____Peter A. Hammer____   Telephone: __(202) 324-4915__

Originator's Facsimile Number: __(202) 324-1094__

Approved: _____

Brief Description of Communication Faxed: _____

_____

**WARNING**
Information attached to the cover sheet is U.S Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.



The value of evidence with Class Characteristics only should not be minimized. In cases involving evidence with Class Characteristics, be alert for the following:

- Preponderance of such evidence;

- Evidence such as paint with several matching layers, or soil with foreign matter such as paint chips, odd seeds, and safe insulation;

- Elimination evidence, such as soil specimens from where a suspect claims he/she was; where he/she claims a car was; or paint or other materials from a source mentioned in an alibi.

Standard Reference Files and Collections

The FBI Laboratory maintains these collections so that evidence may be compared to the following standard files:

Adhesives
Ammunition
Checkwriter Standards
Duct Tape/Electrical Tape
Explosives and Related Items
General Rifling Characteristics
Hairs and Fibers
National Automotive Image File
National Automotive Paint File (Foreign and Domestic)
National Motor Vehicle Certificate of Title
National Motor Vehicle Altered Numbers File
National Vehicle Identification Numbers (VIN) File
Office Equipment Standards (typewriters, copiers, printers, etc.)
Reference Firearms Collection
Safe Insulation
Safety Paper Standards
Shoe Sole Design Standards
Tire Tread Design Standards
Watermark Standards

Files of Questioned Material include:

Anonymous Letters
Bank Robbery Notes
Fraudulent Checks

All forensic services, including the services of laboratory examiners if needed as expert witnesses, are rendered free of cost to contributing agencies.

As a general rule, the FBI will not conduct forensic examinations if the evidence is subjected elsewhere to the same examination for the Prosecution. However, if the circumstances in a given instance are such that this restriction poses a significant obstacle to an orderly prosecution, these facts should be set forth in a request for waiver. Such requests will be evaluated on a case-by-case basis.

To utilize more efficiently its resources, the Laboratory Division will not accept cases from other crime laboratories which have the capability of conducting the requested examination(s). If submitted, the evidence will be returned unopened and unexamined. However, mitigating circumstances may warrant an exception to this policy, such as fingerprint examinations.

In certain situations, fingerprint evidence will be examined even if it is subjected to examination by other fingerprint experts. FBI experts will furnish testimony regarding evidence they have examined. But, in the interest of economy, their testimony should not be requested if another Prosecution expert is already testifying to the same results.

Facilities are available to all federal agencies, U.S. Attorneys, and military tribunals in both civil and criminal matters, and all duly constituted state, county, and municipal law enforcement agencies in the United States in connection with their official criminal investigative matters only.

ix