

Daniel Malchman
32 Tanglewood Drive
Nuwich CT 06360

## Charges in soil pollution case transferred to NL

Criminal charges against three Taftville businessmen charged with burying 26 tons of debris contaminated with lead paint were transferred to New London Superior Court Wednesday and rescheduled for Nov. 2.

The businessmen are accused of burying the debris under a concrete floor at the Ponemah mill complex.

The charges stem from an investigation by the chief state's attorney's office into alleged environmental violations by Brian Cote, owner of the mill building at 539 Norwich Ave.; Daniel Malchman, former building owner; and contractor Charles Lavallee. State officials say their actions exposed workers in the building to high lead levels and placed them "in danger of death or serious injury."

The three did not enter pleas Wednesday in Superior Court in Norwich.

Cote, 54, of 48 Town Farm Road, Ledyard, and Malchman, 47, of 32 Tanglewood Drive, Norwich, were charged with unlawful storage and disposal of hazardous waste and placing another in danger of death or serious injury. Lavallee, 46, of 41 Bay Mountain Drive, Norwich, was charged with unlawful storage and disposal of hazardous waste.

Mr Daniel Malchman

You are such a cheat – Robber + a very low Individual Why Don't you move from our neighbor – You are such a a low life + we Are all ashamed of you – As your Family Should be. What an example you are to your Children – Your neighbor

 

The Malchman's
32 Tanglewood Drive
Norwich CT
       06360

# Trio charged with burying toxic waste

*9-12-98*

■ **Contaminated grit was allegedly stored in a pit beneath the floor to save money.**

By MATT SHELEY
*Norwich Bulletin*

NORWICH — A trio of men did not enter pleas Friday in Norwich Superior Court after being arrested for allegedly burying 26 tons of sandblast grit contaminated with lead-based paint chips under the concrete floor of a business in a cost saving scheme several years ago.

The charges against Daniel Malchman, 47, of 32 Tanglewood Drive, Charles Lavallee, 46, of 31 Bay Mountain Drive, and Brian E. Cote, 54, of 48 Town Farm Road, Ledyard, come after months of complaints from nearby residents and investigations by state officials about the 539 Norwich Ave. Sound Manufacturing complex.

If convicted, Malchman and Cote face up to six years in jail, with Lavallee up to four, with fines up to $100,000 a day for disposal and storage charges. There is also a pending civil suit, with the state seeking renewal of the site and unspecified penalties.

"I think it's somebody who thought he was untouchable and wanted to save a little money and push his weight around and he got caught," said John Bogdanski, owner of Bogs Ltd., referring to the neighboring business. "As far as I see it, it's a long time coming."

If released into the atmosphere, lead dust can cause serious health complications, such as premature births, decreased reaction times and aching limbs, among others.

According to Christopher L. Morano, deputy chief state's attorney, the waste site is sealed and there is little threat of dust seeping into the air. He said state Department of Environmental Protection officials continue to monitor its effect on the surrounding soil and groundwater.

Under law, people who get rid of hazardous waste, such as lead-paint dust, need a permit. The three accused men never secured one for interior sand blasting renovation work to the two story, 50,000-square-foot building, court papers said.

Instead, DEP officials said, the hazardous material was pitched into an immense pit beneath the business, and covered with concrete. Court papers said Cote bought the property, Malchman was the owner and Lavallee signed for work done to the structure.

During interviews, investigators found one woman who frequented the facility had twice the allowable amount of lead in her blood, with others suffering from headaches, irritability and similar symptoms.

Friday, each man was arrested for unlawful storage and disposal of hazardous waste, with Cote and Malchman also charged with placing another person in danger of death or serious injury.

Cote's phone number could not be found. The other two did not return messages left on office and home answering machines.

Judge Sabino P. Tamborra continued the case to Oct. 14. All three were released on promises to appear in court as long as they had no contact with any witnesses.

"Obviously, if the charges are true, we believe that people have to dispose of this in the proper way," said Arthur Cohen, director of the Uncas Health District. "It can really affect your blood lead levels, especially children 6 years of age and younger."

---

*Handwritten note in margin:*

Elaine - Are you spending this dirty money?! Keep your nose up ? as cloud Everyone is still laughing at you both. What goes around comes around ha ha

JD-CV-40 Rev. 6-95
C G S §§ 51-15, 51-197c, 52-549a, b, c
Pr. Bk § 547 et seq

SMALL CLAIMS SESSION

**(Name, address and zip code)**

TO: Defendant #1.
Dan Malchman
32 Tanglewood Dr.
Norwich, CT. 06360

IND. [X] PART. [ ] CORP. [ ] ("X" ONE)

1. Defendant #2.
Brian Cote
48 Town Farm Rd.
Ledyard, CT. 06339

IND. [X] PART. [ ] CORP. [ ] ("X" ONE)

2. YOU ARE THE DEFENDANT AND **YOU ARE BEING SUED** BY THE FOLLOWING PLAINTIFF(S):

| NAME, ADDRESS, ZIP CODE AND TELEPHONE NO. | NAME, ADDRESS, ZIP CODE AND TELEPHONE NO. | ATTORNEY FOR PLAINTIFF (Name, address, and zip code) |
|---|---|---|
| John Bogdanski<br>27 Tanglewood Dr.<br>Norwich, CT. 06360 | | |
| ("X" ONE) [X] IND. [ ] PART. [ ] CORP. | ("X" ONE) [ ] IND. [ ] PART. [ ] CORP. | TELEPHONE NO. |

THE ABOVE PLAINTIFF(S) **CLAIMS YOU OWE →** AMOUNT DUE $ 1633.62    TOWN WHERE TRANSACTION OCCURRED: Taftville

PLUS COSTS, FOR THE FOLLOWING REASONS:

See Attachment.

1.

2.

[ ] "X" here and complete the Military Service Affidavit below if the defendant(s) is/are an individual(s) or partnership.

The undersigned, being duly sworn, deposes and says that the above amount is now due from the defendant(s) to plaintiff(s) in accordance with the above claim.

| SIGNED (Plaintiff or Plaintiff's Attorney) | TYPE IN NAME OF PERSON SIGNING AT LEFT | TITLE OF PERSON SIGNING (if applicable) |
|---|---|---|
| [signature] | John Bogdanski | |
| DATE SIGNED | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 6-5-97 | SIGNED (Clerk, Notary, Comm. of Sup. Ct.) [signature] Jill Keenan |

The undersigned deposes and says:    **MILITARY SERVICE AFFIDAVIT**

[ ] that the undersigned is unable to determine whether or not the defendant(s) in this action are in the military or naval service of the United States.
[ ] that no defendant in this action is in the military or naval service of the United States, and that, to the personal knowledge of the undersigned (state facts showing defendant is not in such service):

I have known Dan Malchman for over 15 years, he has never been in the military to the best of my knowledge. Brian Cote works at Sound Manufacturing 539 Norwich Ave Taftville CT

SIGNATURE AND TITLE [signature]

Subscribed and sworn to before me:    ON (Date) 6-5-97    SIGNED (Clerk, Notary, Comm. of Sup. Ct.) [signature] Jill Keenan

COURT LOCATION - SMALL CLAIMS
[ ] GEOGRAPHICAL AREA _____    [ ] HOUSING SESSION
1 Courthouse Square, Norwich, CT 06360

SIGNED (Clerk) [signature] Jill Keenan

JUDGMENT FOR:    [ ] PLAINTIFF    [ ] DEFENDANT

# BOGS Limited

7/29/97

Small Claims
1 Court House Square
Norwich, CT 06360

RE: Docket # 48044  Bogdanski VS. Malchman ET AL

To whom it may concern:

Please withdraw the small claims court case, docket #48044.

Thank you.

Sincerely,

*John Bogdanski*
John Bogdanski

CC:
Dan Malchman
32 Tanglewood Dr.
Norwich CT 06360

Brian Cote
311 Farnholme Rd.
Stonington CT

539 Norwich Ave    Taftville,    CT 06380    Voice 800.877.2647    Fax 860.892.4562

Clarissa M. [illegible] and Associates
Forensic Document Examiners

Daniel Malchman

Re: My File #98060

On 13 November 1998 I received the following documents from you:

DOCUMENTS IN QUESTION:

    Q-1  Machine copy of envelope postmarked October 14, 1998, addressed to Daniel Malchman.

    Q-2  Machine copy of handwritten letter, undated, starting with words "Mr. Daniel Malchman" and ending with words "Your neighbor".

STANDARDS FOR COMPARISON:

    S-1  Machine copy of JD-Cv-40 Form, Small Claims Session, To Dan Malchman and Brian Coth, with two (2) handwritten John Bogdanski signatures dated June 5, 1997.

    S-2  Machine copy of Bogdanski letter addressed to Small Claims, Meriden, CT, dated July 09, 1997, with handwritten John Bogdanski signature.

ASSIGNMENT:

Compare the questioned handwriting with the standards provided, and determine, if possible, if they were authored by the same person.

PROCEDURE:

Visual aids were used, and a comparison of the handwriting was made.

37 Greenway Road
New London, Connecticut 06380-[illegible]



Telephone: (860)448-2747
Fax: (860)448-2645

Daniel Malchman

Re: My File #98060

PRELIMINARY FINDINGS AND CONCLUSIONS:

A limited number of standards and machine copies were provided for examination. When machine copies are used, an evaluation cannot be made of some features of the writing such as pressure, line quality and detail. Only clearly legible features of the writing were used as the basis for the opinion reached.

Based upon the evidence submitted, it is my opinion that:

The author of the handwritten signatures identified on S-1 and S-2 cannot be ruled out as being the author of the questioned writing identified as Q-1 and Q-2.

This opinion is subject to examination of original documents and additional standards.

DISPOSITION OF DOCUMENTS:

All documents received in this office in this case will be returned by mail.

Respectfully submitted:

Clarissa M. DeAngelis
Certified Document Examiner

18 November 1998

**SANTOS & SEELEY, P.C.**
ATTORNEYS AT LAW
51 RUSS STREET
HARTFORD, CONNECTICUT 06106-1566

HUBERT J. SANTOS
HOPE C. SEELEY
PATRICK S. BRISTOL

TELEPHONE
(860) 249-6548
TELECOPIER
(860) 724-3531

November 11, 1999

Kevin Kane, Esq.
Office of the State's Attorney
Judicial District of New London
70 Huntington Street
New London, CT 06320

Re: *Daniel Malchman*

Dear Mr. Kane:

  This office represents the above-named who is a defendant in a prosecution brought by the Chief State's Attorney's Office for alleged violations of environmental laws. The chief accuser against my client is his long time neighbor and nemesis John Bogdanski. Mr. Malchman has received threatening letters and communications from an anonymous party since his arrest. He has turned this material over to the Norwich Police Department.

  Mr. Malchman feels that the source of the threats is Mr. Bogdanski. He also feels that Mr. Bogdanski intends to kill or seriously injure him.

  I would request that your office review this matter along with the Norwich police.

  Thank you for your consideration.

Very truly yours,

HUBERT J. SANTOS

HJS/mlt
cc: Daniel Malchman



# State of Connecticut
## DIVISION OF CRIMINAL JUSTICE

OFFICE OF THE STATE'S ATTORNEY
JUDICIAL DISTRICT OF NEW LONDON

KEVIN T. KANE
STATE'S ATTORNEY

70 HUNTINGTON STREET
NEW LONDON, CT 06320
TELEPHONE: (860) 443-2835
FAX (860) 442-3019

November 17, 1998

Hubert J. Santos
Santos & Seeley, P.C.
51 Russ St.
Hartford, CT 06106

Dear Mr. Santos:

    I received your letter of November 11, a copy of which was personally delivered by Mr. Malchman on November 12, 1998 at the Norwich Police Department.

    This matter is being investigated by the Norwich Police Department and I have the utmost confidence that it is being handled appropriately.

Very truly yours,

Kevin T. Kane
State's Attorney

KTK/m

cc: Lt. Robert J. Aldi

AN EQUAL OPPORTUNITY EMPLOYER