# Department of Police — Norwich, Conn.

**INCIDENT REPORT**

| Field | Value |
|---|---|
| 1. Complainant's Name | Daniel Malchman |
| 2. Complaint No. | 99-11339 |
| 17. No. Extra Copies | |
| 18. District | NT |
| 19. Beat | NT |
| Rep. Area | 14 |
| 3. Complainant's Residence Address | 32 Tanglewood Drive |
| 4. Res. Phone | 889-4639 |
| 20. Comp's Occupation | self |
| 22. Sobriety | S |
| 6. Bus. Phone | 204-0022 |
| 23. Describe Location of Offense or Type of Premise | residence |
| 7. Comp's Sex, Race, D.O.B | W/M, 01/28/50 |
| 8. Location of Incident | 32 Tanglewood Drive |
| 9. Reporting Person | same as #1 |
| 10. Res. Phone | same as #4 |
| 11. Reporting Person's Address | same as #3 |
| 12. Bus. Phone | same as #6 |
| 13. Date and Time Occurred | received 04/12/99, 1645 hours |
| 14. Date and Time Reported | 04/12/99, 1719 |
| 15. Crime or Incident | Harassment |
| 16. Classification | 2623 |

(1) Subject(s): Unknown

(2) Incident: Harassment 2nd, 53a-183

| 37. Weapon, Tool, Force or Means Used | human actions |
|---|---|
| 38. Method Used to Commit Crime | mailed letter to complainant |
| 39. Nature of Injuries | n/a |
| 40. Victim Hospitalized Where | n/a |

April 12, 1999 (Monday)                                     Approximately 1740

On the above date and time this officer was dispatched to 32 Tanglewood Drive to investigate a report of harassment. Upon arrival, this officer was met by the complainant, Malchman, who reported the following.

He arrived home today and checked his mail around 1645. He received a letter he perceived as threatening. It was a photocopy of an aricle with a handwritten note referring to his family. He was upset because his family had been mentioned.

| 33. Date/Time Typed | 04/12/99 2027 |
|---|---|
| Reproduced | 9/12/00mk |
| 30. Reporting Officer | Sullivan  60 |
| 31. Status | OPEN |
| 32. Supervisor Approving | Sgt. Molis |

Form 3

## Attachment 3

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO. |
|---|---|---|---|
| Complainant: | Daniel Malchman | | 99-11339 |

| ☒ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | ☐ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION | | |
|---|---|---|---|
| 4. EXTRA COPIES | 5. PAGE NO. 2 | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
| 7. KIND OF REPORT CONTINUED  Incident | | | 10. MULTIPLE CLEAR-UP? ☐ YES (LIST OTHER COMPLAINT NOS. IN NARRATIVE) ☐ NO |
| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT  Suspicious Activity | | | 11. VALUE OF PROPERTY RECOVERED  $ |

12. INSTRUCTIONS FOR FOLLOW-UP OR SUPPLEMENTAL USAGE. Under narrative, record your activity and all developments in the case subsequent to last report. Describe and record value of any property recovered, names and arrest numbers of any persons arrested. Explain any offense classification change. Clearly show disposition of recovered property and inventory no. Recommend to supervisor case status and to reviewer UCR disposition. Indicate "Item Number Continued" at left, if any.

ITEM NO.

He believes his neighbor, John Bogdanski, responsible because he used to own the building where Bogdanski is a tenant. Bogdanski had made a claim of lead poisoning.

Malchman has received two or three similar letters in the past. He reported (11/01/96) his vehicle had been painted with swastikas. He also reported (11/01/97) dog feces had been placed in his mailbox. That day Bogdanski wished him Happy Halloween.

Malchman stated no one was home during the day. His lawyer had seen the letter but only Malchman had touched the letter.

This officer took the letter into evidence using latex gloves so as not to contaminate it. The letter was photocopied (attached to report) and secured in the evidence locker.

This letter was reviewed and appeared not to be of a threatening or explicit nature.

Malchman had stated he believes there is a conspiracy involving various States Attorneys, Barbara Kennelly and John Baily. He requested the FBI's assistance as the incident was achieved through the U.S. Mail. FRC filed (green card). Case referred to Investigator Deveny.

| 30. REPORTING OFFICER  Sullivan | NO.  50 | 31. STATUS (CHECK ONE) ☒ OPEN ☐ SUSPENDED ☐ CLOSED | 33. DATE/TIME TYPED  04/17/99 2058 | REPRODUCED  9/12/00mk |
|---|---|---|---|---|
| SECOND OFFICER | NO. | 32. SUPERVISOR APPROVING  Sgt. Molis | 34. REFERRED TO: | 35. UCR DISPOSITION |
| | | | 36. REVIEWER | NO. |

Form 4

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | | | 1. ARRESTEE, COMPLAINANT, DRIVER#1, VICTIM<br>Daniel Malchman | 2. ARREST NO. | 3. COMPLAINT NO.<br>99-11339 |
|---|---|---|---|---|---|
| ☒ FORM USED AS CONTINUATION SHEET | | | ☐ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION | | |
| 4. EXTRA COPIES | 5. PAGE NO.<br>5 | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENCE OR INCIDENT CLASSIFACATION   CHANGED? | | ☐ YES |
| 7. KIND OF REPORT CONTINUED<br>Incident | | | 10. MULTIPLE CLEAR-UP?<br>☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE) | | ☐ NO |
| 8. OFFENCE, CHARGE OR INCIDENT ON ORIGINAL REPORT<br>Harrassment 2nd | | | 11. VALUE OF PROPERTY RECOVERED<br>$ | | |

12. INSTRUCTIONS FOR FOLLOW-UP: UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENCE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUTE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED"

4/22/99 (Thursday)                                                                  11:30am

On the above date and time this Investigator submitted the following item to the Connecticut State Police Forensic Science Laboratory for examination.

Item: Plastic Bag With Newspaper Article

Receipt Obtained, Laboratory Case# 99-001311

| | | | 33. DATE/TIME<br>4/22/99, 2:03pm | REPRODUCED |
|---|---|---|---|---|
| 30. REPORTING OFFICER          NO<br>Inv. Stephany Bakoulis | 31. STATUS (CHECK ONE)  ☐ SUSPENDED<br>☐ OPEN                   ☐ CLOSED | 34. REFERRED TO | | 35. UCR DISPOSITION |
| SECOND OFFICER                NO | 32. SUPERVISOR APPROVING    NO<br>Lt. R Aldi | 36. REVIEWER | | NO |

FORM 4

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER#1, VICTIM<br>Daniel G. Malchman | 2. ARREST NO. | 3. COMPLAINT NO.<br>99-11339 |
|---|---|---|---|

| ☐ FORM USED AS CONTINUATION SHEET | ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION | | |
|---|---|---|---|
| 4. EXTRA COPIES | 5. PAGE NO.<br>-5- | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENCE OR INCIDENT CLASSIFICATION   CHANGED?   ☐ YES |
| 7. KIND OF REPORT CONTINUED<br>Incident Report | | | 10. MULTIPLE CLEAR-UP?   ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE)   ☐ NO |
| 8. OFFENCE, CHARGE OR INCIDENT ON ORIGINAL REPORT<br>Harassment 2nd Degree 53a-183 | | | 11. VALUE OF PROPERTY RECOVERED<br>$ |

12. INSTRUCTIONS FOR FOLLOW-UP   UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENCE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUTE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED"

May 6, 1999 (Thursday)                                                              1:00pm

On the above date and time Investigator James Deveny received from the Connecticut State Police Forensic Laboratory the item of evidence which was submitted for analysis.

No examination was conducted as of yet due to the fact that this writer intended on submitting the evidence to the forensic laboratory of the Federal Bureau of Investigation in Quantico, Virginia for latent print and questioned document examination.

However, due to the fact that one of the individuals identified by Daniel Malchman as possibly being involved in the authoring of the document - John A. Bogdanski has since indicated to this writer that he as well as any aquaintances of his no longer intend on submitting to future handwritting samples, the questioned document examination portion of the request cannot be conducted.

Therefore, this writer will re-submit to the Connecticut State Police Forensic Laboratory the item of evidence described as being an envelope and a newspaper article for latent print examination. In addition, a copy of John Bogdanski's known rolled fingerprints which are on file at the identification section of the Connecticut State Police Pistol Permit Division - 1111 Country Club Road Middletown, Ct. 860-685-8270 will also be submitted for comparison purposes.

Case open

| 30. REPORTING OFFICER   NO<br>Lt. Robert J. Aldi | 31. STATUS (CHECK ONE)   ☒ SUSPENDED<br>☐ OPEN   ☐ CLOSED | 33. DATE/TIME<br>05-21-99 9:55am | REPRODUCED |
|---|---|---|---|
| SECOND OFFICER   NO<br>[signature] | 32. SUPERVISOR APPROVING   NO<br>Lt. Robert J. Aldi | 34. REFERRED TO | 35. UCR DISPOSITION |
| FORM 4 | | 36. REVIEWER   NO | |

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER#1, VICTIM<br>Daniel G. Malchman | 2. ARREST NO. | 3. COMPLAINT NO.<br>99-11339 |
|---|---|---|---|

| ☐ FORM USED AS CONTINUATION SHEET | ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION | | |
|---|---|---|---|
| 4. EXTRA COPIES | 5. PAGE NO.<br>-6- | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENCE OR INCIDENT CLASSIFACATION  CHANGED?  ☐ YES |
| 7. KIND OF REPORT CONTINUED<br>Incident Report | | | 10. MULTIPLE CLEAR-UP?  ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE)  ☐ NO |
| 8. OFFENCE, CHARGE OR INCIDENT ON ORIGINAL REPORT<br>Harassment 2nd Degree 53a-183 | | | 11. VALUE OF PROPERTY RECOVERED<br>$ |

12. INSTRUCTIONS FOR FOLLOW-UP  UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENCE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUTE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED"

May 25, 1999 (Tuesday)                                                                                                  11:13am

On the above date and time the below identified item of evidence was delivered to the Connecticut State Police Forensic Laboratory - 278 Colony Street Meriden, Ct by Investigator Stephany Bakoulis - Norwich Police Department Investigative Division, for analytical purposes.

Evidence: Evidence bag containing an envelope addressed to Daniel Malchman, a newspaper article with handwritting on it (no one forgets for you and your family) as well as the known rolled fingerprint impressions of John A. Bogdanski.

Made part of this report is a copy of the Request for Examination of Physical Evidence form which was completed by this writer and accompanied the evidence.

Case open

| | | 33. DATE/TIME<br>05-26-99 8:12am | REPRODUCED |
|---|---|---|---|
| 30. REPORTING OFFICER                NO<br>Lt. Robert J. Aldi | 31. STATUS (CHECK ONE)  ☐ SUSPENDED<br>☒ OPEN  ☐ CLOSED | 34. REFERRED TO | 35. UCR DISPOSITION |
| SECOND OFFICER                         NO<br>*[signature]* | 32. SUPERVISOR APPROVING     NO<br>Lt. Robert J. Aldi | 36. REVIEWER | NO |

FORM 4

# Department of Police – Norwich, Conn.

SUPPLEMENT REPORT

| 1. ARRESTEE, COMPLAINANT, DRIVER#1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO. |
|---|---|---|
| Daniel G. Malchman | | 99-11339 |

☐ FORM USED AS CONTINUATION SHEET  ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO. -7- | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENCE OR INCIDENT CLASSIFACATION    CHANGED? ☐ YES |
|---|---|---|---|

| 7. KIND OF REPORT CONTINUED | 10. MULTIPLE CLEAR-UP? |
|---|---|
| Incident Report | ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE)    ☐ NO |

| 8. OFFENCE, CHARGE OR INCIDENT ON ORIGINAL REPORT | 11. VALUE OF PROPERTY RECOVERED |
|---|---|
| Harassment 2nd Degree 53a-183 | $ |

12. INSTRUCTIONS FOR FOLLOW-UP  UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENCE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUTE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED"

November 23, 1999 (Wednesday)                                                                                     11:41am

On the above date and time the item of evidence submitted by this writer to the Connecticut State Police Forensic Laboratory for analysis purposes was picked up by Detective Mark Rankowitz.

Evidence: plastic evidence bag containing a newspaper article & an envelope
                the known rolled impressions of John Bogdanski

As a result of the analysis, no identifiable latent prints were developed or found on the submitted evidence.

Subsequently, this writer notified the complainant - Mr. Daniel G. Malchman as to the findings.

This investigation is suspended pending further information and/or leads.

| 33. DATE/TIME | REPRODUCED |
|---|---|
| 11-24-99 2:33pm | |

| 30. REPORTING OFFICER    NO | 31. STATUS (CHECK ONE)  ☐ SUSPENDED | 34. REFERRED TO | 35. UCR DISPOSITION |
|---|---|---|---|
| Lt. Robert J. Aldi | ☐ OPEN    ☐ CLOSED | | |
| SECOND OFFICER    NO | 32. SUPERVISOR APPROVING    NO | 36. REVIEWER    NO | |
| Lt R J Aldi | Lt. Robert J. Aldi | | |

FORM 4

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER#1, VICTIM<br>Daniel Malchman | 2. ARREST NO. | 3. COMPLAINT NO.<br>99-11339 |
|---|---|---|---|

| ☐ FORM USED AS CONTINUATION SHEET | ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION |
|---|---|

| 4. EXTRA COPIES | 5. PAGE NO. | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENCE OR INCIDENT CLASSIFACATION    CHANGED?  ☐ YES |
|---|---|---|---|
| 7. KIND OF REPORT CONTINUED<br>Incident | | | 10. MULTIPLE CLEAR-UP?  ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE)   ☐ NO |
| 8. OFFENCE, CHARGE OR INCIDENT ON ORIGINAL REPORT<br>Harassment 2nd | | | 11. VALUE OF PROPERTY RECOVERED<br>$ |

12. INSTRUCTIONS FOR FOLLOW-UP   UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENCE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUTE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED"

July 2, 2001 (Monday)                                                                                        11:16am

On the above date and time this writer delivered the following items of evidence to the Forensic Science Laboratory, 278 Colony Street, Meriden, CT.

ITEM#1: One (1) envelope and one (1) newspaper article with unknown handwriting specimens.
ITEM#3: Exemplars and known handwriting samples.

The evidence was delivered for questioned document examination by the laboratory to attempt to determine if the unknown handwriting specimen could be identified as being that of the complaiant, his wife, or the suspect, Bogdanski.

Case open pending return of laboratory results.

| 33. DATE/TIME<br>07-02-01/2:30pm | REPRODUCED |
|---|---|
| 30. REPORTING OFFICER    NO<br>Det. Mark A. Lounsbury    28 | 31. STATUS (CHECK ONE)   ☐ SUSPENDED<br>☐ OPEN   ☐ CLOSED | 34. REFERRED TO | 35. UCR DISPOSITION |
| SECOND OFFICER                     NO | 32. SUPERVISOR APPROVING    NO<br>Franklyn J. Ward    Lt. | 36. REVIEWER    NO<br>James F. Daigle Jr.    Sgt. | |

FORM 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1. ARRESTEE, COMPLAINANT, DRIVER#1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO. |
|---|---|---|
| Daniel G. Malchman | | 99-11339 |

☐ FORM USED AS CONTINUATION SHEET    ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO. | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENCE OR INCIDENT CLASSIFACATION   CHANGED? ☐ YES |
|---|---|---|---|

| 7. KIND OF REPORT CONTINUED | 10. MULTIPLE CLEAR-UP? |
|---|---|
| Incident | ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE)   ☐ NO |

| 8. OFFENCE, CHARGE OR INCIDENT ON ORIGINAL REPORT | 11. VALUE OF PROPERTY RECOVERED |
|---|---|
| Harassment 2nd | $ |

12. INSTRUCTIONS FOR FOLLOW-UP — UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENCE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUTE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED"

March 27, 2002 (Wednesday)                                                                          11:50am

On the above date and time this writer retrieved the following items of evidence from the State of Connecticut, Forensic Science Laboratory:

ITEM#1: envelope w/ newspaper article.
ITEM#3: Exemplars and known handwriting samples.

The exemplars and known handwriting samples were of the complainant, Malchman, his wife, Elaine Malchman, and the suspect, John Bogdanski. They were compared to the handwriting on the envelope and newspaper article which was sent annonymously to Malchman.

Examination revealed there were no similarities between Bogdanski's handwriting and the suspect handwriting.

Forensic report attached.

Case suspended.

| 33. DATE/TIME | REPRODUCED |
|---|---|
| 03-28-02/1:10pm | |

| 30. REPORTING OFFICER   NO | 31. STATUS (CHECK ONE)  ☒ SUSPENDED | 34. REFERRED TO | 35. UCR DISPOSITION |
|---|---|---|---|
| Det. Mark A. Lounsbury   22 | ☐ OPEN   ☐ CLOSED | | |
| SECOND OFFICER          NO | 32. SUPERVISOR APPROVING   NO | 36. REVIEWER   NO | |
| | Franklyn J. Ward   Lt. | Stephany A. Bakoulis  Sgt | |

FORM 4



# Connecticut State Police Forensic Science Laboratory
278 Colony Street
Meriden, CT 06451
203-639-6400
FAX 203-639-6484

## Evidence Return Receipt

Date: 11/23/99
Time: 11:41AM

LABORATORY CASE #: ID-99-001311

SUBMITTING AGENCY: Norwich Police Department

LOCAL CASE #: 9911339

TOWN (if applicable):

RETURNED BY (Signature): _Deirea Howard_

| Submission # | Description |
|---|---|
| 0001 | PLASTIC BAG W/ NEWSPAPER ARTICLE AND ENVELOPE (#1) |
| 0002 | #2 ENV W/ ROLLED FINGERPRINT IMPRESSIONS OF JOHN BOGDANSKI" |

ITEMS RETURNED: _____

RETURNED TO (Please Print): John B John

RETURNED TO (Signature): _____

Page 1 of 1



# STATE OF CONNECTICUT
### DEPARTMENT OF PUBLIC SAFETY
### STATE POLICE FORENSIC SCIENCE LABORATORY
278 Colony Street
Meriden, CT 06451
### LATENT PRINT EXAMINATION

| | |
|---|---|
| **LABORATORY CASE #:** | ID-99-001311 |
| **SUBMITTING AGENCY:** | Norwich Police Department |
| **AGENCY CASE #:** | 9911339 |
| **TOWN OF INCIDENT:** | Norwich |
| **DATE OF REQUEST:** | 4/22/99 |
| **DATE OF REPORT:** | 11/15/99 |
| **REPORT TO:** | LT Robert Aldi |

**EVIDENCE SUBMITTED:**

0001.  PLASTIC BAG W/ NEWSPAPER ARTICLE AND ENVELOPE (#1)
0002.  #2 ENV W/ ROLLED FINGERPRINT IMPRESSIONS OF JOHN BOGDANSKI"

**SERVICES PERFORMED:**

Your evidence was examined by the Questioned Document Section of the Laboratory prior to latent print processing.

The above item of evidence (Submission #1) has been chemically processed and/or examined for identifiable latent impressions. There were no identifiable latents developed or found on the submitted evidence.

**COMMENTS:**

Your evidence is being returned to you with this report.

_____
Christopher Grice
Criminalist
Ceritified Latent Print Examiner

_____
John Pleckaitis
Criminalist
Latent Print Examiner

*No one forgets !!*

*For you and your family*



# Three arrested in scheme to bury lead paint

### Investigators say debris from renovation of Ponemah Mill dumped under concrete floor; five test positive for lead poisoning

By **CLAIRE BESSETTE**
Day Staff Writer

**Norwich** — Three Taftville businessmen were arrested Friday for allegedly burying 26 tons of debris contaminated with lead paint beneath a concrete floor in the Ponemah Mill complex and exposing workers to possibly deadly contaminants.

The charges stem from an investigation by the chief state's attorney's office into alleged environmental violations by Brian Cote, owner of the mill building at 539 Norwich Ave., Daniel Malchman, former building owner, and hired contractor Charles Lavallee.

Cote, 54, of 48 Town Farm Road, Ledyard, and Malchman, 47, of 32 Tanglewood Drive, Norwich, were charged with disposal of hazardous waste without a permit, storage of hazardous waste without a permit and placing others in imminent danger or injury.

Lavallee, 46, of 41 Bay Mountain Drive, Norwich, was charged with accessory to disposal of hazardous waste without a permit and accessory to storage of hazardous waste without a permit.

All three were arraigned Friday in Norwich Superior Court and released on a promise to appear in court again on Oct. 14. Cote and Malchman face a maximum of six years in prison if convicted, while Lavallee could face a maximum of four years in prison. All three face fines of up to $100,000 per day for the storage and disposal charges, potentially dating back to last fall, when state environmental officials confirmed that lead paint debris — consisting of paint dust and sand from a sandblasting removal operation on the second story — was buried underneath a new concrete floor on the ground level of the former Ponemah Mill building.

Malchman declined to comment Friday. Cote and Lavallee could not be reached for comment.

During and after the sandblasting and other renovations, which took place in the fall of 1996, employees of Bogs Ltd., a tenant in the building, complained of headaches, muscle aches, fatigue and other symptoms, company owner John Bogdanski said. Five employees were tested for lead poisoning in May 1997, and all five tested positive, including one woman whose blood lead level was twice the minimum level that requires reporting to the state, according to the arrest affidavit from Norwich Superior Court.

Bogdanski, whose company makes protective gear for martial arts participants, said Friday that throughout the operation, Malchman and Cote assured him that the paint was not lead based. Then one day he saw a sign on a door in a different part of the building that warned of the presence of hazardous waste lead paint.

Worker complaints continued, and Bogdanski contacted the local Uncas Health District in spring of 1997. Health District Director Arthur Cohen said his staff found lead contaminated dust in the building and ordered it abated. A dispute ensued for months over whether the clean-up was done

See **THREE** page **B3**




**STATE OF CONNECTICUT**

DEPARTMENT OF PUBLIC SAFETY
DIVISION OF SCIENTIFIC SERVICES

**FORENSIC SCIENCE LABORATORY**

**DOCUMENT SECTION**

| | |
|---|---|
| LABORATORY CASE #: | ID-99-001311 |
| SUBMITTING AGENCY: | Norwich Police Department |
| AGENCY CASE #: | 99-11339 |
| TOWN OF INCIDENT: | Norwich, CT |
| DATE OF REQUEST: | July 2, 2001 |
| DATE OF REPORT: | January 16, 2002 |
| REPORT TO: | Detective Mark A. Lounsbury |

**EVIDENCE SUBMITTED:**

0001 - "PLASTIC BAG W/NEWSPSPER ARTICLE AND ENVELOPE (#1)"

NOTE: - This submission consists of a clipped newpaper article beginning with the headline, " Three arrested in scheme to bury lead paint" inside a 9"x4" standard white envelope addressed to "Mr. D. Malchman . . . .", dated April 10, 1999, bearing Questioned handwriting . (This item was submitted to the Laboratory on May 25, 1999).

0003 - #3 Envelope w/"Exemplars and known handwriting samples"

ITEM 3-D-1 - Photocopy of a handwriting specimen sheet [reportedly] provided by Elaine R. Malchman .

ITEM 3-D-2 - Photocopies of one handwriting specimen sheet and nine (9) handwriting exemplars [reportedly] provided by John A. Bogdanski.

ITEM 3-D-3 - Photocopies one handwriting specimen sheet and eight (8) handwriting exemplars [reportedly] provided by Daniel G. Malchman.

**REQUEST:**

Inter-comparative examinations and analysis between the Questioned handwriting appearing on Submission #0001 (Submitted on May 25, 1999) and the [reported] Known writings of Elaine R. Malchman, John Bogdanski and Daniel G. Malchman, to determine if any of these individuals is the author of the Questioned writings.

ID-99-001311

**RESULTS OF EXAMINATION:**

1. Inter-comparison examination between the Questioned handwriting and the [reported] Known writings of John Bogdanski and Daniel G. Malchman failed to reveal any similarities in individual handwriting characteristics. Based upon the lack of similarities, John Bogdanski and Daniel G. Malchman cannot be identified as having authored the Questioned writings.

2. The lack of similar letters and letter combinations in the handwriting specimen sheet [reportedly] provided by Elaine R. Malchman precludes conducting any inter-comparison examinations in this matter.

**REMARKS:**

All documents submitted for examination have been photocopied and are being returned with a copy of this report.

_[signature]_  
Greg Kettering  
Criminalist-Document Examiner

_[signature]_  
James L. Streeter  
Criminalist-Document Examiner