# Department of Police — Norwich, Conn.

**INCIDENT REPORT**

| Field | Value |
|---|---|
| 1. COMPLAINANT'S NAME | Daniel G. Malchman |
| 2. COMPLAINT NO | 00-13316 |
| 17. NO. EXTRA COPIES | |
| 18. DISTRICT | NT |
| 19. BEAT | WS |
| REP. AREA | 14 |
| 3. COMPLAINANT'S RESIDENCE ADDRESS | 32 Tanglewood Drive |
| CITY | Norwich |
| 4. RES. PHONE | 889-1552 |
| 20. COMP'S OCCUPATION | Self Employed |
| 21. HOURS OF EMPLOY | - |
| 22. SOBRIETY | Sober |
| 5. WHERE COMP IS EMPLOYED, OR SCHOOL HE ATTENDS | - |
| 6. BUS. PHONE | - |
| 23. DESCRIBE LOCATION OF OFFENSE OR TYPE OF PREMISE | Residence Driveway |
| 7. COMP'S SEX, RACE, D.O.B | W/M, 1/28/50 |
| 8. LOCATION OF INCIDENT (ADDRESS OR BLOCK NO) | 32 Tanglewood Drive |
| 9. REPORTING PERSON | Same |
| 11. REPORTING PERSON'S ADDRESS | Same |
| 13. DATE AND TIME OCCURRED | 4/28/00  8:15AM |
| 14. DATE AND TIME REPORTED | 4/28/00  8:41AM |
| 15. CRIME OR INCIDENT | Disturbance (Unfounded) |
| 16. CLASSIFICATION | 90Z |

**CODE: V - VICTIM (OTHER THAN IN BLOCK #1 AND SHOW SEX DESCENT, AGE; W - WITNESS; P - PARENT OR GUARDIAN)**

| 25. NAME | CODE | RESIDENCE ADDRESS |
|---|---|---|
| Mrs. Malchman, W/F, 5/24/50 | W | Same as #3 |
| Deanna Malchman, Age 10 | V | Same as #3 |
| Julianna Malchman, Age 8 | V | Same as #3 |

**28. IDENTIFY SUSPECTS BY NO. (NAME-ADDRESS-SEX-DESCENT-AGE-HT-WT-EYES-HAIR-COMPLEX.-CLOTHING-IDENTIFYING CHARACTERISTICS, IF ARRESTED, INCLUDE BKG NO. AND CHARGE)**

(1) Subject: John Bogdanski, 27 Tanglewood Drive, Norwich, Ct. (W/M, 8/24/58)

Charge: None

| 37. WEAPON, TOOL, FORCE OR MEANS USED (DESCRIBE) | 38. METHOD USED TO COMMIT CRIME |
|---|---|
| Human Smile | Smiled at victims |

| 39. NATURE OF INJURIES AND LOCATION ON BODY-VICTIM'S CONDITION | 40. VICTIM HOSPITALIZED WHERE? |
|---|---|
| - | - |

April 28, 2000                    (Friday)                                  8:41AM

On the above date and time, this officer and Officer McCoy were dispatched to 32 Tanglewood Drive, Norwich, Ct on a report of a disturbance. Upon arrival, the complainant, Malchman, told this officer the following:

Today at 8:15AM, his two daughters, Deanna & Julianna, were outside the house, standing at the end of the driveway, awaiting the arrival of the school bus.

Mr. Malchman said he was inside his residence watching his children through the living room window. Mr. Malchman said he observed

| 30. REPORTING OFFICER | Reed Jones | NO. 13 | 31. STATUS | ☒ OPEN ☐ SUSPENDED ☐ CLOSED | 33. DATE/TIME TYPED | 4/29/00 1PM | REPRODUCED | 5/4/00ht | 34. REFERRED TO | - | 35. UCR DISPOSITION | - |
| 2ND OFFICER | David McCoy | NO. 15 | 32. SUPERVISOR APPROVING | Sgt. James Daigle | | | 36. REVIEWER | | | NO | |

Form 3

Attachment 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| | |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM: Daniel Malchman | 2. ARREST NO. / 3. COMPLAINT NO. 00-13316 |
| [X] FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | [ ] FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION |
| 4. EXTRA COPIES / 5. PAGE NO. 2 / 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION / CHANGED? [ ] YES |
| 7. KIND OF REPORT CONTINUED: Incident | 10. MULTIPLE CLEAR-UP? [ ] YES (LIST OTHER COMPLAINT NOS. IN NARRATIVE) [ ] NO |
| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Disturbance | 11. VALUE OF PROPERTY RECOVERED $ |

Mr. Bogdanski drive past his two children at a slow rate of speed. Mr. Malchman said Mr. Bogdanski turned his head to the left, and smiled as he passed.

Mrs. Malchman said she was inside the residence watching her children through the bathroom window. Mrs. Malchman said she observed Mr. Bogdanski drive past her two children at a slow rate of speed. Mrs. Malchman said Mr. Bogdanski turned his head to the left, and smiled as he past. Mrs. Malchman said the school bus was in the area at the time, enroute to pick up her children.

Mrs. Malchman said Deanna turned to her direction and said "Mommy, why does he have that look on his face? Why is he looking at me like that?"

Mr. & Mrs. Malchman are concerned for the safety of their children and believe Mr. Bogdanski is harassing them, and causing them alarm.

Mr. Malchman told this officer that he wants, demands that Mr. Bogdanski be arrested. That this officer should speak to Ct. Judge Handy, New London, as Mr. Bogdanski has been warned about his behavior. Mr. Malchman demanded that this officer do not bring this incident to State of Ct., GA 21, Investigator James Dignoti. Mr. Malchman said that if this officer, this department, does not do anything about today's incident, he will "take things into his own hands and personally take care of the problem."

| 30. REPORTING OFFICER: Reed Jones   NO. 13 | 31. STATUS: [ ] OPEN [ ] SUSPENDED [X] CLOSED | 33. DATE/TIME TYPED: 4/29/00  1PM | REPRODUCED: 5/4/00ht |
|---|---|---|---|
| SECOND OFFICER: David McCoy   NO. 15 | 32. SUPERVISOR APPROVING: Sgt. James Daigle   NO. | 34. REFERRED TO: — | 35. UCR DISPOSITION |
| | | 36. REVIEWER   NO. | |

Form 4

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM<br>Daniel Malchman | 2. ARREST NO. | 3. COMPLAINT NO.<br>00-13316 |
|---|---|---|---|
| [X] FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | [ ] FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION | | |
| 4. EXTRA COPIES | 5. PAGE NO. 3 | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? [ ] YES |
| 7. KIND OF REPORT CONTINUED<br>Incident | 10. MULTIPLE CLEAR-UP? [ ] YES  (LIST OTHER COMPLAINT NOS. IN NARRATIVE) [ ] NO | | |
| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT<br>Disturbance | 11. VALUE OF PROPERTY RECOVERED  $ | | |

12. INSTRUCTIONS FOR FOLLOW-UP OR SUPPLEMENTAL USAGE. Under narrative, record your activity and all developments in the case subsequent to last report. Describe and record value of any property recovered, names and arrest numbers of any persons arrested. Explain any offense classification change. Clearly show disposition of recovered property and inventory no. Recommend to supervisor case status and to reviewer UCR disposition. Indicate "Item Number Continued" at left, if any.

On Saturday, April 29, 2000, at about 10:30AM this officer spoke to Mr. Bogdanski at his business on Norwich Avenue, Norwich, CT. Mr. Bogdanski told this officer he did, in fact, leave his residence Friday at about 8:15AM and did see Deanna & Julianna, standing outside at the end of their driveway. Mr. Bogdanski said he doesn't remember looking to his left or smiling as he drove past them. Mr. Bogdanski said he drives slow because school children are waiting for school buses as were the Malchman's children.

Case closed.

| 30. REPORTING OFFICER<br>Reed Jones | NO.<br>13 | 31. STATUS (CHECK ONE)<br>[ ] OPEN  [ ] SUSPENDED  [X] CLOSED | 33. DATE/TIME TYPED<br>4/29/00   1PM | REPRODUCED<br>5/4/00ht |
|---|---|---|---|---|
| SECOND OFFICER<br>David McCoy | NO.<br>15 | 32. SUPERVISOR APPROVING   NO.<br>Sgt. James Daigle | 34. REFERRED TO: | 35. UCR DISPOSITION |
| | | | 36. REVIEWER | NO. |

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM: Malchman, Daniel
2. ARREST NO.:
3. COMPLAINT NO.: 00-13316

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

4. EXTRA COPIES:
5. PAGE NO.:
6. TRAFFIC CITATION NO.:
9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION:
CHANGED? ☐ YES

7. KIND OF REPORT CONTINUED: Incident
10. MULTIPLE CLEAR-UP? ☐ YES (LIST OTHER COMPLAINT NOS. IN NARRATIVE) ☐ NO

8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Disturbance
11. VALUE OF PROPERTY RECOVERED: $

12. INSTRUCTIONS FOR FOLLOW-UP OR SUPPLEMENTAL USAGE.

April 29, 2000 (Saturday)                                              3:00 p.m.

On the above date and time, this officer telephoned Mr. Malchman at Central Sports (886-2407) and advised him that there was no probable cause to make an arrest in regards to this investigation. This officer did so with Sgt. Paradis and Sgt. Daigle at the supervisor's desk area.

Mr. Malchman told this officer that Mr. Bogdaski did not smile at his daughter, but made an "awful" face and glared at them. This officer told Mr. Malchman that he reported to me that Mr. Bogdaski "smiled", that even if Mr. Bogdaski made an "awful" face, there still is no probable cause for arrest.

Mr. Malchman said he is satisfied with this officer's investigation and would not pursue this matter further.

Case closed.

33. DATE/TIME TYPED: 4/29/00 3:30pm
REPRODUCED: 5/5/00mk

30. REPORTING OFFICER: R. Jones   NO. 13
31. STATUS: ☐ OPEN ☐ SUSPENDED ☒ CLOSED
34. REFERRED TO:
35. UCR DISPOSITION:

SECOND OFFICER:
32. SUPERVISOR APPROVING: Sgt. Paradis
36. REVIEWER:

Form 4