# Department of Police – Norwich, Conn.

INCIDENT REPORT

| 1. COMPLAINANT'S NAME (FIRM NAME IF BUSINESS) | 2. COMPLAINT NO |
|---|---|
| Daniel G. Malchman | 00-23666 |

| 17. NO. EXTRA COPIES | 18. DISTRICT | 19. BEAT | REP. AREA | 3. COMPLAINANT'S RESIDENCE ADDRESS  CITY | 4. RES. PHONE |
|---|---|---|---|---|---|
|  | NT | NT | 5 | 32 Tanglewood Drive, Norwich, CT | 889-4639 |

| 20. COMP'S OCCUPATION | 21. HRS OF EMPLOY | 22. SOBRIETY | 5. WHERE COMP IS EMPLOYED, OR SCHOOL HE ATTENDS  CITY | 6. BUS. PHONE |
|---|---|---|---|---|
| Business Owner | Vary | Sober | Central Sports 555 Norwich Ave. Taftville | 886-2407 |

| 23. DESCRIBE LOCATION OF OFFENSE OR TYPE OF PREMISE | 7. COMP'S SEX, RACE, D.O.B. | 8. LOCATION OF INCIDENT (ADDRESS OR BLOCK NO.) |
|---|---|---|
| Public Restaurant | W/M, 1/28/50 | Pagoda 47 Town Street, Norwichtown |

| 24. VEHICLE USED BY SUSPECTS | LICENSE NO. | STATE | YEAR | 9. REPORTING PERSON  SEX  RACE  AGE | 10. RES. PHONE |
|---|---|---|---|---|---|
|  |  |  |  | Same as above |  |

| YEAR | MAKE | BODY | MODEL | COLOR(S) | 11. REPORTING PERSON'S ADDRESS  CITY | 12. BUS. PHONE |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| IDENTIFYING CHARACTERISTICS OF VEHICLE | 13. DATE AND TIME OCCURRED | 14. DATE AND TIME REPORTED |
|---|---|---|
|  | 7/26/00 19:00 | 7/26/00 19:02 |

| CODE: V-VICTIM (OTHER THAN IN BLOCK #1 AND SHOW SEX, DESCENT, AGE) W- WITNESS; P- PARENT OR GUARDIAN | 15. CRIME OR INCIDENT | 16. CLASSIFICATION |
|---|---|---|
|  | Possible Violation / No Contact Order | 9U2 |

| 25. NAME | CODE | RESIDENCE ADDRESS  CITY | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|
| Darryl Burchman W/M 9/3/76 | W | 67 Sherwood Lane, Norwich | 886-2882 |  |
| 26. |  |  |  |  |
| 27. |  |  |  |  |

28. IDENTIFY SUSPECTS BY NO. (NAME-ADDRESS-SEX-DESCENT-AGE-HT-WT-EYES-HAIR-COMPLEX-CLOTHING-IDENTIFYING CHARACTERISTICS. IF ARRESTED, INCLUDE BKG. NO. AND CHARGE)

(1) Subject: John Bogdanski, W/M, 8/24/58, 27 Tanglewood Drive, Norwich, CT
(2) Incident: Possible Violation of No Contact Order / Public Disturbance

| 37. WEAPON, TOOL, FORCE OR MEANS USED (DESCRIBE) | 38. METHOD USED TO COMMIT CRIME |
|---|---|
| Human Actions | Verbal Argument |

| 39. NATURE OF INJURIES AND LOCATION ON BODY-VICTIM'S CONDITION | 40. VICTIM HOSPITALIZED WHERE? |
|---|---|
| None | N/A |

On the above time and date, this Officer was dispatched to the Pagoda Restaurant, at 47 Town Street, Norwich, Connecticut for the report of a dispute.

Upon arrival, this Officer spoke with the complainant, Daniel Malchman, who stated he was eating dinner with his business partner, Darryl P. Burchman, at the Pagoda Restaurant. Mr. Malchman stated as he was eating, he observed John Bogdanski enter the Pagoda Restaurant. Mr. Malchman stated he is presently involved in a civil litigation with John Bogdanski.

The complainant stated Bogdanski picked up his food and then walked towards his table. Bogdanski then approached Mr. Malchman's business partner, Darryl Burchman. Bogdanski then introduced himself to Burchman. Malchman started yelling at Bogdanski that there was a no contact order in effect and told him to get away from him.

Malchman stated he then stood up in the restaurant, announced that "This person standing at my table is John Bogdanski, he is a sick, derranged individual who is violating a no contact order." Malchman stated to this officer he felt he humiliated and embarassed Bogdanski. Malchman stated Bogdanski then went table to table asking customers for their names so he would have witnesses to prove no crime had been committed.

| 30. REPORTING OFFICER | NO. | 31. STATUS (CHECK ONE) ☐ SUSPENDED | 33. DATE/TIME TYPED | REPRODUCED |
|---|---|---|---|---|
| St. Jean | 64 | ☒ OPEN   ☐ CLOSED | 7/27/00 21:30 |  |

| 2ND OFFICER | NO. | 32. SUPERVISOR APPROVING | NO. | 36 REVIEWER |  | NO. |
|---|---|---|---|---|---|---|
|  |  | Lt. McMahon |  |  |  |  |

Form 3

Attachment 5

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO |
|---|---|---|
| Daniel G. Malchman | | 00-23666 |

☒ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
☐ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
|---|---|---|---|---|
| | 2 | | | |

| 7. KIND OF REPORT CONTINUED | 10. MULTIPLE CLEAR-UP? |
|---|---|
| Incident | ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE) ☐ NO |

| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT | 11. VALUE OF PROPERTY RECOVERED |
|---|---|
| Possible Violation of No Contact Order | $ |

While Bogdanski went table to table, Malchman went to the bar where the phone is and called the police.

When the customers refused to acknowledge Bogdanski's behavior and questions Bogdanski left the restaurant.

This Officer asked Malchman if he had a copy of the No Contact Order. Malchman was unable to produce paperwork to show that there was a no contact order in effect. Malchman stated his Attorney would have a copy of the order.

Darryl Burchman stated he was eating dinner with Malchman when Bogdanski approached the table to introduce himself. Burchman stated he felt Bogdanski came to the table "to get a rise out of Malchman and it worked." Burchman stated that he does not know Bogdanski and had never met him before.

The manager of the restaurant, San Wong, stated Bogdanski came in to get his food and after he picked it up and paid for it, Wong saw him walking towards the exit of the restaurant. At that time, Wong went into kitchen to get an order for another customer. When he came out of the kitchen, Malchman asked to use the phone to call the Police. Wong stated while Malchman was using the phone, Bogdanski was going table to table asking customers for their names. Wong stated he does not understand a lot of english and did not hear what the men said to each other. Wong stated that both men seemed angry. This officer asked Wong how long the incident lasted and Wong stated it seemed like it only lasted two or three minutes. Wong also stated the men seemed to upset the other customers. Mr. Wong stated none of the customers had a complaint.

On 7/27/00 at 19:00, Malchman came to Police Headquarters with a copy of a letter that Attorney Santos faxed to Judge Handy. Malchman still did not produce a No Contact Order for this Officer. Malchman stated he would have his Attorney fax a copy of the order to the Norwich Police Department to keep on file. (see attached letter from Attorney Santos to Judge Handy)

Case open, pending further investigation and copy of No Contact Order.

| 33 DATE/TIME TYPED | REPRODUCED |
|---|---|
| 7/27/00 21:45 | |

| 30 REPORTING OFFICER | NO | 31. STATUS (CHECK ONE) | 34 REFERRED TO | 35 UCR DISPOSITION |
|---|---|---|---|---|
| St. Jean | 64 | ☐ SUSPENDED ☒ OPEN ☐ CLOSED | | |

| SECOND OFFICER | NO | 32 SUPERVISOR APPROVING | NO | 36 REVIEWER | NO |
|---|---|---|---|---|---|
| | | Lt. McMahon | | | |

Form 4

# NORWICH POLICE DEPARTMENT
## SUPPLEMENT REPORT

Form 4
Rev 6/00

CASE#: 00 - 23666

**ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM:** Daniel Malchman

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
☐ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

**KIND OF REPORT CONTINUED:** Incident
**OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT:** Disturbance

**RECOVERED PROPERTY VALUE:**
**RECOVERED PROPERTY DESCRIPTION:**

**OFFICER'S REPORT:**
July 27, 2000           10:00 a.m.

Person Interviewed: John A. Bogdanski, W/M, 8/24/58
                    27 Tanglewood Drive, Norwich, CT

On the above date and time this officer was assigned to interview and take a signed sworn statement from Bogdanski regarding an incident that had occurred at the Pagoda Restaurant, Town Street, Norwich, CT on 7/26/00 at approximately 7:00 p.m.

See statement attached.

Refer to Officer St. Jean's original report.

Case open.

**INVESTIGATING OFFICER'S SIGNATURE:** T. Nickerson
**ASSISTING OFFICER:**
**BADGE #:** 24
**CRUISER #:** 13
**BEAT:** WS
**SUPERVISOR AT SCENE:** Sgt. Bakoulis   BY - ON (NAME)
**TYPED BY:** (if other than reporting officer) NAME: MK
**SUPERVISOR APPROVING:** Sgt. Paradis   DATE: 8/02/00

**STATUS (CHECK ONE):** ☐ OPEN  ☐ CLOSED  ☐ SUSPENDED
**FORWARD COPY TO (OFFICE / PERSON):**
**REPORT SENT DATE:** / /
**UCR DISPOSITION:**
**PAGE:** 3 OF ___   BY: ___

SUBSCRIBED & SWORN BEFORE ME:
THIS ___ DAY OF ___ 20___  NOTARY: ___   PER C.G.S. 1-24

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| | |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM: Daniel G. Malchman | 2. ARREST NO. |
| 3. COMPLAINT NO: 00-23666 | |

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO: 4 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
|---|---|---|---|---|

| 7. KIND OF REPORT CONTINUED: Incident | 10. MULTIPLE CLEAR-UP? ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE) ☐ NO |
|---|---|

| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Possible Violation of No Contact Order | 11. VALUE OF PROPERTY RECOVERED: $ |
|---|---|

12. INSTRUCTIONS FOR FOLLOW-UP OR SUPPLEMENTAL USAGE. UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENSE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED" AT LEFT, IF ANY.

Monday July 31, 2000                                                                                 19:00

On the above time and date, this Officer and Sgt. Boyd returned to the Pagoda restaurant to interview any staff that may have witnessed the incident that took place on July 26, 2000.

This Officer spoke with the manager, San Wong, who stated a waitress named Sandy Saheng, A/F, 5/21/71, of 24 Harland Place, Norwich, Connecticut, was working on July 26, 2000.

When this Officer asked Saheng if two men had a verbal fight in the restaurant she stated "I don't understand." Saheng stated that she does not speak much english. This Officer asked Wong to translate, Wong agreed. Wong translated the question for Saheng. Saheng was asked again if she remembered two men having a verbal fight, she replied she was very busy that night, she did not understand english enough to know if people were fighting. Saheng looked at the ground during the interview. This Officer was unable to determine if Saheng was being uncooperative or if she did not understand the questions due to the language barrier.

Wong stated he had no complaint against either of the two men and would not make a complaint because both men eat at his restaurant and are "good customers". Wong stated the incident probably lasted only a couple of minutes. When he was asked how he knew it only lasted a couple of minutes, Wong stated he went to get another customers order, when he came out of the kitchen Malchman used the phone and Bogdanski left the restaurant. Wong stated he felt like it was not a big deal.

Case open, pending further investigation.

| 30 REPORTING OFFICER: St. Jean | NO: 64 | 31. STATUS: ☐ SUSPENDED ☒ OPEN ☐ CLOSED | 33 DATE/TIME TYPED: 7/31/00 22:00 | REPRODUCED |
|---|---|---|---|---|
| SECOND OFFICER | NO | 32 SUPERVISOR APPROVING: Sgt. Valcourt | 34 REFERRED TO | 35 UCR DISPOSITION |
| | | | 36 REVIEWER | NO |

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| | |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM: Daniel G. Malchman | 2. ARREST NO. |
| | 3. COMPLAINT NO: 00-23666 |

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT  
☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO: 5 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
|---|---|---|---|---|

**7. KIND OF REPORT CONTINUED:** Incident  
**10. MULTIPLE CLEAR-UP?** ☐ YES ☐ NO

**8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT:** Possible Violation of No Contact Order  
**11. VALUE OF PROPERTY RECOVERED:** $

---

Monday July 31, 2000                                                                                     21:00

On the above time and date, this Officer interviewed the following witness:

    Darryl P. Burchman, W/M, 9/3/76  
    67 Sherwood Lane, Norwich, Connecticut

This Officer obtained a signed, sworn statement from Burchman regarding the incident that took place at the Pagoda Restaurant on July 26, 2000.

See the attached statement.

Case open pending further investigation.

---

**33 DATE/TIME TYPED:** 7/31/00 22:00  
**30 REPORTING OFFICER:** St. Jean    NO 64  
**31. STATUS:** ☒ OPEN ☐ SUSPENDED ☐ CLOSED  
**34 REFERRED TO:**  
**35 UCR DISPOSITION:**  
**SECOND OFFICER:** NO  
**32 SUPERVISOR APPROVING:** Sgt. Valcourt   NO  
**36 REVIEWER:**

Form 4

# Department of Police – Norwich, Conn.

SUPPLEMENT REPORT

| | |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER#1, VICTIM: Daniel G Malchman | 2. ARREST NO. |
| 3. COMPLAINT NO.: 00-23666 | |

☐ FORM USED AS CONTINUATION SHEET
☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO.: 6 | 6. TRAFFIC CITATION NO. |
|---|---|---|

9. CORRECT OFFENCE OR INCIDENT CLASSIFICATION    CHANGED?   ☐ YES

7. KIND OF REPORT CONTINUED: Incident

10. MULTIPLE CLEAR-UP?   ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE)   ☐ NO

8. OFFENCE, CHARGE OR INCIDENT ON ORIGINAL REPORT

11. VALUE OF PROPERTY RECOVERED: $

12. INSTRUCTIONS FOR FOLLOW-UP  UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENCE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUTE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED"

August 2, 2000 (Wednesday)                                                                                       7:25pm

On the above date and time this Sergeant obtained a signed sworn statement from the following subject.

Subject: Darryl P. Burchman
W/M, DOB: 9/3/76
67 Sherwood Ln., Norwich, CT

Mr. Burchman gave a statement regarding the incident that had occurred at the Pagoda Restaurant on 7/26/00 with Daniel Malchman and John Bogdanski. In particular Mr. Burchman wished to clarify how he initially met Mr. Bogdanski at the restaurant. See the attached statement for details.

33. DATE/TIME: 8/2/00, 8:40pm          REPRODUCED

| 30. REPORTING OFFICER: Sergeant Stephany A Bakoulis | NO | 31. STATUS (CHECK ONE) ☐ SUSPENDED ☐ OPEN ☐ CLOSED | 34. REFERRED TO | 35. UCR DISPOSITION |
| SECOND OFFICER | NO | 32. SUPERVISOR APPROVING: Sgt. Michael Boyd    NO | 36. REVIEWER | NO |

FORM 4

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM<br>Daniel Malchman | 2. ARREST NO. | 3. COMPLAINT NO<br>00-23666 |
|---|---|---|---|

| ☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION |
|---|---|

| 4. EXTRA COPIES | 5. PAGE NO<br>7 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
|---|---|---|---|---|

| 7. KIND OF REPORT CONTINUED<br>Incident | 10. MULTIPLE CLEAR-UP?<br>☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE) | ☐ NO |
|---|---|---|

| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT<br>Possible Violation of No Contact Order | 11. VALUE OF PROPERTY RECOVERED<br>$ |
|---|---|

12. INSTRUCTIONS FOR FOLLOW-UP OR SUPPLEMENTAL USAGE. UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENSE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED" AT LEFT, IF ANY.

---

August 2, 2000 (Wednesday)                                                                    7:25 p.m.

On the above date and time, this Officer obtained a signed, sworn statement from the following subject:

Subject: Daniel G. Malchman
        W/M, DOB: 1/28/50
        32 Tanglewood Drive, Norwich, CT (860)889-4639

Mr. Malchman gave a statement regarding the incident that had occured at the Pagoda Restaurant on 7/26/00 with Daniel Burchman and John Bogdanski.

See attached statement.

Case open, pending documentation/copy of No Contact Order

| 33 DATE/TIME TYPED<br>8/2/00 9:30 pm | REPRODUCED |
|---|---|

| 30 REPORTING OFFICER<br>St. Jean | NO<br>64 | 31. STATUS (CHECK ONE)  ☐ SUSPENDED<br>☒ OPEN  ☐ CLOSED | 34 REFERRED TO | 35 UCR DISPOSITION |
|---|---|---|---|---|
| SECOND OFFICER | NO | 32 SUPERVISOR APPROVING<br>Sgt. Boyd | NO | 36 REVIEWER | NO |

Form 4

# NORWICH POLICE DEPARTMENT
## SUPPLEMENT REPORT

Form 4
Rev 6/00

CASE #: 00 - 23666

**ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM:** Daniel Malchman

☒ **FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION**

**KIND OF REPORT CONTINUED:** OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT

**RECOVERED PROPERTY VALUE:**

**RECOVERED PROPERTY DESCRIPTION:**

**OFFICER'S REPORT:**

August 9, 2000 (Wednesday)                                    1500 Hours

To date the complainant has not been forthcoming with a copy of the no contact order. The no contact order is part of a civil case Mr. Malchman is involved with.

Case suspended.

**INVESTIGATING OFFICER'S SIGNATURE:** J. St. Jean   **BADGE #:** 64   **CRUISER #:** 10   **BEAT:** CC

**ASSISTING OFFICER:**   **BADGE #:**   **CRUISER #:**   **BEAT:**   PER C.G.S. 1-24

**SUPERVISOR AT SCENE:** ☐ Y ☐ N (NAME)

**TYPED BY:** (If other than reporting officer) **NAME:** MK   **DATE:** 8/18/00

**SUPERVISOR APPROVING:** Sgt. Valcourt

**STATUS (CHECK ONE):** ☐ OPEN ☐ CLOSED ☒ SUSPENDED

**FORWARD COPY TO (OFFICE/PERSON):**

**REPORT SENT DATE:** / /

**UCR DISPOSITION:**   **PAGE** ___ **OF** ___   **BY:**

**SUBSCRIBED & SWORN BEFORE ME:**
THIS ___ DAY OF ___ 20___ NOTARY: _____

Case 3:01-cv-01877-MRK   Document 51-13   Filed 09/23/2004   Page 9 of 10

00 - 23666
St. Jean



# State of Connecticut
DIVISION OF CRIMINAL JUSTICE

OFFICE OF
THE CHIEF STATE'S ATTORNEY

300 CORPORATE PLACE
ROCKY HILL, CONNECTICUT 06067
TELEPHONE (860) 258-5800
FACSIMILE (860)258-5858

JOHN M. BAILEY
CHIEF STATE'S ATTORNEY

May 13, 1999

*Via Certified Mail*

Mr. John Bogdanski
27 Tanglewood Drive
Norwich, CT 06360

RE:   State v. Brian Cote
      State v. Daniel Malchman
      State v. Charles Lavallee

Dear Mr. Bogdanski:

As you may recall, the above-referenced matters are currently pending in the New London Superior Court and the State considers you a potential witness in these matters. This letter is to notify you that, pursuant to a request made by the counsel for the defendant Daniel Malchman on May 4, 1999, the Judge in these matters has modified her previous order so that there is to be no direct contact between the defendant Daniel Malchman and yourself. This order means that neither you, nor Daniel Malchman, are allowed to initiate direct contact with each other regarding this case, or anything else.

As you may recall, upon your request, as well as the request and concern of other witnesses, the the State had originally requested a full, no contact order from the Judge pertaining to the defendant, and regarding all of the State's witnesses. Therefore, the State did not object to the defendant's May 4 request for modification.

If any of the defendants attempt to contact you, in person or by telephone, or if you have any questions or concerns, please contact Inspector Matthew Schroeder at (860)258-5839.

Very truly yours,

TAMBERLYN E. C. CONOPASK
DEPUTY ASSISTANT STATE'S ATTORNEY

cc:   John Massameno, Senior Assistant State's Attorney
      Matthew Schroeder, Inspector

07-27-00  16:22  ☎860 724 5533        SANTOS & SEELEY                              ☒002

# SANTOS & SEELEY, P.C.
### ATTORNEYS AT LAW
### 51 RUSS STREET
### HARTFORD, CONNECTICUT 06106-1566

HUBERT J. SANTOS
HOPE C. SEELEY
PATRICK S. BRISTOL

TELEPHONE
(860) 249-6548
TELECOPIER
(860) 724-5533

July 27, 2000

The Honorable Susan B. Handy
Judicial District of New London
70 Huntington Street
New London, CT 06320

Re: *State v. Daniel G. Malchman, Docket No.: CR-98-74209*

Dear Judge Handy:

    On Wednesday, July 26, 2000, there was an incident involving Mr. John Bogdanski and my client, Daniel G. Malchman. Mr. Malchman was having dinner at the Pagoda Restaurant in Norwich with another individual when Mr. Bogdanski entered the restaurant to pick up a take out order. Mr. Bogdanski proceeded to Mr. Malchman's table and began talking to Mr. Malchman's dinner companion. Mr. Malchman reminded Mr. Bogdanski of the no contact order issued by your Honor and insisted that Mr. Bogdanski leave the table and the restaurant. Apparently, this incident resulted in a loud exchange. Mr. Malchman phoned the police who responded to the scene. Mr. Malchman advised the police of the no contact order and asked that Mr. Bogdanski be arrested. I am forwarding a copy of this letter to the Chief State's Attorney's Office in the hope they will again instruct Mr. Bogdanski to have no contact with my client.

Respectfully,

HUBERT J. SANTOS

HJS/mlt
cc: John M. Massameno, Esq.
    Tamberlyn E. C. Conopask, Atty.