## CITY OF NORWICH
### CONNECTICUT
### POLICE DEPARTMENT

Case Number: 00-23666
Date: 2-22-00
Time started: 10:10 AM
Time ended: 10:30 AM

Statement of  John A. Bogdanski

I, John A. Bogdanski        date of birth 8-24-58
of 22 Tanglewood Dr.         Town/City Norwich

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

I am involved in a criminal case with Daniel Malchman w/m 1-28-50 32 Tanglewood Dr. Norwich, Ct who is a defendant. On 5-13-99 I received a certified letter from Tamberlyn Conopask Deputy Assistant States Attorney. The letter ordered myself and Mr. Malchman not to initiate direct contact with each other. —JAB

On 2-26-00 at 2:00pm I went to the Pagoda Restaurant Meadows shopping center Town St Norwich Ct to get a take-out dinner when I walked into the restaurant I observed Malchman sitting at a table approx 10-15 ft left of the take-out counter. Malchman was sitting with another person. —JAB

As soon as Malchman observed me he began to state to the other person at his table "he's an asshole" "Dirtbag" Malchman continued to state negative things. As Malchman talked his voice became louder so other people in the restaurant could hear. —JAB

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: [signature]
Witness:
Signature: [signature]

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: [signature]  This 27th day of July, 2000

# CITY OF NORWICH
## CONNECTICUT
## POLICE DEPARTMENT

Case Number: 00-23666
Date: 2-22-00
Time started: 10:10 AM
Time ended: 10:30 AM

Statement of: John A. Bogdanski

I, John A. Bogdanski    date of birth: 8-24-58
of 22 Tanglewood Dr    Town/City: Norwich

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

After a few moments I turned towards Malchman when we made eye contact Malchman stated directly to me "You are an Asshole". Malchman was making other comments, but I cannot recall them. JAB

I could not see who Malchman was sitting with so I began to walk towards Malchman's table in an attempt to identify the person as a witness. JAB

As I walked towards the table Malchman jumped out of the chair and yelled get away from my table. Malchman then walked away from his table. JAB

I approached the table and introduced myself to the person still seated at Malchman's table. I asked the person his name he replied "Birchman". I could not recall his first name. He was a WM approx 20 YOA. I thanked this person and walked away. JAB

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: [signature]
Witness: 
Signature: [signature]

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: [signature] This 22nd day of July, 2000

2

# CITY OF NORWICH
## CONNECTICUT
### POLICE DEPARTMENT

Case Number  00-23666
Date  _____
Time started  _____
Time ended  _____

Statement of  John A. Bogdanski

I,  John A. Bogdanski                    date of birth  8-29-58

of  20 Tanglewood Dr                    Town/City  Norwich

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

As I walked back towards the take-out counter Malchman stood approx 25 ft away towards the back of the restaurant continuing to yell towards me. Malchman is yelling "I have a restraining order against him" "That I am in fear of my life"

Malchman was causing alarm with the approx 15-20 people that were in the restaurant.

I walked over to several customers in the restaurant to get their names as witnesses. They all refused.

Malchman at this point ran over to the phone stating he was calling the police.

I finished purchasing my food and left the restaurant.

At no time during the incident did I make anything confrontational towards Malchman.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness _____        Signature _____
Witness _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here: _____ This 23rd day of July 2000

# NOTICE OF RIGHTS

THE CONSTITUTION REQUIRES THAT I INFORM YOU  John A. Bogdanski
OF YOUR RIGHTS:
(state name of person)

YOU HAVE THE RIGHT TO REMAIN SILENT. IF YOU DO TALK TO ANY POLICE OFFICER, ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU IN COURT. *JB*

YOU HAVE THE RIGHT TO CONSULT WITH A LAWYER BEFORE YOU ARE QUESTIONED, AND MAY HAVE HIM WITH YOU DURING QUESTIONING. *JB*

IF YOU CANNOT AFFORD A LAWYER, ONE WILL BE APPOINTED FOR YOU, IF YOU WISH, BEFORE QUESTIONING. *JB*

IF YOU WISH TO ANSWER QUESTIONS YOU HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME. *JB*

YOU MAY STOP ANSWERING QUESTIONS AT ANY TIME IF YOU WISH TO TALK TO A LAWYER, AND HAVE HIM WITH YOU DURING ANY FURTHER QUESTIONING. *JB*

I ACKNOWLEDGE ABOVE WARNING.

_John B_____       _____
(signature) of person to whom)            (signature of officer or)
(warning was given)                       (individual giving warning)


_____
(signature of witnesses)
(if any — to warning)

PLACE  Norwich Police Dept
DATE   2-22-00
TIME   9:50 AM

NPD FORM 11

# WAIVER OF RIGHTS

I HAVE BEEN ADVISED THAT:

|   | INITIAL |
|---|---|
| I HAVE THE RIGHT TO REMAIN SILENT. | *[initialed]* |
| IF I TALK TO ANY POLICE OFFICER ANYTHING I SAY CAN AND WILL BE USED AGAINST ME IN COURT. | *[initialed]* |
| I HAVE THE RIGHT TO CONSULT WITH A LAWYER BEFORE I ANSWER ANY QUESTIONS AND I MAY HAVE A LAWYER WITH ME DURING QUESTIONING. | *[initialed]* |
| I HAVE THE RIGHT TO HAVE A LAWYER APPOINTED FOR ME, IF I CANNOT AFFORD ONE, BEFORE I ANSWER ANY QUESTIONS. | *[initialed]* |
| I KNOW THAT IF I ANSWER QUESTIONS, I HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME. | *[initialed]* |
| I MAY STOP ANSWERING QUESTIONS AT ANYTIME IF I WISH TO TALK WITH A LAWYER, AND I MAY HAVE HIM WITH ME DURING ANY FURTHER QUESTIONING. | *[initialed]* |

I AM WILLING TO ANSWER ANY QUESTIONS AND MAKE A STATEMENT KNOWING THAT I HAVE THESE RIGHTS. I DO NOT WANT A LAWYER. I KNOW AND UNDERSTAND WHAT I AM DOING. I DO THIS FREELY AND VOLUNTARILY AND NO THREATS OR PROMISES HAVE BEEN MADE TO ME.

SIGNED: *[signature]*

PLACE: Norwich Police Dept
DATE: 2-27-00
TIME: 9:50 am

IN THE PRESENCE OF:
*[signature]*

I, John A. Bogdansky, AGE 41, OF 23 Tanglewood Dr
   NAME                              ADDRESS
Norwich, CT, HAVING BEEN ADVISED OF MY RIGHTS UNDER THE CONSTITUTION AND HAVING WAIVED SAID RIGHTS KNOWING THE CONSEQUENCE THEREOF, AND THAT I AM UNDER NO OBLIGATION TO WAIVE ANY OR ALL OF SAID RIGHTS, DO MAKE THE FOLLOWING STATEMENT.

NPD FORM 13

# CITY OF NORWICH
## CONNECTICUT
### POLICE DEPARTMENT

Case Number _____
Date 7/31/00
Time Started 8:54
Time Ended 9:00

STATEMENT OF Darryl P. Burchman

I, Darryl P. Burchman, date of birth 9/3/76, of 67 Sherwood Lane, town/city of Norwich, Conn,
make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

On Wednesday July 26, 2000 I was eating dinner at the Pagoda with an work associate Mr. Daniel Malchman. Mr. Bogdanski walked into restaurant to get take out food. I do not know Mr. Bogdanski by name or face. If I ever saw him again I would not recognize him. I do not feel threatened or scared of Mr. Bogdanski. DB

Mr. Bogdanski he looked over at our table noticed Danny Malchman. He then started walking towards our table. Danny Malchman says "Stay away you sick man". Bogdanski came over to me put his hand on my shoulder and introduced himself. I turned around and said "Hi, I, Darryl Burchman."
Mr. Malchman jumped out of his chair and backed up

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: Darryl Burch
Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here _____

Form #12 Rev. 10/90              Page ___ of ___ Pages

# City of Norwich
## CONNECTICUT
## POLICE DEPARTMENT

Case Number: _____
Date: 7/31/00
Time Started: 9:00
Time Ended: 9:13

STATEMENT OF Darryl P. Burchman

I, Darryl P. Burchman, date of birth 9/3/76, of 67 Sherwood Lane, town/city of Norwich, Conn, make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

Malchman stood up from his seat and announced to the restaurant "This is John Bogdanski, he is a mentally sick and derranged individual." Mr. Malchman got up from the table and went to the phone and called the Police. DB

Bogdanski went table to table asking people for their names and phone number so they could be witnesses. I don't think he had any luck, everyone seem startled. Bogdanski left when Malchman went to call the Police. I didn't feel threatened by Bogdanski but Mr. Malchman embarassed me. Malchman is a very loud person. DB

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: [signature]   Signature: Darryl Burchman
Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: [signature]

Form #12 Rev. 10/90    Page ___ of ___ Pages

# CITY OF NORWICH
## CONNECTICUT
### POLICE DEPARTMENT

Case Number: 00-23466
Date: 8/2/00
Time Started: 2:25 pm
Time Ended: 3:42 pm

STATEMENT OF: Darryl P. Burchman

I, Darryl P. Burchman, date of birth 9/3/76,
of 67 Sherwood Lane, town/city of Norwich, CT,

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

I wish to clarify the statement that I gave to Officer St Jean on 7/31/00 regarding the incident at the Pagoda Restaurant in Norwich, CT. DB

I wish to state that I was sitting at a table with Danny Malchman in the Pagoda Restaurant eating. I was sitting in such a position that my back was to the front door and register area of the restaurant. As we were eating I saw Danny start to stare at someone behind me and shake his head as in disgust. I then turned around and saw this man holding a bag of food in his hand. Danny then said in a loud voice "There's John Bogdousk!" It was loud enough that the other customers in the restaurant started staring at Danny and I. DB

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____
Witness: _____
Signature: X Darryl Burch

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: 8/2/00

Page 1 of 3 Pages

Form #12 Rev. 10/90

# CITY OF NORWICH
## CONNECTICUT
## POLICE DEPARTMENT

Case Number: 00-23166
Date: 8/2/00
Time Started: 7:42 pm
Time Ended: 7:51 pm

STATEMENT OF: Darryl P. Burchman

I, Darryl P. Burchman, date of birth 9/3/56
of 67 Sherwood Lane, town/city of Norwich CT.

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

I turned back toward Danny and was embarrassed, so I put my hat back on and stared at my food. DB

A short time later, less than a minute or so I felt a hand on my right shoulder. As I looked back I saw the same man that was holding the bag of food. The man said in a calm voice; "Hi, my name is John Bogdanski, who are you?" I told him my name as Danny pushed himself away from the table and threw his napkin on the table. DB

Danny then yelled in a loud voice "This is John Bogdanski, a mentally disturbed, sick, human being." Danny yelled this loud enough that everyone in the restaurant heard and kept on staring at us. He then yelled to John Bogdanski who was on the other side of the table to get out or he was calling the police. DB

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____
Witness: _____
Signature: Darryl Burch

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: 8/2/00, Sgt. [signature]

Form #12 Rev. 10/90          Page 2 of 3 Pages

# CITY OF NORWICH
## CONNECTICUT
### POLICE DEPARTMENT

Case Number: 00-27466
Date: 8/2/00
Time Started: 2:51 pm
Time Ended: 2:55 pm

STATEMENT OF Darryl P. Burchman

I, Darryl P. Burchman, date of birth 9/3/66
of 63 Sherwood Ln, town/city of Warwick Ct.

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

I just wished to clarify how I initially met John Bogdanski at the Pagoda Restaurant. DB

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____
Witness: _____
Signature: Darryl Burch

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: 8/2/00, Sgt. [signature]

Form #12 Rev. 10/90        Page 3 of 3 Pages

# CITY OF NORWICH
## CONNECTICUT
## POLICE DEPARTMENT

Case Number **00-23666**
Date **7/2/00**
Time Started **7:25**
Time Ended **7:35**

STATEMENT OF **Daniel Malchman**

I, **Daniel Malchman**, date of birth **1/28/50**, of **32 Tanglewood Drive**, town/city of **Norwich**,

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

On Monday night, July 26, 2000, I was eating at the Pagoda Restaurant. John Bogdanski was in the restaurant at the bar picking up a take out order. I did not see him come in the door DM

I was talking to Darryl Burchman, a business partner and eating dinner. I looked at John Bogdanski but I dropped my eye contact back to my plate because I did not want a confrontation with him. When I looked at him prior he was making weird faces at me. I don't remember if I said anything about noticing John Bogdanski walking

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: X **Daniel Malchman**
Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: **8/2/00**, _____

Form #12 Rev. 10/90                Page **1** of **3** Pages

DM

# CITY OF NORWICH
## CONNECTICUT
### POLICE DEPARTMENT

Case Number: 00-23666
Date: 8/2/00
Time Started: 7:36 p.m.
Time Ended: 7:42 p.m.

STATEMENT OF Daniel Malchman

I, Daniel Malchman, date of birth 1/28/50, of 32 Tanglewood Drive, town/city of Norwich, make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

into the restaurant. I don't remember if I said anything to Darryl about John Bogdanski before he walked over to our table. DM

I looked up again and John Bogdanski was at my table with his hand on Darryl's shoulder and said "Hi, I'm John Bogdanski and what's your name." to Darryl. DM

At that point I told him get away from my table. I jumped up and I said "Everybody, this is John Bogdanski, this is a mentally deranged individual, he has an order by Judge Handy to have

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: [signature]
Witness: _____
Signature: [signature] Daniel Malchman

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: 8/2/00 [signature]

Form #12 Rev. 10/90

Page 2 of 3 Pages

# CITY OF NORWICH
## CONNECTICUT
### POLICE DEPARTMENT

Case Number 00-236606
Date 8/2/00
Time Started 7:42 p.m.
Time Ended 7:53 p.m.

STATEMENT OF Daniel Malchman

I, Daniel Malchman, date of birth 1/28/50, of 32 Tanglewood Drive, town/city of Norwich,

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

no contact with me, and here he is." He then went to a table and said I would like your names and number to the other customers. DM

I said enough is enough I going to call the Police and let them handle this. DM

With that he grabbed his food bag made no comment and walked at a fast pace out the door. DM

At no time John Bogdanski made no threatening gestures or movements toward me or Darryl Burchman. DM

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: [signature]    Signature: X [signature] Daniel Malchman
Witness: ___

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: 8/2/00, [signature]

Form #12 Rev. 10/90      Page 3 of 3 Pages       DM