# Department of Police — Norwich, Conn.

**INCIDENT REPORT**

| Field | Value |
|---|---|
| 1. Complainant's Name | Daniel G. Malchman |
| 2. Complaint No | 00-23845 |
| 17. No. Extra Copies | — |
| 18. District | TO |
| 19. Beat | TO |
| Rep. Area | 8 |
| 3. Complainant's Residence Address | 32 Tanglewood Drive |
| City | Norwich |
| 4. Res. Phone | 889-4639 |
| 20. Comp's Occupation | Business |
| 21. Hours of Employ | — |
| 22. Sobriety | Sober |
| 5. Where Comp. Is Employed, Or School He Attends | Self Employed |
| 6. Bus. Phone | 886-2404 |
| 23. Describe Location of Offense or Type of Premise | |
| 7. Comp's Sex, Race, D.O.B | W/M, 1/28/50 |
| 8. Location of Incident (Address or Block No.) | Norwich Avenue |
| 24. Vehicle Used By Suspects | |
| 9. Reporting Person | Same as #1 |
| 11. Reporting Person's Address | Same as #3 |
| 13. Date and Time Occurred | 7/28/00  9AM-9:30AM |
| 14. Date and Time Reported | 7/28/00  9:53 AM |
| 15. Crime or Incident | Harassment |
| 16. Classification | 90Z |

28. IDENTIFY SUSPECTS BY NO.:
(1) Suspect: John A. Bogdanski, W/M, 8/24/58, 27 Tanglewood Drive, Norwich, CT
(2) Charge: Harassment 2nd, 53a-183

| Field | Value |
|---|---|
| 37. Weapon, Tool, Force or Means Used | Telephone |
| 38. Method Used to Commit Crime | See Narrative |

On 7/28/00 at 9:53 AM this officer was dispatched to Central Sports, 599 Norwich Avenue, Taftville, Ct. for the report of harassing phone call.

This officer interviewed Malchman (complainant) who stated the following: he and Bogdanski (suspect) are involved in a Criminal (Civil Court Case in which he is a defendant and Bogdanski is a witness. On 7/26/00 he was involved in a disturbance with Bogdanski at the Pagoda Restaurant, Town Street, Norwich, Ct in which the Police were contacted. (See NPD Case #00-23666).

On 7/28/00 between 9AM- 9:30AM he received a phone call while at Central Sports, 599 Norwich Avenue, Taftville, Ct. The caller stated

| Field | Value |
|---|---|
| 33. Date/Time Typed | 7/28/00 |
| Reproduced | 8/31/00ht |
| 30. Reporting Officer | T. Nickerson |
| No. | 24 |
| 31. Status | X OPEN |
| 34. Referred To | |
| 35. UCR Disposition | |
| 2nd Officer | |
| 32. Supervisor Approving | Sgt. Paradis  RP |
| 36. Reviewer | NO |

Form 3

Attachment 6

# NORWICH POLICE DEPARTMENT
## SUPPLEMENT REPORT

Form 4
Rev 6/00

CASE#: 00-23845

**ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM:** Daniel G. Malchman

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
☐ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

**KIND OF REPORT CONTINUED:** Incident
**OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT:** Harassment

RECOVERED PROPERTY VALUE:
RECOVERED PROPERTY DESCRIPTION:

**OFFICER'S REPORT:**

"You called me a mentally derranged human being". I am going to get you for that." Before the caller hung up Malchman stated you are a fucking asshole. The caller than hung up.

Malchman stated he has spoken to Bogdanski several times on the phone in the past and is positive Bogdanski was the caller.

This officer received a signed sworn statement from Malchman regarding the incident. (See statement attached).

This officer interviewed Bogdanski who stated on 7/28/00 shortly after 9:07AM he was operating his vehicle north on Norwich Avenue when he passed Malchman who was operating his vehicle south on Norwich Avenue. At no other time on 7/28/00 did he have any type of contact with Malchman or did he attempt to have contact with him.

Bogdanski had been out in his vehicle with an employee of Bogs LTD. which he is the owner. Mary Swan, white female, 1/23/63 from 8:30AM till approximately 9:15AM. At no time did he use his cell phone or did he use a payphone to contact anyone.

This officer received a signed sworn statement from Bogdanski regarding his activities on 7/28/00.

This officer interviewed Swan who did not know the reason this officer was interviewing Bogdanski. She was not present during the interview with Bogdanski. Swan confirmed Bogdanski's activities on the morning of 7/28/00. Swan confirmed that she and Bogdanski had observed Malchmon operating his vehicle at approximately

| INVESTIGATING OFFICER'S SIGNATURE | BADGE # | CRUISER # | BEAT | SUPERVISOR AT SCENE: ☒Y ☐N (NAME) | FORWARD COPY TO (OFFICE / PERSON) |
|---|---|---|---|---|---|
| Nickerson | 24 | 14 | TO | Sgt. Larson | |
| ASSISTING OFFICER | BADGE # | CRUISER # | BEAT | TYPED BY: (If other than reporting officer) NAME: ht   DATE: 08/31/00 | REPORT SENT DATE: / / |
| SUBSCRIBED & SWORN BEFORE ME: THIS ____ DAY OF ____ 20 ____ NOTARY: ____   PER C.G.S. 1-24 | | | | SUPERVISOR APPROVING: Sgt. Paradis | UCR DISPOSITION |
| | | | | *STATUS (CHECK ONE) ☒ OPEN  ☐ CLOSED  ☐ SUSPENDED | BY: |
| | | | | | PAGE 2 OF 3 |

# NORWICH POLICE DEPARTMENT
## SUPPLEMENT REPORT

Form 4
Rev 6/00

CASE #: 00 - 23845

**ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM**
Daniel G. Malchman

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
☐ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

**KIND OF REPORT CONTINUED:** Incident
**OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT:** Harassment

RECOVERED PROPERTY VALUE:
RECOVERED PROPERTY DESCRIPTION:

**OFFICER'S REPORT:**

9:10 A.M. south on Norwich Avenue.

This officer noted that at no time during this officer's interview with Malchman did he mention observing Bogdanski operating his vehicle. Also Malchman did not state he had left Central Sports at 9:10 A.M.

Refer to self to re-interview Malchman.

Case open.

**REPORTING OFFICER'S SIGNATURE**
T. Nickerson

**ASSISTING OFFICER**

BADGE #: 24
CRUISER #: 14
BEAT TO BEAT

PER C.G.S. 1-24

**SUPERVISOR AT SCENE:** ☐ Y - ☐ N (NAME)
**TYPED BY:** (if other than reporting officer) NAME: ht    DATE: 08/31/00
**SUPERVISOR APPROVING:** Sgt. Paradis

SUBSCRIBED & SWORN BEFORE ME:
THIS _____ DAY OF _____ 20___ NOTARY: _____

STATUS (CHECK ONE)
☒ OPEN ☐ CLOSED ☐ SUSPENDED

FORWARD COPY TO (OFFICE/PERSON):
REPORT SENT DATE: / /
UCR DISPOSITION:

PAGE 3 OF 3

# NORWICH POLICE DEPARTMENT
## SUPPLEMENT REPORT

Form 4
Rev 6/00

CASE#: 00 - 23845

**ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM:** Daniel G. Malchman

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
☐ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

**KIND OF REPORT CONTINUED:** Incident
**OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT:** Harassment

**RECOVERED PROPERTY VALUE:** –
**RECOVERED PROPERTY DESCRIPTION:** –

### OFFICER'S REPORT:

Date: 7/29/00                               Time: 9:00AM

On the above date and time this officer again interviewed Malchman. At this time Malchman stated on 7/28/00 at approximately 8:45 AM he did leave Central Sports operating his vehicle south on Norwich Avenue. While in the area of the few houses on Norwich Avenue he did observe a vehicle similar to Bogdanski's pass by him, traveling north on Norwich Avenue. He did not see the operator and was unsure if Bogdanski was there. He drove up to the X-Tra Mart at 186 Norwich Avenue to get a small milk. Then he returned to Central Sports. Approximately 10-15 minutes after returning to Central Sports he received the call.

Malchman advised this officer that he never wears a watch and any times he states are estimates.

This officer was advised by Deputy Chief Mocek that he had received the initial report of the incident from Malchman on 7/28/00 at 9:35AM.

Based on the confirmed information that Bogdanski had been at People's Bank, 1 Norwich Avenue, Taftville, Ct at 9:07AM after which he and Malchman passed each other on Norwich Avenue at approximately 9:10AM. Malchman then proceeded to the X-tra Mart, Norwich Avenue and then returned to Central Sports. This officer believes the phone call was received between 9:20AM and 9:35AM.

Bogdanski stated he was at Bogs, Ltd. at that time.

**INVESTIGATING OFFICER'S SIGNATURE:** T. Nickerson       **BADGE #:** 24       **CRUISER #:** –       **BEAT:** –
**ASSISTING OFFICER:**                                     **BADGE #:**         **CRUISER #:**         **BEAT:**

SUBSCRIBED & SWORN BEFORE ME:
THIS _____ DAY OF _____ 20___   NOTARY: _____   PER C.G.S. 1-24

**SUPERVISOR AT SCENE:** ☐ Y  ☐ N  (NAME)
**TYPED BY:** (If other than reporting officer) NAME: ht      DATE 08/07/00
**SUPERVISOR APPROVING:** Sgt. Paradis [signature]

**STATUS (CHECK ONE):** ☒ OPEN  ☐ CLOSED  ☐ SUSPENDED

**FORWARD COPY TO (OFFICE / PERSON):** _____
**REPORT SENT DATE:** ___/___/___
**UCR DISPOSITION:** _____
**BY:** _____

PAGE 5 OF ___

Form 4
Rev 6/00

# NORWICH POLICE DEPARTMENT
## SUPPLEMENT REPORT

CASE#: 00 -23845

**ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM:** Daniel G. Malchman

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
☐ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

**KIND OF REPORT CONTINUED:** Incident
**OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT:** Harassment

**RECOVERED PROPERTY VALUE:** —
**RECOVERED PROPERTY DESCRIPTION:** —

**OFFICER'S REPORT:**

Also on 7/29/00 this officer received a fax from Bogdanski requesting this officer obtain all phone records from Central Sports on 7/28/00.

Refer to self to contact SNET Security on 7/31/00.

Case open.

**INVESTIGATING OFFICER'S SIGNATURE:** P. Nickerson
**BADGE #:** 24
**CRUISER #:** 
**BEAT:** 
**SUPERVISOR AT SCENE:** 
**TYPED BY:** ht  **DATE:** 0807/00
**SUPERVISOR APPROVING:** Sgt. Paradis

**ASSISTING OFFICER:** 
**BADGE #:** 
**CRUISER #:** 
**BEAT:** 
PER C.G.S. 1-24

**STATUS (CHECK ONE):** ☒ OPEN  ☐ CLOSED  ☐ SUSPENDED
**FORWARD COPY TO (OFFICE / PERSON):**
**REPORT SENT DATE:** / /
**UCR DISPOSITION:**
**BY:**
**PAGE____ OF____**

SUBSCRIBED & SWORN BEFORE ME: THIS____ DAY OF____ 20____ NOTARY:____

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| | |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM: Daniel G. Malchman | 2. ARREST NO. |
| | 3. COMPLAINT NO: 00-23845 |

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT  
☐ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO: 7 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |

**7. KIND OF REPORT CONTINUED:** Incident Report

**10. MULTIPLE CLEAR-UP?** ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE)  ☐ NO

**8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT:** Harassment

**11. VALUE OF PROPERTY RECOVERED:** $

**12. INSTRUCTIONS FOR FOLLOW-UP OR SUPPLEMENTAL USAGE.** UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENSE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED" AT LEFT, IF ANY.

Date: 08-03-00    Time: 10:00am

On the above date and time this officer contacted SNET Security regarding this investigation as Bogdanski had requested.

This officer spoke to Security Personel Carol Alfano who stated that the phone company could not go back and retreive information regarding incoming calls to a business that have already ocurred.

Bogdanski was notified of this officer conversation with SNET.

Based on this officers investigation no probable cause exists to pursue charges against Bogdanski at this time.

Case suspended pending further information.

| 30. REPORTING OFFICER: T Nickerson | NO | 31. STATUS (CHECK ONE) ☐ SUSPENDED ☐ OPEN ☐ CLOSED | 33. DATE/TIME TYPED | REPRODUCED |
| 34. REFERRED TO | 35. UCR DISPOSITION |
| SECOND OFFICER | NO | 32. SUPERVISOR APPROVING: Sgt Paradis | NO | 36. REVIEWER | NO |

Form 4

# CITY OF NORWICH
## CONNECTICUT
## POLICE DEPARTMENT

Case Number: 00-23845
Date: 7-28-00
Time started: 10:15 AM
Time ended: 10:40 AM

**Statement of** Daniel G. Malchman

I, Daniel G. Malchman
of 32 Tanglewood Dr.

date of birth: 1-28-50
Town/City: Norwich

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

I have been involved in a criminal/civil court case for the past several years in which John Bogdanski w/m Tanglewood Dr Norwich, CT is a witness. Judge Susan B. Handy has on several occasions ordered Bogdanski not to have contact with me. DM

On 7-28-00 between 9:00AM + 9:30AM I received a phone call while I was at the front desk of Central Sports 599 Norwich Ave Taftville, CT. I answered the phone "Central Sports" like I normally would. DM

The caller made the following statement "You called me a mentally deranged human being." I replied "You are a fucking asshole." The caller then hung up. DM

I have spoken to Bogdanski numerous times on the phone in the past and I am positive

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and is true to the best of my knowledge and belief.

Witness: _____
Witness: _____
Signature: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein. I notarized, endorse here: Sgt. Eric Larson This 28th day of July 2000

# CITY OF NORWICH
## CONNECTICUT
### POLICE DEPARTMENT

Case Number: 00-23845
Date: 7-28-00
Time started: 10:15 AM
Time ended: 10:40 AM

Statement of **Daniel G. Malchman**

I, **Daniel G. Malchman**
date of birth **1-28-50**
of **32 Tanglewood Dr**
Town/City **Norwich**

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

That the caller was Bogdanski. DM

I believe Bogdanski was calling from a pay phone. I could hear vehicles in the background. DM

There is no caller ID on the central sports phone line. DM

After Bogdanski stated "You are a mentally deranged human being" he followed that with "I am going to get you for that" before he hung up. DM

This phone call was a result of an incident that occured on 7-26-00 at the Pagoda Restaurant Town St Norwich, Ct DM

I want Bogdanski arrested for violating Judge Handy's order of no contact. DM

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____
Witness: _____
Signature: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: **Sgt. Eric Larson** This **28th** day of **July, 2000**

2

07/27/00   16:22   ☎860 724 5555        SANTOS & SEELEY                    ⌀001

# SANTOS & SEELEY, P.C.
### ATTORNEYS AT LAW
51 RUSS STREET
HARTFORD, CONNECTICUT 06106-1566

HUBERT J. SANTOS
HOPE C. SEELEY
PATRICK S. BRISTOL

TELEPHONE
(860) 249-6548
TELECOPIER
(860) 724-5533

July 27, 2000

The Honorable Susan B. Handy
Judicial District of New London
70 Huntington Street
New London, CT 06320

Re: *State v. Daniel G. Malchman, Docket No.: CR-98-74209*

Dear Judge Handy:

On Wednesday, July 26, 2000, there was an incident involving Mr. John Bogdanski and my client, Daniel G. Malchman. Mr. Malchman was having dinner at the Pagoda Restaurant in Norwich with another individual when Mr. Bogdanski entered the restaurant to pick up a take out order. Mr. Bogdanski proceeded to Mr. Malchman's table and began talking to Mr. Malchman's dinner companion. Mr. Malchman reminded Mr. Bogdanski of the no contact order issued by your Honor and insisted that Mr. Bogdanski leave the table and the restaurant. Apparently, this incident resulted in a loud exchange. Mr. Malchman phoned the police who responded to the scene. Mr. Malchman advised the police of the no contact order and asked that Mr. Bogdanski be arrested. I am forwarding a copy of this letter to the Chief State's Attorney's Office in the hope they will again instruct Mr. Bogdanski to have no contact with my client.

Respectfully,

*/s/ Hubert J. Santos*
HUBERT J. SANTOS

HJS/mlt
cc: John M. Massameno, Esq.
    Tamberlyn E. C. Conopask, Atty.

# CITY OF NORWICH
## CONNECTICUT
## POLICE DEPARTMENT

Case Number: OO-23845
Date: 7-28-00
Time started: 11:40 AM
Time ended: 12:00 pm

Statement of: John A. Bogdanski

I, John A. Bogdanski
of 22 Tanglewood Dr
date of birth: 8-24-58
Town/City: Norwich

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

I am involved in a criminal/civil court case in which Daniel Malchman w/m 32 Tanglewood Dr Norwich, CT is a defendant. On 2-26-00 I was involved in a disturbance with Malchman at the Pagoda Restaurant Town St Norwich, CT in which the police investigated. On 7-28-00 I slept at my residence at 22 Tanglewood Dr Norwich, CT. Carl Hurley w/m 6-24-50 who also resides at my residence was there. I awoke at 2:00 AM. I took a shower to get ready to go to work. I left my residence with Hurley who also works at Bogs (TAV) 539 Norwich Av Taftville, CT at 2:30 AM. We drove directly to Bogs LTD. We arrived at approx 2:45 AM. JAB

At approx 8:30 AM I left Bogs LTD with Mary Swan w/f 1-28-63 to make a bank deposit at the Jewett City Savings Main St Jewett City, CT. We drove directly to the bank and made the deposit at 8:45 AM. JAB

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____
Witness: _____
Signature: [signed]

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: [signature] This 28 day of July 2000

# CITY OF NORWICH
## CONNECTICUT
## POLICE DEPARTMENT

Case Number: 0023845
Date: 2-28-00
Time started: 11:40 AM
Time ended: 12:00 PM

Statement of John A. Bogdanski

I, John A. Bogdanski
of 27 Tanglewood Dr
date of birth 8-24-55
Town/City Norwich, CT

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

We then went to the drive-thru window at the Dandy Donut at 12 Lisbon, CT to get us coffee. JAB

I then drove south on Rt 12 to the peoples bank, Norwich Ave Taftville, CT to make a second deposit. I made that deposit at 9:02 AM. JAB

I then drove directly to Bogs LTD. JAB

While traveling north on Norwich Ave I passed by Malchman who was operating his Green Lincoln south on Norwich Ave. I did not make any gestures towards Malchman. Malchman did not make any gestures towards me. JAB

I have been at Bogs LTD the remainder of the morning. JAB

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness _____
Witness _____
Signature: [signed]

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: [signed] This 28 day of July 2000

2

# CITY OF NORWICH
## CONNECTICUT
## POLICE DEPARTMENT

Case Number: 00-23845
Date: 2-28-00
Time started: 11:40AM
Time ended: 12:05p

Statement of _John A. Bogdanski_

I, _John A. Bogdanski_ date of birth _8-24-58_
of _22 Tanglewood Dr._ Town/City _Norwich_

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

At no time on 2-28-00 with the exception of passing by his vehicle on Norwich Ave have I had any contact with Malchman. I have not attempted to make contact with him. JAB While out with Swan making the bank deposit I did not use my cellphone or a payphone for any reason. JAB

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness _____
Witness _____
Signature _[signed]_

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here _[signed]_ This _28_ day of _July 2000_

3