# Department of Police — Norwich, Conn.

**INCIDENT REPORT**

| 17. NO. EXTRA COPIES | 18. DISTRICT | 19. BEAT | REP. AREA | 1. COMPLAINANT'S NAME (FIRM NAME IF BUSINESS) | 2. COMPLAINT NO. |
|---|---|---|---|---|---|
| | NT | NT | 5 | Elaine Malchman | 00-26933 |

| 20. COMP'S OCCUPATION | 21. HOURS OF EMPLOY. | 22. SOBRIETY | 3. COMPLAINANT'S RESIDENCE ADDRESS | CITY | 4. RES. PHONE |
|---|---|---|---|---|---|
| unemployed | | S | 32 Tanglewood Drive | Norwich | 889-4639 |

| | 5. WHERE COMP. IS EMPLOYED, OR SCHOOL HE ATTENDS | CITY | 6. BUS. PHONE |
|---|---|---|---|
| | unemployed | | |

| 23. DESCRIBE LOCATION OF OFFENSE OR TYPE OF PREMISE | 7. COMP'S SEX, RACE, D.O.B | 8. LOCATION OF INCIDENT (ADDRESS OR BLOCK NO.) |
|---|---|---|
| private parking | F/W, 5/24/50 | Tanglewood Drive |

| 24. VEHICLE USED BY SUSPECTS | LICENSE NO. | STATE | YEAR | 9. REPORTING PERSON | SEX RACE AGE | 10. RES. PHONE |
|---|---|---|---|---|---|---|
| | | | | same as #1 | F/W, 51 | |

| YEAR | MAKE | BODY | MODEL | COLOR(S) | 11. REPORTING PERSON'S ADDRESS | CITY | 12. BUS. PHONE |
|---|---|---|---|---|---|---|---|
| | | | | | same as #3 | | |

| IDENTIFYING CHARACTERISTICS OF VEHICLE | 13. DATE AND TIME OCCURRED | 14. DATE AND TIME REPORTED |
|---|---|---|
| | 8/24/00 - 8/25/00, 9pm-8:30am | 8/25/00, 12:45 p.m. |

| CODE: V - VICTIM (OTHER THAN IN BLOCK #1 AND SHOW SEX DESCENT, AGE; W-WITNESS; P-PARENT OR GUARDIAN | 15. CRIME OR INCIDENT | 16. CLASSIFICATION |
|---|---|---|
| | Suspicious Activity (found property) | 90Z |

| 25. NAME | CODE | RESIDENCE ADDRESS | CITY | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|---|
| 26. | | | | | |
| 27. | | | | | |

**28. IDENTIFY SUSPECTS BY NO. (NAME-ADDRESS-SEX-DESCENT-AGE-HT-WT-EYES-HAIR-COMPLEX.-CLOTHING-IDENTIFYING CHARACTERISTICS IF ARRESTED, INCLUDE BKG NO. AND CHARGE)**

(1) Suspect(s): Unknown

(2) Charge: Suspicious Activity (found property)

| 37. WEAPON, TOOL, FORCE OR MEANS USED (DESCRIBE) | 38. METHOD USED TO COMMIT CRIME |
|---|---|
| hands | leave rubber penis on property |

| 39. NATURE OF INJURIES AND LOCATION ON BODY-VICTIM'S CONDITION | 40. VICTIM HOSPITALIZED WHERE? |
|---|---|
| n/a | n/a |

On Friday, 8/25/00 at approximately 12:45 p.m., this officer was dispatched to 32 Tanglewood Drive, Norwich, CT on a report of suspicious activity.

This officer arrived and was met by the complainant, Elaine Malchman, who showed this officer an item found in her driveway. The item was an orange colored rubber penis. The item was left in the driveway between 9:00 p.m. on 8/24/00 and 8:30 a.m. on 8/25/00.

The husband of the complainant, Daniel Malchman, was not at home. This officer spoke to him by phone.

| 30. REPORTING OFFICER | NO. | 31. STATUS (CHECK ONE) | 33. DATE/TIME TYPED | REPRODUCED |
|---|---|---|---|---|
| L. Rice | 4 | ☐ OPEN  ☒ SUSPENDED  ☐ CLOSED | 8/25/00 1pm | 9/12/00mk |
| 2ND OFFICER | NO. | 32. SUPERVISOR APPROVING | 34. REFERRED TO: | 35. UCR DISPOSITION |
| | | Sgt. Paradis | 36. REVIEWER | NO |

Form 3

Attachment 7

# NORWICH POLICE DEPARTMENT
## SUPPLEMENT REPORT

Form 4
Rev 6/00

CASE#: 00 - 26933

**ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM:** Complainant Elaine Malchman

**KIND OF REPORT CONTINUED:** Incident

**OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT:** Suspicious Activity

**OFFICER'S REPORT:**

He stated that he has had an ongoing feud for the last two years with his neighbor, John Bogdanski of 27 Tanglewood Drive.

He believes that Bogdanski is the person responsible for leaving the item in his driveway. He told this officer not to interview Bogdanski about this incident.

This officer took the rubber penis, tagged it and held it at police headquarters as found property.

This officer also spoke to Thomas Masterson, M.D. of 31 Tanglewood Drive, 887-5310. He stated that he did not see anyone leave the item in the driveway. He is also aware of the feud between Bogdanski and Malchman.

**INVESTIGATING OFFICER'S SIGNATURE:** L. Rice

**BADGE #:** 4

**CRUISER #:** 13

**BEAT:** NT

**SUPERVISOR AT SCENE:** Y - N

**TYPED BY:** MK  **DATE:** 9/12/000

**SUPERVISOR APPROVING:** Sgt. Paradis

**STATUS:** SUSPENDED

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER#1, VICTIM<br>Elaine Malchman | 2. ARREST NO. | 3. COMPLAINT NO.<br>00-26933 |
|---|---|---|---|
| ☒ FORM USED AS CONTINUATION SHEET | ☐ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION | | |
| 4. EXTRA COPIES | 5. PAGE NO. 2 | 6. TRAFFIC CITATION NO. | 9. CORRECT OFFENCE OR INCIDENT CLASSIFACATION  CHANGED?  ☐ YES |
| 7. KIND OF REPORT CONTINUED<br>Incident | 10. MULTIPLE CLEAR-UP?<br>☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE)   ☐ NO | | |
| 8. OFFENCE, CHARGE OR INCIDENT ON ORIGINAL REPORT<br>Found Property | 11. VALUE OF PROPERTY RECOVERED<br>$ | | |

12. INSTRUCTIONS FOR FOLLOW-UP  UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENCE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUTE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED"

September 5, 2000 (Tuesday)                                                                                       8:00am

On the above date and time this writer was assigned to process the following item of found property for latent fingerprint evidence:

ITEM: One (1) rubber, orange colored penis.

The item was processed utilizing black, volcanic ash, latent fingerprint powder and physical reagent. No potentially identifiable latent fingerprints were developed.

| 30. REPORTING OFFICER<br>Det. Mark Lounsbury | NO<br>28 | 31. STATUS (CHECK ONE)   ☒ SUSPENDED<br>☐ OPEN                        ☐ CLOSED | 33. DATE/TIME<br>09-05-00/9:45am | REPRODUCED |
|---|---|---|---|---|
| SECOND OFFICER | NO | 32. SUPERVISOR APPROVING        NO<br>James F. Daigle Jr.          Sgt | 34. REFERRED TO | 35. UCR DISPOSITION |
| | | | 36. REVIEWER | NO |

FORM 4