# Department of Police – Norwich, Conn.

**INCIDENT REPORT**

| 1. COMPLAINANT'S NAME (FIRM NAME IF BUSINESS) | 2. COMPLAINT NO |
|---|---|
| Daniel G. Malchman | 02-18720 |

| 17. NO. EXTRA COPIES | 18. DISTRICT | 19. BEAT | REP. AREA | 3. COMPLAINANT'S RESIDENCE ADDRESS    CITY | 4. RES. PHONE |
|---|---|---|---|---|---|
|  | NT | NT | 10 | 32 Tanglewood Drive, Norwich | 889-4639 |

| 20. COMP'S OCCUPATION | 21. HRS OF EMPLOY | 22. SOBRIETY | 5. WHERE COMP IS EMPLOYED, OR SCHOOL HE ATTENDS    CITY | 6. BUS. PHONE |
|---|---|---|---|---|
| self employed |  | S |  |  |

| 23. DESCRIBE LOCATION OF OFFENSE OR TYPE OF PREMISE | 7. COMP'S SEX, RACE, D.O.B. | 8. LOCATION OF INCIDENT (ADDRESS OR BLOCK NO.) |
|---|---|---|
| donut shop | W/M, 1/28/50 | 275 West Town Street |

| 24. VEHICLE USED BY SUSPECTS   LICENSE NO.   STATE   YEAR | 9. REPORTING PERSON    SEX  RACE  AGE | 10. RES. PHONE |
|---|---|---|
|  | same as 1 |  |

| YEAR   MAKE   BODY   MODEL   COLOR(S) | 11. REPORTING PERSON'S ADDRESS    CITY | 12. BUS. PHONE |
|---|---|---|
|  | same as 3 |  |

| IDENTIFYING CHARACTERISTICS OF VEHICLE | 13. DATE AND TIME OCCURRED | 14. DATE AND TIME REPORTED |
|---|---|---|
|  | 7/9/02, 10:10 a.m. | 7/9/02, 10:10 a.m. |

| CODE: V-VICTIM (OTHER THAN IN BLOCK #1 AND SHOW SEX, DESCENT, AGE)  W- WITNESS; P- PARENT, OR GUARDIAN | 15. CRIME OR INCIDENT | 16. CLASSIFICATION |
|---|---|---|
|  | Alleged Threat | 90Z |

| 25. NAME | CODE | RESIDENCE ADDRESS | CITY | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|---|
| 26. |  |  |  |  |  |
| 27. |  |  |  |  |  |

**COPY**

28. IDENTIFY SUSPECTS BY NO. (NAME-ADDRESS-SEX-DESCENT-AGE-HT-WT-EYES-HAIR-COMPLEX-CLOTHING-IDENTIFYING CHARACTERISTICS. IF ARRESTED, INCLUDE BKG. NO. AND CHARGE)

(1) Subject: Robert J. Aldi, W/M, DOB: 7/10/56, 264 Broad Street, Norwich

(2) Incident: Alleged Threat

| 37. WEAPON, TOOL, FORCE OR MEANS USED (DESCRIBE) | 38. METHOD USED TO COMMIT CRIME |
|---|---|
| human | spoke to complainant |

| 39. NATURE OF INJURIES AND LOCATION ON BODY-VICTIM'S CONDITION | 40. VICTIM HOSPITALIZED WHERE? |
|---|---|
| - | - |

On the above date and time, this officer and Officer Daley were approached by the complainant at Dixie Donuts, 275 West Town Street, Norwich, CT.

Complainant stated that he had a question to ask regarding an incident which had occurred approximately five minutes earlier.

The complainant stated that he was sitting at the counter of the donut shop. He states that Robert Aldi entered the store, looked over in the direction of him and threatened him. Malchman could not be specific as to what Aldi said. Malchman did not appear upset and told this officer that he was not afraid of Aldi.

This officer spoke to Tim Wetter, plain clothes detective with the Connecticut State Police Special Identification Unit (phone 203-238-6561). Wetter stated that when Aldi entered the store he turned towards his direction and said, "The people you see and me without my gun." Wetter said the comment did not appear to be directed to anyone specifically and that he saw no evidence of wrong doing. The name and phone number of Wetter was provided by Master Sergeant Petruniw of Troop E, Montville. Petruniw was at the donut shop upon these officers arrival, but not at the time of the incident.

| 30. REPORTING OFFICER   NO. | 31. STATUS (CHECK ONE)  ☐ SUSPENDED  ☒ OPEN  ☐ CLOSED | 33. DATE/TIME TYPED | REPRODUCED |
|---|---|---|---|
| R. Blanch   29 |  | 7/9/02, 2:28 p.m. | 7/11/02mk |

| 2ⁿᵈ OFFICER   NO. | 32. SUPERVISOR APPROVING   NO. | 36 REVIEWER   NO. |
|---|---|---|
| P. Daley   30 | E. Larson   Sgt. |  |

Form 3

# Attachment 8

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM<br>Daniel G. Malchman | 2. ARREST NO. | 3. COMPLAINT NO<br>02-18720 |
|---|---|---|---|
| ☒ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | ☐ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION | | |
| 4. EXTRA COPIES | 5. PAGE NO<br>2 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
| 7. KIND OF REPORT CONTINUED<br>Incident | | 10. MULTIPLE CLEAR-UP?<br>☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE) | ☐ NO |
| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT<br>Alleged Threat | | 11. VALUE OF PROPERTY RECOVERED<br>$ | |
| 12. INSTRUCTIONS FOR FOLLOW-UP OR SUPPLEMENTAL USAGE. | UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENSE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED" AT LEFT, IF ANY. | | |

Officer Daley conducted an interview inside the store. See supplement.

Based on the information at hand, these officers did not believe sufficient probable cause existed for an arrest.

When Malchman was advised no arrest was to be made he said, "That's too bad, it would be nice to arrest him. You know I have a law suit against him."

Case referred to Lt. Ward for further investigation.

| | | | | 33 DATE/TIME TYPED<br>7/9/02, 2:28 p.m. | REPRODUCED<br>7/11/02mk |
|---|---|---|---|---|---|
| 30 REPORTING OFFICER<br>R. Blanch | NO<br>29 | 31. STATUS (CHECK ONE) ☐ SUSPENDED<br>☒ OPEN ☐ CLOSED | | 34 REFERRED TO | 35 UCR DISPOSITION |
| SECOND OFFICER<br>P. Daley | NO<br>30 | 32 SUPERVISOR APPROVING<br>E. Larson | NO<br>Sgt. | 36 REVIEWER | NO |

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| | |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM: Daniel G. Malchman | 2. ARREST NO. |
| | 3. COMPLAINT NO: 02-18720 |

- [ ] FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
- [X] FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO: 3 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? [ ] YES |
|---|---|---|---|---|

| 7. KIND OF REPORT CONTINUED: Incident | 10. MULTIPLE CLEAR-UP? [ ] YES   [X] NO |
|---|---|

| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Alleged Threat | 11. VALUE OF PROPERTY RECOVERED: $ |
|---|---|

July 9, 2002 (Tuesday)                                                                                       10:10 a.m.

On the above date and time, this officer spoke with the following:

Witness: Denison N. Gibbs, W/M, 8/5/33
236 Harland Road
Norwich, CT
889-3066
Retired

Gibbs told this officer he was present during the entire incident. Gibbs said he was seated next to the complainant when a man, later identified as Robert Aldi, entered the store. Gibbs stated he heard Aldi jokingly say, "The people you see when you don't have a gun" and then walked to the counter to place his order. Gibbs said the comment was not directed at anyone.

Gibbs said Aldi later came over to the complainant, who was still seated immediately adjacent to Gibbs, and asked if either Aldi or the complainant were in today's paper.

Gibbs said the two went through the paper together and then Aldi left.

Gibbs said based upon his observations it was evident Aldi had been joking and the complainant and Aldi were old friends. Gibbs said he described the incident as "friendly".

Prior to this officer interviewing Gibbs, Gibbs was heard saying upon hearing the complainant's account, "Oh come on, he was kidding."

Gibbs advised he would be available for a signed sworn written statement should one be needed.

Information referred to investigating officer.

| 30. REPORTING OFFICER: P. Daley | NO: 30 | 31. STATUS (CHECK ONE) [ ] SUSPENDED [X] OPEN [ ] CLOSED | 33. DATE/TIME TYPED | REPRODUCED: 7/11/02mk |
|---|---|---|---|---|
| SECOND OFFICER | NO | 32. SUPERVISOR APPROVING: E. Larson   Sgt. | 34. REFERRED TO | 35. UCR DISPOSITION |
| | | | 36. REVIEWER | NO |

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| | |
|---|---|
| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM: Daniel G. Malchman | 2. ARREST NO. / 3. COMPLAINT NO: 02-18720 |
| ☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION |
| 4. EXTRA COPIES | |
| 5. PAGE NO: 4 | |
| 6. TRAFFIC CITATION NO | |
| 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
| 7. KIND OF REPORT CONTINUED: Incident Report | 10. MULTIPLE CLEAR-UP? ☐ YES   ☐ NO |
| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: Alleged Threat | 11. VALUE OF PROPERTY RECOVERED: $ |

July 9, 2002                                                                                   10:45am

On the above date and time, I interviewed the following individual at Norwich Police Headquarters in regards to this investigation:

Daniel G. Malchman, W/M, DOB: 01/28/50
32 Tanglewood Drive, Norwich, Conn.
889-4639

Malchman reiterated to me the facts and circumstances surrounding his original complaint made to Officer Blanch. I then obtained a signed, sworn, written statement from Malchman regarding his account of the incident.

In his statement, Malchman indicated Robert Aldi did state, "Look who you see when you're not carrying a gun with you." Malchman believed the comment to be directed at him. Malchman also indicated that Aldi "ravaged" through his newspaper, looking for Malchman's name.

Malchman felt he was being harassed by Aldi, and stated he was in fear of him. Malchman also indicated he felt Aldi was attempting to get him to violate a Judge's Order not to have contact with individuals involved directly or indirectly in a current Federal Lawsuit case, which would include Robert Aldi.

Refer to attached statement for further details.

| | | | |
|---|---|---|---|
| 30 REPORTING OFFICER: Franklyn J. Ward   LT | 31. STATUS (CHECK ONE) ☐ SUSPENDED ☒ OPEN ☐ CLOSED | 33 DATE/TIME TYPED: 07/12/02 3:15pm | REPRODUCED |
| SECOND OFFICER: NO | 32 SUPERVISOR APPROVING: Warren L. Mocek   DC | 34 REFERRED TO | 35 UCR DISPOSITION |
| | | 36 REVIEWER | NO |

Form 4

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM<br>Daniel G. Malchman | 2. ARREST NO. | 3. COMPLAINT NO<br>02-18720 |
|---|---|---|---|
| ☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION | | |

| 4. EXTRA COPIES | 5. PAGE NO<br>5 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
|---|---|---|---|---|
| 7. KIND OF REPORT CONTINUED<br>Incident Report | | | 10. MULTIPLE CLEAR-UP?<br>☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE) | ☐ NO |
| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT<br>Alleged Threat | | | 11. VALUE OF PROPERTY RECOVERED<br>$ | |

12. INSTRUCTIONS FOR FOLLOW-UP OR SUPPLEMENTAL USAGE. UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENSE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED" AT LEFT, IF ANY.

July 10, 2002                                                                                                    1:00pm

On the above date and time, I interviewed the following individuals regarding this investigation:

Louise M. Digangi, W/F, DOB: 01/12/63
275 West Town Street, Norwich, Conn
889-8992

Kathy M. Burkart, W/F, DOB: 12/28/54
275 West Town Street, Norwich, Conn.
889-8992

Louise Digangi is co-owner of Dixie Donuts, where the incident took place. Kathy Burkart is employed as a waitress at Dixie Donuts and was working at the front counter at the time of the incident.

Digangi stated she was in the back room of the donut shop when the incident took place, and was not aware that anything had occurred until questioned by police.

Burkart stated that she was extremely busy with a large number of patrons that morning, and she was not even aware anything had transpired until she was questioned by police.

Both Digangi and Burkart indicated the shop is very busy with a large number of clientel, many of whom they know by first name. However, neither were able to provide the identities of patrons who might have been present when the incident occurred.

| 30 REPORTING OFFICER<br>Franklyn J. Ward | NO<br>LT | 31. STATUS (CHECK ONE) ☐ SUSPENDED<br>☒ OPEN    ☐ CLOSED | 33 DATE/TIME TYPED<br>07/12/02  3:25pm | REPRODUCED |
|---|---|---|---|---|
| SECOND OFFICER | NO | 32 SUPERVISOR APPROVING<br>Warren L. Mocek | NO<br>DC | 34 REFERRED TO | 35 UCR DISPOSITION |
| | | | | 36 REVIEWER | NO |

Form 4

# Department of Police – Norwich, Conn.

| SUPPLEMENT REPORT | 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM<br>Daniel G. Malchman | 2. ARREST NO. | 3. COMPLAINT NO<br>02-18720 |
|---|---|---|---|
| ☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | ☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION | | |
| 4. EXTRA COPIES | 5. PAGE NO 6 | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
| 7. KIND OF REPORT CONTINUED<br>Incident Report | | 10. MULTIPLE CLEAR-UP?<br>☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE) ☐ NO | |
| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT<br>Alleged Threat | | 11. VALUE OF PROPERTY RECOVERED<br>$ | |

July 10, 2002                                                                                1:30pm

On the above date and time, I interviewed the following individual regarding this investigation:

Denison N. Gibbs, W/M, DOB: 08/05/33
236 Harland Road, Norwich, Conn.
889-3066

I obtained a signed, sworn, written statement from Denison Gibbs, regarding the incident. Gibbs indicated he was seated next to Daniel Malchman at the counter of Dixie Donuts prior to the incident. Robert Aldi walked in, looked over in his (Gibbs) direction, and stated, "The people you see when you don't have a gun." Gibbs believed the statement was directed at him, but took no offense from it. Gibbs has known both Malchman and Aldi for a number of years, but is not personal friends with either of them.

After several minutes, Aldi came over to where Gibbs and Malchman were seated. There was a newspaper on the counter, and Aldi asked Malchman if his name was in the paper that day. Malchman and Aldi then went through the newspaper together, engaging in casual conversation while they did so. After a minute or less, Aldi left the store. Gibbs believed Malchman and Aldi were the best of friends by the way they acted.

| 30 REPORTING OFFICER<br>Franklyn J. Ward | NO<br>LT | 31. STATUS (CHECK ONE) ☐ SUSPENDED<br>☒ OPEN ☐ CLOSED | 33 DATE/TIME TYPED<br>07/12/02 3:38pm | REPRODUCED |
| --- | --- | --- | --- | --- |
| SECOND OFFICER | NO | 32 SUPERVISOR APPROVING<br>Warren L. Mocek | NO<br>DC | 34 REFERRED TO | 35 UCR DISPOSITION |
| | | | | 36 REVIEWER | NO |

Form 4

# Department of Police – Norwich, Conn.

**SUPPLEMENT REPORT**

| 1. ARRESTEE, COMPLAINANT, DRIVER #1, VICTIM | 2. ARREST NO. | 3. COMPLAINT NO |
|---|---|---|
| Daniel G. Malchman | | 02-18720 |

☐ FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT
☒ FORM USED TO REPORT FOLLOW-UP INVESTIGATION OR SUPPLEMENTAL INFORMATION

| 4. EXTRA COPIES | 5. PAGE NO | 6. TRAFFIC CITATION NO | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED? ☐ YES |
|---|---|---|---|---|
| | 7 | | | |

**7. KIND OF REPORT CONTINUED**
Incident Report

**10. MULTIPLE CLEAR-UP?** ☐ YES (LIST OTHER COMPLAINTS NOS. IN NARRATIVE)   ☐ NO

**8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT**
Alleged Threat

**11. VALUE OF PROPERTY RECOVERED**
$

**12. INSTRUCTIONS FOR FOLLOW-UP OR SUPPLEMENTAL USAGE.** UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS IN THE CASE SUBSEQUENT TO LAST REPORT. DESCRIBE AND RECORD VALUE OF ANY PROPERTY RECOVERED, NAMES AND ARREST NUMBERS OF ANY PERSONS ARRESTED. EXPLAIN ANY OFFENSE CLASSIFICATION CHANGE. CLEARLY SHOW DISPOSITION OF RECOVERED PROPERTY AND INVENTORY NO. RECOMMEND TO SUPERVISOR CASE STATUE AND TO REVIEWER UCR DISPOSITION. INDICATE "ITEM NUMBER CONTINUED" AT LEFT, IF ANY.

July 11, 2002                                                                                                                               1:39pm

On the above date and time, I interviewed the following individual in regards to this investigation:

Detective Timothy Wetter, W/M, DOB: 11/24/58
Connecticut State Police
Special Identification Unit
278 Colony Street, Meriden, Conn.
(203) 238-6561

Detective Wetter stated he was seated at the counter of Dixie Donuts when someone waiting in line stated, "The people you see, and me without my gun." Det. Wetter assumed the person was joking. Det. Wetter was reading a newspaper, and was unaware of anything else occurring after that. Det. Wetter did not know anyone inside the establishment at the time of incident.

| 33 DATE/TIME TYPED | REPRODUCED |
|---|---|
| 07/12/02 3:50pm | |

| 30 REPORTING OFFICER | NO | 31. STATUS (CHECK ONE) ☐ SUSPENDED ☒ OPEN ☐ CLOSED | 34 REFERRED TO | 35 UCR DISPOSITION |
|---|---|---|---|---|
| Franklyn J. Ward | LT | | | |

| SECOND OFFICER | NO | 32 SUPERVISOR APPROVING | NO | 36 REVIEWER | NO |
|---|---|---|---|---|---|
| | | Warren L. Mocek | DC | | |

Form 4



# CITY OF NORWICH
## CONNECTICUT
## POLICE DEPARTMENT

| | |
|---|---|
| Case Number | 02-18720 |
| Date | July 9, 2002 |
| Time started | 11:06am |
| Time ended | 11:43am |

**Statement of**   Daniel G. Malchman

I, Daniel G. Malchman         date of birth   January 28, 1950

Of  32 Tanglewood Drive       Town/City   Norwich, Conn.

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

On July 9, 2002 at approximately 10:00am, I was seated inside Dixie Donuts on West Town St., Norwich, Conn. I was having a coffee and reading the newspaper. I was seated at the last seat at the counter, on the far end from the door.

I happened to look up from my reading and saw Robert Aldi come in through the door and get in line at the counter. Robert Aldi is retired from the Norwich Police Department, I have known him for over twenty years. I currently have a Federal Lawsuit, suing the City of Norwich, and naming him (Robert Aldi) as a defendant in the suit.

Aldi looked over at me, made eye contact, and said out loud, "Look who you see when you're not carrying a gun with you." Aldi then left the line, and came over to where I was seated. He got in my face, then he ravaged through the newspaper on the counter in front of me that I had been reading. While he was doing this he said, "Your name must be in the newspaper somewhere." I turned the newspaper over, showed him an article involving Lt. James Daigle on the front page, and I said, "I see your buddy Daigle, he's in the paper." Aldi got upset at that and walked away. He then left the restaurant.

Not more than two minutes later, two uniformed Norwich Police Officers entered the restaurant. I told them I had a complaint. One Officer took me outside to find out what happened, while the other spoke to several people inside. During the course of their questioning, I discovered one person sitting two stools down from me was a State Trooper in plain clothes. I did not know any other patrons within the restaurant.

I believe Robert Aldi is harassing me. He knows there is litigation pending, and common sense should dictate he should just avoid me. But he is cunning in what he knows he can say and do, and get away with. I am afraid of him because I know he is capable of harming me if he "snaps." I know he has "snapped" before. I want him arrested and I want him to leave me alone.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness_____    Signature _Daniel G. Malchman_

Witness_____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here: _Franklyn J. Ward_ This _9th_ day of _July_____, 2002



form #12 Rev. 10/90

# CITY OF NORWICH
## CONNECTICUT
## POLICE DEPARTMENT

Case Number 02-18720

Date
July 10, 2002

Time started
1:56pm

Time ended-

**Statement of**
**Denison N. Gibbs**

I, Denison N. Gibbs

of    236 Harland Rd.,

date of birth   August 5, 1933

Town/City   Norwich, Conn.

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

On July 9, 2002 at about 9:45am, I was having coffee at Dixie Donut, West Town St., Norwich, Conn. I was seated at the second to last seat at the counter, away from the door. The end seat next to me opened up, and Daniel Malchman sat down. I know who Daniel Malchman is, having met him several times before, but am not friends with him. Daniel Malchman also knows me, and has seen me with City of Norwich Mayor Art Lathrop several times in the past, and probably knows me to be City of Norwich Ombudsman.

After he sat down, Daniel Malchman spent several minutes complaining to me, telling me he had filed suit against the Mayor regarding comments he (Mayor Lathrop) had made about Malchman's property in the newspaper over the weekend.

While complaining to me, I saw Robert Aldi come in and get in line at the counter. I have known Bob Aldi for about twenty years, but am not personal friends with him. Bob Aldi looked over at us and said, "The people you see when you don't have a gun." I thought he was talking to me, and I laughed.

About five minutes after the remark was made, Bob Aldi came over to us and stood between us at the counter. Daniel Malchman had been reading a newspaper that belonged to Dixie Donuts. Bob Aldi asked Malchman if his name was in the paper that day. Malchman moved the paper over towards Aldi, and together, they went through the paper. They engaged in brief, casual conversation while this was going on. I don't remember exactly what was said, but each suggested various sections for the other to look in, while they went through the paper. After they went through the paper, Aldi left. Aldi was there for less than a minute.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness_____   Signature  *Denison N. Gibbs*

Witness_____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

I notarized, endorse here:  *Franklyn J Ward*, Lt.



Form #12 Rev. 10/90

# CITY OF NORWICH
## CONNECTICUT
### POLICE DEPARTMENT

Case Number 02-18720
Date July 10, 2002
Time started -
Time ended 2:35pm

**Statement of**   Denison N. Gibbs

I, Denison N. Gibbs    date of birth  August 5, 1933
of 236 Harland Rd.,    Town/City  Norwich, Conn.

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

As far as I could determine, the encounter was light-hearted. *DG*

As Aldi was leaving, Malchman told me that he had a Lawsuit against Aldi, and that Aldi was the source of all his troubles with the City. Malchman also said that he had dealt with the Chief and the department, and if they had listended to him in the beginning, they wouldn't be having any problems now. When Malchman told me he was suing Aldi, I told him, "You've got to be kidding! You two acted like you were the best of friends." *DG*

Shortly after that two Norwich Officers walked in. Malchman jumped up, went over to them and made a complaint about Aldi threatening him. One of the Officers spoke with me about it. I told him the complaint was absurd, under no condition could what was said and done be considered a threat. *DG*

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness _____
Witness _____    Signature *Denison N. Gibbs*

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
I notarized, endorse here: *Franklyn J. Ward, LT.*

# CITY OF NORWICH
## CONNECTICUT
### POLICE DEPARTMENT

Case Number: 02-18720
Date: 7-10-02
Time started: 4:30 PM
Time ended: —

Statement of **Robert J. Aldi**

I, **Robert J. Aldi**
of **264 Broad St**
date of birth **7-10-56**
Town/City **Norwich, CT**

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157

On 7-9-02 at about 9:40 AM, I stopped in at Dixie Donuts on West Town St to buy a dozen Donuts. When I walked in, I saw Denison Gibbs, whom I have known for multiple years, and to his left I saw Danny Malchman whom I also have known for multiple years. They were seated at the end of the counter.

I made a comment in a joking manner, "The things you see when you don't have a gun." The comment was not directed towards anyone in particular, as I am fully aware that comments such as these would be offensive towards Mr. Malchman. It was not my intent nor my purpose to direct this comment towards Mr. Malchman, or anyone else seated within the establishment.

I made a purchase and walked over towards where Danny Malchman was seated, who at the time was reading a newspaper.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____
Witness: _____
Signature: **RJAldi**

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein. I notarized, endorse here: **Franklyn J. Ward** This **10th** day of **July, 2002**.

1 of 2

# CITY OF NORWICH
# CONNECTICUT POLICE DEPARTMENT

Date: 7-10-02
Time started: —
Time ended: 5:10 PM

Statement of **Robert J. Aldi**

I, **Robert J. Aldi**
of **264 Broad Street**
Town/City: **Norwich, CT**

date of birth: ___

Make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true and which is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157

I asked Mr. Malchman, who by this time had placed the newspaper on the counter, if his name was in the newspaper. He said "no". "I am reading about your buddy, ex-lieutenant Jim Daigle." I flipped through the sections of the newspaper, which was the Norwich Bulletin and went to the local sections, and said "I am looking for the section where it says, Dan Malchman for mayor." He said, "It won't say that, It will say, Bob Aldi, package store owner."

At that point, I said good-bye to Danny Malchman and Denison Gibbs, and left the establishment.

Signature: RJAll

Notarized: Franklyn J. Ward  This 10th day of July, 2002

2 of 2