### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL G. MALCHMAN | : | NO.: 3:01 CV 1877 (MRK) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH | : | JUNE 15, 2004 |

### AFFIDAVIT OF WILLIAM MOLIS

The undersigned, after being duly sworn and cautioned, hereby deposes and says:

1. I am over eighteen (18) years of age.

2. I understand the obligations of an oath.

3. I am currently a law enforcement officer licensed and certified by the State of Connecticut and I have been so employed for more than 20 years.

4. I am currently employed by the City of Norwich as a police officer and I hold the rank of Sergeant.

5. I am currently assigned as the officer in charge of the Records Division of the City of Norwich Police Department, reporting to the Deputy Chief of the Department.

6. I am responsible for the care, custody and maintenance of the official records of the City of Norwich Police Department.

7. The official records of the City of Norwich Police Department include incident reports and other documents generated by police officers in the

course of the investigation of the commission of crimes or as documentation of the facts and circumstances giving rise to the elements of a crime.

8. It is the business of the City of Norwich Police Department to create these records and such records are created by employees in the course and scope of their employment.

9. Affixed hereto as Attachment 1 is a true and accurate copy of the incident report, along with supplemental reports, for the an incident which occurred between 9:00 pm on October 31, 1996 and 6:20 am on November 1, 1996 with case number 96-30016, the original being on file in the official records of the City of Norwich Police Department.

10. Affixed hereto as Attachment 2 is a true and accurate copy of the incident report, along with supplemental reports, for the an incident which occurred on October 26 and November 3, 1998 with case number 98-34418, the original being on file in the official records of the City of Norwich Police Department.

11. Affixed hereto as Attachment 3 is a true and accurate copy of the incident report, along with supplemental reports, for the an incident which occurred on April 12, 1999 with case number 99-11339, the original being on file in the official records of the City of Norwich Police Department.

12. Affixed hereto as Attachment 4 is a true and accurate copy of the incident report, along with supplemental reports, for the an incident which occurred

on April 28, 2000 with case number 00-13316, the original being on file in the official records of the City of Norwich Police Department.

13. Affixed hereto as Attachment 5 is a true and accurate copy of the incident report, along with supplemental reports, for the an incident which occurred on July 26, 2000 with case number 00-23666, the original being on file in the official records of the City of Norwich Police Department.

14. Affixed hereto as Attachment 6 is a true and accurate copy of the incident report, along with supplemental reports, for the an incident which occurred on July 28, 2000 with case number 00-23845, the original being on file in the official records of the City of Norwich Police Department.

15. Affixed hereto as Attachment 7 is a true and accurate copy of the incident report, along with supplemental reports, for the an incident which occurred on evening of August 24, 2000 or morning of August 25, 2000 with case number 00-26933, the original being on file in the official records of the City of Norwich Police Department.

16. Affixed hereto as Attachment 8 is a true and accurate copy of the incident report, along with supplemental reports, for the an incident which occurred on July 9, 2002 with case number 02-18720, the original being on file in the official records of the City of Norwich Police Department.

17. Affixed hereto as Attachment 9 is a true and accurate copy of the incident report, along with supplemental reports, for the an incident which occurred

        on September 28, 2002 with case number 02-27159, the original being on file in the official records of the City of Norwich Police Department.

18. Affixed hereto as Attachment 10 is a true and accurate copy of the incident report, along with supplemental reports, for the an incident which occurred on September 3, 2003 with case number 03-26393, the original being on file in the official records of the City of Norwich Police Department.

19. In addition to the incident reports affixed to this affidavit, the official records of the Department include dozens of reports involving Malchman as a witness, complainant or victim.

                                                  _____/s/_____
                                                  WILLIAM MOLIS

STATE OF CONNECTICUT    :

                                :      *ss: Norwich*

COUNTY OF NEW LONDON   :

      Subscribed and sworn to before me this      day of June 2004.

                                                  _____/s/_____
                                                  Notary Public/Commissioner
                                                  of the Superior Court