| | | |
|---|---|---|
| CR98-74209 | : | SUPERIOR COURT |
| STATE OF CONNECTICUT | : | JUDICIAL DISTRICT OF NEW LONDON |
| V. | : | AT NEW LONDON |
| DANIEL MALCHMAN | : | JANUARY 24, 2002 |

## SUBSTITUTE INFORMATION

### COUNT ONE

Senior Assistant State's Attorney John Massameno, of the Office of the Chief State's Attorney, accuses **DANIEL MALCHMAN,** of 32 Tanglewood Drive, Norwich, Connecticut, of the crime of **STORAGE OF HAZARDOUS WASTE WITHOUT A PERMIT** and charges that at 539 Norwich Avenue, Norwich, Connecticut on divers dates between November 26, 1996 and May 29, 1997, the said **DANIEL MALCHMAN** knowingly accumulated and stored up to, approximately 26 (twenty-six) tons of hazardous waste, that is, lead-contaminated sandblast grit, without a permit in violation of Section 22a-131a(b) of the Connecticut General Statutes, incorporating the Federal Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6901).

### COUNT TWO

Said Senior Assistant State's Attorney further accuses **DANIEL MALCHMAN** of the crime of **DISPOSAL OF HAZARDOUS WASTE WITHOUT A PERMIT** and charges that at 539 Norwich Avenue, Norwich, Connecticut, on divers dates between March 18, 1997 and September 11, 1998, **DANIEL MALCHMAN** knowingly disposed of approximately 26 (twenty-six) tons of hazardous waste, that is, lead contaminated sandblast grit, underneath the floor at said location, without a permit in violation of Section 22a-131a(b) of the Connecticut General Statutes, incorporating the Federal Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6901).

### COUNT THREE

Said Senior Assistant State's Attorney further accuses **DANIEL MALCHMAN** of the crime of **CONSPIRACY TO COMMIT** (a) **STORAGE OF HAZARDOUS WASTE WITHOUT A PERMIT,** in violation of Section 53a-48(a) and Section 22a-131a(b) of the Connecticut General Statutes; and (b) **DISPOSAL OF HAZARDOUS WASTE WITHOUT A PERMIT,** in violation of Section 53a-48(a) and Section 22a-131a(b) of the Connecticut General Statutes; and charges that at 539 Norwich Avenue, Norwich, Connecticut, between November 26,

# Exhibit F

1996 and September 11, 1998, **DANIEL MALCHMAN**, with intent to commit the above crimes, agreed with one or more persons, including Brian Cote and the late Charles Lavallee, to engage in or cause the performance of such crimes, and that one or more of such persons committed one or more of the following overt acts in furtherance thereof:

a. On or about November 26, 1996, Brian Cote contracted with Gene Gamache to sandblast lead paint at said location;
b. Sometime during the end of November, 1996 to the beginning of December, 1996, Brian Cote hired Charles Lavallee to handle, store and bury the lead-contaminated sandblast grit below the floor at said location;
c. Sometime during the end of November, 1996 to the beginning of December, 1996, Daniel Malchman concealed the toxic nature of the sandblast grit at said location;
d. Starting in December, 1996, Daniel Malchman arranged for the removal of the floorboards at said location to accommodate the storage and disposal of the toxic sandblast grit;
e. Between November 26, 1996 and May 29, 1997, Charles Lavallee and others handled, stored and buried the toxic sandblast grit;

## COUNT FOUR

Said Senior Assistant State's Attorney further accuses **DANIEL MALCHMAN** of the crime of **PLACING ANOTHER IN IMMINENT DANGER OF DEATH OR SERIOUS BODILY INJURY** and charges that at 539 Norwich Avenue, Norwich, Connecticut, on divers dates between November 26, 1996 and May 29, 1997, **DANIEL MALCHMAN**, while storing and disposing of hazardous waste without a permit, knowingly placed another person: Mary Swan, in danger of serious bodily injury, in violation of Section 22a-131a(c) of the Connecticut General Statutes.

## COUNT FIVE

Said Senior Assistant State's Attorney further accuses **DANIEL MALCHMAN** of the crime of **PLACING ANOTHER IN IMMINENT DANGER OF DEATH OR SERIOUS BODILY INJURY** and charges that at 539 Norwich Avenue, Norwich, Connecticut, on divers dates between November 26, 1996 and May 29, 1997, **DANIEL MALCHMAN**, while storing and disposing of hazardous waste without a permit, knowingly placed another person: John Bogdanski, in danger of serious bodily injury, in violation of Section 22a-131a(c) of the Connecticut General Statutes.

## COUNT SIX

Said Senior Assistant State's Attorney further accuses **DANIEL MALCHMAN** of the crime of **PLACING ANOTHER IN IMMINENT DANGER OF DEATH OR SERIOUS BODILY INJURY** and charges that at 539 Norwich Avenue, Norwich, Connecticut, on divers dates between November 26, 1996 and May 29, 1997, **DANIEL MALCHMAN**, while storing and

disposing of hazardous waste without a permit, knowingly placed another person: Carl Hoover, in danger of serious bodily injury, in violation of Section 22a-131a(c) of the Connecticut General Statutes.

                          THE STATE OF CONNECTICUT

BY    JOHN M. MASSAMENO
       SENIOR ASSISTANT STATE'S ATTORNEY