UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DANIEL G. MALCHMAN :
: 
Plaintiff, : NO. 3:01cv1877(MRK)
:
STATE OF CONNECTICUT :
:
Intervenor Plaintiff, :
:
v. :
:
CITY OF NORWICH :
:
Defendant. :

**JUDGMENT**

U.S. DISTRICT COURT
NEW HAVEN, CT
2004 NOV 30 P 4: 28
FILED

This matter came on for consideration on defendants' Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on November 30, 2004, in open court entered a ruling on the defendant's Motion for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 30th of November, 2004.

KEVIN F. ROWE, CLERK
By /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: 12/1/04