UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL G. MALCHMAN | : | |
| | : | |
| Plaintiff, | : | NO. 3:01cv1877(MRK) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH | : | |
| | : | |
| Defendant. | : | |

**RULING AND ORDER**

Pending before the Court is Defendant's Motion for Summary Judgment [**doc. #49**]. For the reasons stated on the record in open court on November 30, 2004, Defendant's motion is GRANTED. **The Clerk is directed to close the file.**

IT IS SO ORDERED.


/s/    Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: November 30, 2004.