# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL G. MALCHMAN | : | NO.: 3:01CV01877 (MRK) |
| v. | : | |
| CITY OF NORWICH | : | DECEMBER 15, 2004 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendant, City of Norwich, hereby submits its bill of costs in the above-captioned case. The District Court entered judgment for the defendants on November 30, 2004, following a summary judgment ruling in favor of the defendants. A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

A.  Fees of the Court Reporter - D.Conn.L.Civ.R. 54(c)2(ii) (**Exhibit B**)

  1. Deposition transcript of Daniel G. Malchman (4/9/04)
    ($399.00 original & 1 copy + $23.94 tax)     $ 422.94

    Appearance fee of court reporter ($75.00 + $4.50 tax)  $  79.50

    Subtotal:                                              $ 502.44

B.	Fee for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case - D.Conn.L.Civ.R. 54(c)3(iii) (**Exhibit C**)

    1.	Copies of exhibits appended to successful Motion for Summary Judgment

        258 pages @ .11 = $28.38
        Taxes = $1.70

        Subtotal:	$30.08

**TOTAL FEES REQUESTED:	$532.52**

        DEFENDANT,
        CITY OF NORWICH

        By/s/John J. Radshaw, III
        John J. Radshaw, III, ct19882
        HOWD & LUDORF
        65 Wethersfield Avenue
        Hartford, CT  06114
        (860) 249-1361
        (860) 249-7665 (fax)
        E-Mail:  jradshaw@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 15th day of December, 2004.

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Michael E. Driscoll, Esquire
Brown, Jacobson, P.C.
22 Courthouse Square
P.O. Box 391
Norwich, CT  06360-0391

John M. Massameno, Esquire
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT  06067

                                                /s/John J. Radshaw, III
                                                John J. Radshaw, III