## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL G. MALCHMAN | : | NO.: 3:01 CV 1877 (MRK) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH | : | December 15, 2004 |

## **AFFIDAVIT OF JOHN J. RADSHAW, III**

The undersigned, after being duly cautioned and sworn, hereby deposes and says:

1. I am over eighteen (18) years of age and I believe in the obligation of an oath;

2. I represented the defendant, CITY OF NORWICH, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by the defendant, CITY OF NORWICH, in defending this case;

3. I have called Niziankiewicz & Miller and learned the deposition is 114 pages and that the cost per page is $3.50 which equals $399.00 for the transcript; and

4. The items in the defendant's Bill of Costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

/s/John J. Radshaw, III
John J. Radshaw, III

2

STATE OF CONNECTICUT    )

                                      )   ss:   *Hartford*

COUNTY OF HARTFORD    )

Subscribed and sworn to before me this 15th day of December, 2004.

                                       <u>/s/Elvira C. Blackman</u>
                                       Elvira C. Blackman
                                       Notary Public
                                       My Commission Expires:  10/31/07